# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 3:23-CV-00453-MCR-HTC

Plaintiff:
**WESTCHESTER SURPLUS LINES INSURANCE COMPANY, et al**

vs.

Defendant:
**PORTOFINO MASTER HOMEOWNERS ASSOCIATION INC, et al**

For:
John David Dickenson
Cozen O'Connor
One North Clematis Street
Suite 510
West Palm Beach, FL 33401

Received by DLE Process Servers, Inc on the 27th day of January, 2023 at 5:15 pm to be served on **Portofino Tower Two Homeowners Association at Pensacola Beach, Inc. c/o Becker & Poliakoff, PA, 348 Miracle Strip Pkwy, Suite 7, Fort Walton Beach, FL 32548**.

I, Robert Kimrey, do hereby affirm that on the **10th day of February, 2023** at **11:45 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons, Complaint for Declaratory Judgment and Damages, Exhibits.** with the date and hour of service endorsed thereon by me, to: **Andrea Johnson c/o Becker & Poliakoff, PA** as **Registered Agent** at the address of: **348 Miracle Strip Pkwy, Suite 7, Fort Walton Beach, FL 32548** on behalf of **Portofino Tower Two Homeowners Association at Pensacola Beach, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the state in which the process was served. Under penalty of perjury, I declare that I have read the forgoing Affidavit of Service and that the stated facts in it are true and correct.

_____
**Robert Kimrey**
Certified Process Server #617

**DLE Process Servers, Inc**
**936 Sw 1st Ave., #261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2023003950
Ref: 501820

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k