## RETURN OF SERVICE
UNITED STATES DISTRICT COURT
District of Florida

Case Number: 3:23-CV-00453-MCR-HTC

Plaintiff: **WESTCHESTER SURPLUS LINES INSURANCE COMPANY, et al**

vs.

Defendant: **PORTOFINO MASTER HOMEOWNERS ASSOCIATION INC, et al**

For:
John David Dickenson
Cozen O'Connor
One North Clematis Street
Suite 510
West Palm Beach, FL 33401

Received by DLE Process Servers, Inc on the 27th day of January, 2023 at 3:40 pm to be served on **Portofino Master Homeowners Association, Inc c/o James S. Campbell, as Registered Agent; c/o Byrd Campbell, P.A., 180 Park Avenue North, Suite 2A, Winter Park, FL 32789.**

I, Holly Vicens, do hereby affirm that on the **6th day of February, 2023** at **12:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint for Declaratory Judgment and Damages, Exhibits.** with the date and hour of service endorsed thereon by me, to: **Eli Ortiz** as **Legal Assistant** for **Portofino Master Homeowners Association, Inc**, at the address of: **180 Park Avenue North, Suite 2A, Winter Park, FL 32789**, and informed said person of the contents therein, in compliance with Florida Statute 48.091

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Spanish, Height: 5'9", Weight: 190, Hair: Black, Glasses: N

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

**Holly Vicens**
0154

**DLE Process Servers, Inc**
936 Sw 1st Avenue
#261
MIAMI, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2023003900
Ref: 501820

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

Westchester Surplus Lines Insurance Company, et al.

*Plaintiff(s)*

v.

Portofino Master Homeowners Association, Inc., et al.

*Defendant(s)*

Civil Action No. 3:23-cv-00453-MCR-HTC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Portofino Master Homeowners Association, Inc.
c/o James S. Campbell, as Registered Agent
c/o Byrd Campbell, P.A.
180 Park Avenue North, Suite 2A
Winter Park, FL 32789

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John David Dickenson, Esq.
Cozen O'Connor
1801 N. Military Trail, Suite 200
Boca Raton, FL 33431
Tel: 561-515-5250

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date: 1/19/2023



/s/ *A'Donna Bridges, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:13-cv-00453-MCR-HTC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: