# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**
**CASE NO.  3:23-cv-00453-MCR-HTC**

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, et al.

      Plaintiffs,

v.

PORTOFINO MASTER HOMEOWNERS
ASSOCIATION INC., a Florida not-for-
profit Corporation, et. al.

      Defendants.

_____

## <u>AFFIDAVIT OF LEE E. BRANSCOME, PH.D.</u>

BEFORE ME the undersigned authority, personally appeared Lee E. Branscome, who, after being first duly sworn upon his oath deposes and says the following is true and correct based on his knowledge, information, and belief:

1.

My name is Lee E. Branscome. I am over the age of eighteen (18) years and competent to give this affidavit, which is based upon my personal knowledge.

2.

This affidavit is given in support of the plaintiffs' ***Daubert*** motion to exclude the expert testimony of Richard G. Henning, disclosed by defendants as an expert witness, in the above-styled civil action.

3.

I have a Ph.D. in meteorology from the Massachusetts Institute of Technology and am a Certified Consulting Meteorologist. My education, training and experience are described in my curriculum vitae, which is attached to this affidavit as Exhibit A.

4.

I have reviewed the report prepared by Richard G. Henning, dated March 27, 2021, in which he provided opinions about the weather conditions, particularly the wind speeds, that occurred at the Portofino Island Resort in Pensacola Beach, Florida ("Portofino") during the passage of Hurricane Sally on or about September 16, 2020.

5.

Dropsondes, referred to by Mr. Henning in his report, are scientific instruments that are dropped from reconnaissance aircraft into a hurricane, providing, among other meteorological observations, data on the variation of wind speeds with height at the drop location.

6.

On page 5 of his report, Mr. Henning stated that "[a]n examination of a composite of all the vertical wind profiles of soundings made by dropsondes in the eyewall of Sally shows a best-fit statistical curve that follows the empirically derived equation shown below (this equation was used to estimate winds on the top floors of

the tower where x is the height above ground and y is the corresponding wind speed):

$y = 0.7893e^{0.1496x}$ ."

7.

The equation that Mr. Henning used to estimate the wind speeds at the top floors of the towers at Portofino has not been published in any peer-reviewed scientific article or textbook, nor has it been accepted in the field of meteorology as a method for estimating the wind speeds in hurricanes.

8.

The variation of wind speed with height in hurricanes has been studied by meteorologists for several years prior to Hurricane Sally, and the equations for estimating the variation, namely, the logarithmic wind profile and the power law formula, are readily available in peer-reviewed scientific articles and textbooks.

9.

Mr. Henning stated in his report that his equation was based on wind data from dropsondes in the eyewall of Hurricane Sally.

10.

Mr. Henning prepared reports in which he opined about the wind speeds that occurred at high-rise buildings at several locations in South Florida during Hurricane Irma in September 2017, which I have personally reviewed. For example, I have reviewed a report Mr. Henning issued titled "Summary of Meteorological Data for

Hurricane Irma's Impact to the Arlen House & Arlen House West Condominium 300-500 Bayview Drive Sunny Isles Beach, FL 33160," which is attached to this affidavit as Exhibit B.

11.

Mr. Henning stated in his reports concerning Hurricane Irma I reviewed that "[a]n examination of a composite of all the vertical wind profiles of soundings made by dropsondes in the eyewall of Irma shows a best-fit statistical curve that follows the empirically derived equation shown below (this equation was used to estimate winds on the top floors of the tower where x is the height above ground and y is the corresponding wind speed): $y = 0.7893e^{0.1496x}$ ."

12.

In other words, Mr. Henning arrived at, and used, the same equation, down to four decimal places, to estimate wind speeds in both Hurricanes Irma and Sally.

13.

Hurricane Irma made landfall in the Florida Keys as a Category 4 hurricane on the Saffir-Simpson Hurricane Wind Scale.

14.

Hurricane Sally made landfall on the Gulf Coast of Alabama as a Category 2 hurricane on the Saffir Simpson Hurricane Wind Scale.

15.

That the dropsonde data from the two different hurricanes would lead to the same equation, down to four decimal places, to determine the variation of wind speed with height within the two hurricanes is, for all practical purposes, impossible, absent biases or miscalculations in the data analysis procedures employed by Mr. Henning to arrive at the equation.

FURTHER AFFIANT SAYETH NAUGHT.

_____

LEE E. BRANSCOME

STATE OF FLORIDA )
COUNTY OF _____*Palm Beach*____ )

BEFORE ME, the undersigned authority, personally appeared Lee E. Branscome, who is personally known to me _____ OR *FL-DL* provided proper identification *D652-525-53 471-0* and who, upon being first duly sworn according to law, deposes and says that he executed the foregoing affidavit and it is true and correct to the best of his knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affix the seal of my office in the Court and State last aforementioned this *23th* day of *October* _____, 2024.

Joseph Sherman
Notary Public - State of Florida
My Commission # HH 305712
Expires 08/28/2026

_____
NOTARY PUBLIC *Joseph Sherman*

# EXHIBIT A

## Lee E. Branscome, Ph.D., C.C.M.

Climatological Consulting Corporation
7338 155th Place North
Palm Beach Gardens, FL 33418
Ph 561 744 4889   LBranscome@ccc-weather.com

**Education:**
Ph.D., Meteorology, Massachusetts Institute of Technology, 1981
B.S., Meteorology, Florida State University, 1975 (summa cum laude)

**Professional Experience:**

| | |
|---|---|
| 1998- | President, Climatological Consulting Corporation |
| 1996-97 | Vice President, Climatological Consulting Corporation |
| 1993-96 | Associate, Climatological Consulting Corporation |
| 1988-03 | President and Chief Scientist, Environmental Dynamics Research, Inc. |
| 1986-88 | Associate Professor, Division of Meteorology and Physical Oceanography, Rosenstiel School of Marine and Atmospheric Science, University of Miami |
| 1980-86 | Assistant Professor, Division of Meteorology and Physical Oceanography, Rosenstiel School of Marine and Atmospheric Science, University of Miami |
| 1977-80 | Graduate Research Assistant, Massachusetts Institute of Technology, Department of Meteorology and Physical Oceanography |
| 1975-77 | University Corporation for Atmospheric Research Graduate Fellow |
| 1974 | Meteorological Technician, National Climatic Center, Asheville, NC |

**Publications:**
Numerous technical articles in professional journals and conference proceedings on Atmospheric Dynamics, Mid-latitude Cyclones, Climate Processes, Global Climate Change, Geophysical Fluid Dynamics, Fog Formation Processes, Planetary Atmospheres, Sediment Transport Measurement, Aviation Meteorology, Extreme Rainfall, Weather Risk & Derivatives, Windstorms, and Forensic Meteorology.

**Certification:**
Certified Consulting Meteorologist (C.C.M. Certificate #538) by the American Meteorological Society.

**Awards:**
NASA-ASEE Summer Faculty Fellowship, NASA Marshall Space Flight Center, 1986. Carl-Gustav Rossby Award for most outstanding Ph.D. thesis submitted to M.I.T. Department of Meteorology and Physical Oceanography, 1981.  University Corporation for Atmospheric Research graduate fellowship awarded nationally to most outstanding graduate students in meteorology, 1975-77.

**Affiliations:**
American Meteorological Society, American Geophysical Union.

**Other:**
Consultant to public and private companies on the effect of weather and climate on business activities and to the nuclear energy industry on hurricane risk.
Invited Speaker on weather and climate topics at insurance and claims conferences.
Expert witness and consultant for weather-related litigation and accident investigations.
Research has been sponsored by National Science Foundation, National Oceanic and Atmospheric Administration, National Aeronautics and Space Administration, and US Army Corps of Engineers.
Elected to governing Council of the American Meteorological Society, 2009-2012.
Team member, NOAA Climate Partnership Task Force, 2011.
Review team member, NOAA Climate Information & Applications Program, 2009
Member of Climate Research Committee, National Research Council, 2001-2007.
President of National Council of Industrial Meteorologists, 1998-99.
Member of the Board of Certified Consulting Meteorologists, American Meteorological Society, 1996-2000 (Chairman, 1999-2000).
Adjunct Associate Professor, Division of Meteorology and Physical Oceanography, Rosenstiel School of Marine and Atmospheric Science, University of Miami, 1991-2001.
Consultant to EPA on Accidental Injury and Inclement Weather, 2001.
Principal consultant for multi-million dollar observational and modeling study of fog formation in eastern Tennessee, 1993-present.
Consultant to School Board of Palm Beach County on the development of Environmental Research and Field Studies Academy, 1992-93.
Instructor for in-service teacher training in meteorology, Palm Beach County Schools, 1992.
Consultant to South Florida Water Management District on meteorological modeling and rainfall forecasting, 1991.

# EXHIBIT B

*Summary of Meteorological Data for Hurricane Irma's Impact to the Arlen House & Arlen House West Condominiums 300 - 500 Bayview Drive Sunny Isles Beach, FL 33160 (25.92N 80.13W)*



*Figure 1: Category 5 Hurricane Irma approaching landfall along the northern coast of Cuba on the early morning hours of 8 September, 2017. The outermost feeder bands of the storm can be seen in the Northwest Bahamas approaching the Miami area in the upper left.*

Irma was the first major hurricane to make landfall in Florida in the 12 year span since Wilma in 2005 and the most intense, in terms of central pressure, to strike the state since Andrew in 1992. The lowest pressure in the eye was 929 millibars as it crossed the Keys as a Category 4 storm with sustained winds of 130 MPH on the morning of 10 September.

Earlier, as a Category 5 system, Irma was one of the strongest Atlantic Ocean hurricanes ever recorded with sustained winds of 178 MPH and a central pressure of 914 millibars when it devastated portions of the northern Leeward Islands. Massive damage also occurred in the US and British Virgin Islands, southern Bahamas, Cuba and portions of the Florida Keys. While the greater Miami area and southeast Florida did not experience the eyewall, there were pockets of considerable wind damage where intense feeder bands circled around the periphery of the storm. In particular, where localized rotating cells embedded within these bands, known as mesovortices or mesocyclones, creating isolated pockets of enhanced winds superimposed onto the larger scale wind field, gusts briefly approached 100 MPH in some areas. High rise structures such as the 21 story Arlen property were particularly vulnerable to these higher winds on their uppermost floors.

<u>**METEOROLOGICAL EVOLUTION OF IRMA**</u>

Irma began its life as a tropical wave over Africa that emerged into the Atlantic on 27 August and gradually organized into Tropical Storm Irma by the 30th (see **Figure 2**, a track of the storm over its 21 day life cycle and **Figure 2a**, an animation of National Hurricane Center (NHC) advisory positions). Over the open ocean east of the Lesser Antilles it rapidly intensified into a 115 MPH hurricane by the 31st. By 3 September it was within range of NOAA and USAF Hurricane Hunter aircraft and was under nearly constant surveillance for the next week as it approached the US with a total of 31 missions flown (see **Figure 3** for a plot of all the tracks flown into and around Irma). These missions provided a wealth of data making Irma one of the most closely studied and well forecasted hurricanes.

On the morning of 5 September with Irma approaching the island of Barbuda in the northernmost Leeward Islands, both a USAF WC-130J and a NOAA WP-3D reconnaissance aircraft recorded rapid intensification of Irma to Category 5 status (see **Figure 4**, an infrared satellite image animation) with sustained surface winds increased to 175 MPH. Later that afternoon, Irma reached a peak intensity of 155 knots (178 MPH) (see **Figure 4b** and **Figure 4c**, a close-up high resolution satellite loop of the

eye and eyewall) making it among the most intense hurricanes ever recorded in the Atlantic Basin outside the Caribbean Sea or Gulf of Mexico.

Typically, hurricanes do not maintain such extreme intensity for prolonged periods, however, Irma maintained Category 5 strength for a remarkable 69 consecutive hours from 8:00 AM EDT on the 5th through 5:00 AM on the 8th. It dipped slightly down to the uppermost end of Category 4 intensity (155 MPH) while going through an eyewall replacement cycle then regained Category 5 strength again late on the evening of the 8th before making landfall along the northern coast of Cuba on the morning of the 9th (the first Category 5 storm to hit Cuba since 1924). By this time, Irma had grown greatly in size and even though the center was still more than 200 nautical miles from Miami, feeder bands on the outermost edge of the circulation were already moving into southeast Florida. As the eye of Irma skirted along the northern coastline of Cuba through the day on Saturday 9 September winds in the eyewall weakened briefly to Category 3 intensity. However, as the envelope of hurricane force and tropical storm force winds continued to expand, conditions across the Miami metro area deteriorated.

As Irma moved back offshore across the extremely warm waters of the Florida Straits between Cuba and the Florida Keys it quickly re-intensified with an Air Force reconnaissance plane measuring 119 knot surface winds under the northeast eyewall directly south of the Everglades at 4:47 AM EDT on Sunday morning 10 September. The pressure in the eye, which had risen over Cuba as the storm temporarily weakened, dropped back down to 929 millibars. Irma was now again a Category 4 hurricane as the center passed over Cudjoe Key (15-20 miles east-northeast of Key West) at 9:10 AM, devastating that location along with much of Summerland Key, Big Pine Key and adjacent islands. The eye of Irma then made its final landfall over mainland Florida at Marco Island at 3:35 PM that afternoon and the center followed a track just inland of the Florida Gulf Coast, essentially along Interstate 75, from just east of Naples to near Plant City (just east of Tampa Bay) before weakening to a tropical storm as it eventually moved into southwest Georgia.

## IMPACT TO THE MIAMI AREA

Not only was Irma a very intense hurricane in its inner core region, it also expanded to cover a very broad area by the time it reached the Cuban coastline with spiral bands of convection stretching across a 500+ mile diameter. These outer bands of thunderstorms swept repeatedly across southeastern Florida throughout both Saturday 9 September and Sunday 10 September as the center of Irma passed south of Miami and then curved northwestward toward the Keys and eventually into Naples. This can be seen in the radar animations **Figure 5** and **Figure 6**. These feeder bands were responsible for all the wind damage in the Miami metro area. Radar analysis of the intensity of each line of storms that moved over the Arlen House Condominiums, and looking for evidence of rotation using Doppler analysis of individual cells embedded within these lines is key to identifying which may have been the most likely to have produced damaging wind gusts.

In addition to the localized features that will be discussed in detail momentarily, the large scale wind field of Irma also spread hurricane force winds across a wide area more than 90 miles northeast of the eye with tropical storm force winds extending out as much as 220 miles from the center. In **Figure 6b** at the top of the following page, the swath of hurricane force winds is shown in orange.

Aircraft reconnaissance was flown continuously as Irma moved across the Florida Straits between Cuba and Florida. There were several tracks flown just off the coast of Miami-Dade and Monroe Counties providing valuable data in conjunction with land based radars. Plots of these mission tracks can be seen from above and in virtual 3D Google Earth images. The final Irma NOAA P-3 mission (2711A) can be seen in **Figure 7a** and **Figure 7b**, the two USAF WC-130 missions (2911A and 3011A) flown prior to final landfall in Collier County are seen in **Figure 8a**, **Figure 8b**, **Figure 9a** and **Figure 9b**. These missions measured surface winds just offshore, winds aloft at flight level and released dropsonde instruments packages.

2



*Figure 6b: Swath of hurricane force winds produced by Irma shown in the orange shading with the path of the center denoted by the narrow dashed line. Note the majority of hurricane force winds occurred to the right of the track, north and east of the center.*



*Figure 8b : A Google Earth rendition of USAF Mission 2911A viewed from above the Gulf of Mexico looking eastward toward the Florida Straits. Note several aircraft tracks that approached the southeastern Florida coast mapping the wind field of Irma just offshore that would later move over the Miami area.*

3



*Figure 9b: USAF Mission 3011A viewed from above western Cuba looking northeastward toward the Florida Peninsula. Note the aircraft track that approached southeastern Florida and turned back toward the southwest overflying Key Biscayne, extreme southeastern Miami-Dade County and the tip of the Everglades then continued toward its 2nd center fix of the mission just north of Cudjoe Key. The four white circles represent each time the aircraft flew into the eye and marked the center of the storm where the lowest pressure was measured.*

Reconnaissance aircraft release instrument packages known as dropwindsondes (or more commonly referred to more simply as dropsondes, see **Figure 10a** below) that are similar to weather balloons. Instead of ascending upward from the surface, dropsondes fall from the aircraft attached to a small parachute that stabilizes and slows their descent toward the surface before they splash into the ocean. Radio telemetry passes data back to the aircraft including pressure, humidity, temperature and winds.



Dropwindsondes measure
- Air temperature
- Dewpoint
- Atmospheric pressure
- The GPS positioning is used to measure wind speed and direction

These data are measured and transmitted four times per second while the probe is in the air.

*Figure 10a: The GPS dropsondes used by USAF and NOAA hurricane reconnaissance aircraft.*

These dropsondes provide a high resolution profile of winds from their launch altitude of 10,000 feet down to the surface. Data from these dropsondes paints a depiction of the intensity of the storm quadrant that would later rotate ashore above the client property.

4

The intensity of these winds aloft provide a glimpse of the available reservoir of kinetic energy at higher altitudes that can be brought down to the surface via convection in the form of downdrafts flowing out of thunderstorms making up feeder bands and any mesovortices within these bands. In **Figure 10b** below, you see a combined plot of winds from three dropsondes released during NOAA mission 2711A northeast of the center. Dropsonde data reveals there is a significant vertical gradient of winds within the lowest 300 meters of the atmosphere closest to the surface (known as the planetary boundary layer). Winds within a landfalling hurricane are noticeably stronger only a short distance above the ground. This is a critical factor to consider in high rise structures such as the 21 story towers of the Arlen property. An examination of a composite of all the vertical wind profiles of soundings made by dropsondes in the eyewall of Irma shows a best-fit statistical curve that follows the empirically derived equation shown below (this equation was used to estimate winds on the top floors of the tower

where x is the height above ground and y is the corresponding wind speed):

$$y = 0.7893e^{0.1496x}$$

Reconnaissance aircraft also carry a downward looking instrument that measures the amount of upwelling microwave energy emitted by the foam and capillary wave action created as winds blow across the ocean surface. This device, known as a Stepped Frequency Microwave Radiometer (SFMR) is thereby able to measure the surface wind speed underneath the track of the plane. In **Figure 11a** on the following page you see an excerpt from the High Density Observations (HDOBs) transmitted by USAF mission 2911A to the National Hurricane Center (NHC) that shows hurricane force surface winds measured by the SFMR between 4:22 and 4:27 AM EDT on the morning of 10 Sept. The lines highlighted in blue are along their track just offshore south of the Arlen House Condominiums. Surface winds are denoted in the third column from the right and read from 78 MPH at 4:22 AM to 93 MPH at 4:27 AM.



*Figure 10b*: *A vertical cross section of the atmosphere northeast of the center of Irma depicting three dropsonde releases (shown in red, orange and yellow) by NOAA mission 2711A. The drops were made from 3000 meters (about 9800 feet). The points denote wind speed measured as the sondes fell to the surface. The yellow trace shows wind speeds from a sonde released at 4:11 PM EDT on 9 September measuring winds as high as 60 meters per second (134 MPH) at 200 meters above the ocean surface in the Florida Straits. Surface winds for the three sondes ranged from 78 MPH (red), 92 MPH (orange), to 105 MPH (yellow).*

5

```
URNT15 KNHC 100827
AF302 2911A IRMA                   HDOB 52 20170910
081730 2518N 08003W 6963 03056 9940 +086 //// 133066 071 053 010 01
081800 2517N 08005W 6966 03051 9936 +088 //// 131071 073 059 009 05
081830 2516N 08006W 6960 03054 9924 +096 +082 131066 069 055 008 00
081900 2515N 08007W 6965 03045 9924 +091 +090 131066 066 056 006 00        UZNT13 KNHC 101353
081930 2514N 08009W 6964 03043 9915 +097 +092 130068 069 058 006 00        XXAA  60147 99249 70813 08141 99951 26410 10629 00946 ///// /////
082000 2512N 08010W 6969 03036 9909 +100 +086 132069 069 057 006 00        92246 25411 12140 85989 21409 13630 70663 14001 15117 88999 77999
082030 2511N 08011W 6967 03036 9912 +096 +087 133070 071 057 006 00        31313 09608 81336
082100 2510N 08013W 6963 03040 9919 +086 +077 134070 071 058 006 00        61616 AF306 3011A IRMA                   OB 11
082130 2509N 08014W 6961 03034 9909 +091 +088 135072 072 060 008 00        62626 EYEWALL 045 MBL WND 11627 AEV 33304 DLM WND 13621 950694 WL
082200 2508N 08015W 6970 03020 9899 +089 +089 133072 074 061 007 00        150 10614 086 REL 2485N08129W 133655 SPG 2494N08138W 134022 =
082230 2507N 08017W 6959 03029 9908 +084 //// 132074 075 068 008 01        XXBB  60148 99249 70813 08141 00951 26410 11850 21409 22729 16406
082300 2505N 08018W 6966 03020 9908 +084 //// 133077 079 074 015 01        33694 13400
082330 2504N 08019W 6961 03021 9901 +085 //// 128081 083 075 026 05        21212 00951 10629 11949 10623 22947 10609 33944 10107 44941 10611
082400 2503N 08021W 6960 03021 9898 +087 //// 128080 081 076 015 01        55934 11627 66924 12141 77913 12130 88884 13132 99874 13125 11862
082430 2502N 08022W 6955 03025 9899 +086 //// 126080 083 074 015 05        13124 22850 13630 33694 15117
082500 2501N 08023W 6969 03010 9892 +091 //// 137081 083 074 011 01        31313 09608 81336
082530 2500N 08024W 6955 03025 9886 +092 //// 133082 082 077 015 01        61616 AF306 3011A IRMA                   OB 11
082600 2459N 08026W 6966 03009 9883 +094 //// 146075 080 085 020 01        62626 EYEWALL 045 MBL WND 11627 AEV 33304 DLM WND 13621 950694 WL
082630 2457N 08027W 6960 03014 //// +095 //// 145081 082 078 020 01        150 10614 086 REL 2485N08129W 133655 SPG 2494N08138W 134022 =
082700 2456N 08028W 6967 03004 9875 +097 //// 149078 082 081 019 01
```

*Figure 11a (left) is the HDOB discussed on Page 4. Figure 11b (right) is a dropsonde message from USAF mission 3011A showing surface winds of 148 MPH in the northeast eyewall at 9:40 AM EDT on the morning of 10 Sept*

A study was published by Colorado State University (K.S. Maclay, M. DeMaria, T.H Vonder Haar 2008: Tropical Cyclone Inner-Core Kinetic Energy Evolution, *Monthly Weather Review*, **136**, pages 4882-4898) comparing tropical cyclones that have struck the U.S. since 1995. The study calculated the amount of kinetic energy (KE) transferred from the atmosphere to the Earth's surface by integrating the total wind energy multiplied over the area encompassed by those winds. The study reinforces the notion that the total number of square miles covered by hurricane force winds (not just the maximum winds nearest the center) is crucial in determining the overall destructive potential of a storm.

[Tropical Cyclone Destructive Potential by Integrated Kinetic Energy](#) (M.D Powell, T.A. Reinhold 2007: Tropical Cyclone Destructive Potential by Integrated Kinetic Energy, *Bulletin of the American Meteorological Society* , **88** , pages 513-526) devised a destructive potential index that uses Integrated Kinetic Energy (IKE) in a manner similar to the Maclay paper. Powell noted in his publication: "While intensity provides a measure to compare the maximum sustained surface winds of different storms, it is a poor measure of the destructive potential of a storm since it does not account for storm size. The Saffir–Simpson scale is currently used to communicate the disaster potential of hurricanes in the Western Hemisphere. It serves a useful purpose for communicating risk to individuals and communities, but is a poor measure of the destructive potential of a hurricane because it depends only on intensity....We suggest a metric relevant to the physical forces that contribute to damage, based on the size of the wind field and magnitude of the winds."

The very large size of Irma's wind envelope at landfall meant that wind energy was distributed across a vast area, in terms of square miles covered with hurricane force winds and tropical storm force winds. When these winds are integrated across the region impacted by each level of wind intensity, the Integrated Kinetic Energy (IKE) for Irma at Category 5 intensity over the southeastern Bahamas was calculated to be equal to 112 Terajoules. A Terajoule (one billion Joules) is equivalent to 277,778 kilowatt hours of power. Irma maintained an IKE very close to this peak value as it moved through the Florida Straits (even though it had weakened to a Cat 4, the envelope of each wind category listed above had continued to grow in size, offsetting the decrease in intensity of peak winds nearest to the center). This is an important consideration weighing the destructive potential of Irma in the Miami area since the eyewall passed well south and then southwest and west of the metro area moving from the Straits through the Keys making final landfall in Collier County.

By **Bonnie Berkowitz**, **Laris Karklis**, **Reuben Fischer-Baum** and **Chiqui Esteban**
Updated Sept. 11, 2017



*Figure 12: From the Washington Post article "How Big is Hurricane Irma" using IKE data calculated by Risk Management Solutions. Note how important the size of the wind field is in determining IKE. Irma contained seven times as much IKE as Andrew. While Andrew devastated south Dade County it produced only limited damage outside a radius of 20 miles*



*Figure 13: National Weather Service WSR-88D Doppler Radar from Key West site at 12:11 PM on the afternoon of Sunday 10 September. At this point the center of the eye of Irma was 90 miles west-southwest of the Arlen House Condominiums (location shown as the purple dot north of downtown Miami). The eyewall containing the strongest winds is clearly evident as it approached landfall in Collier County. However, the most intense feeder band can be seen wrapping around the center from the Cuban coast to the upper Keys and southwest Miami-Dade County into Monroe and southernmost Collier Counties. This is the band that would move northeastward across the Miami area with several embedded mesovortices and localized damaging winds.*

**SEQUENCE OF METEOROLOGICAL EVENTS AT THE ARLEN HOUSE CONDOMINIUMS IN SUNNY ISLES BEACH**



*Figure 14a (left) and Figure 14b (right): The location of the Arlen House Condominiums in Sunny Isles Beach*



The first feeder bands on the outermost edges of Irma moved across Sunny Isles Beach around 7:30 AM on the morning of Saturday 9 September with the first gusts to tropical storm force (greater than 39 MPH). Throughout the remainder of Saturday, winds slowly increased from an east-northeasterly direction (sustained winds generally in the range of about 25 MPH gusting to 35 MPH) as Irma approached with continual light to moderate rain.

The first significant feeder band with winds gusting over 50 MPH, accompanied by very heavy rain and lightning moved over at 4:00 PM (see **Figure 15** on the top of the next page from 4:01 PM) with the center of the eye still moving westward along the northern coast of Cuba more than 150 miles away.



*Figure 15: WSR-88D NEXRAD ("Next Generation Radar") imagery from the Miami Site (KAMX) for 4:01 PM EDT on the afternoon of 9 September. During the passage of this feeder band over the client property winds briefly gusted to over 50 MPH.*

At 7:53 PM another intense feeder band (see **Figure 15a** below) passed over the Arlen House Condominiums with sustained winds in excess of 40 MPH and gusts in excess of 55 MPH on the ground floor (over 65 MPH gusts on the uppermost floors). This feeder band persisted for well over an hour.



*Figure 15a: Miami Doppler radar imagery for 7:53 PM showing another feeder band passing through Sunny Isles Beach with winds that gusted to over 55 MPH for well over an hour*

By the early morning hours of Sunday 10 September, with the center of Irma still about 140 miles from the client property, the storm was broad enough that by 3:30 AM the main feeder bands of the hurricane had reached Miami and a phase of nearly continuous sustained winds over 45 MPH began with numerous gusts of 55-60 MPH. At 3:25 AM (**Figure 16** below), the strongest winds up to that point were moving inland within the cells pushing onshore.



*Figure 16: By 3:25 AM 10 September feeder bands from Irma were now nearly continuously moving onshore. Note the well-defined eye and eyewall of Irma has moved off the Cuban coastline and is now completely back over the extremely warm waters of the Florida Straits and re-intensification back to Category 4 intensity is underway.*

The WSR-88D NEXRAD Doppler radar system along with FAA Terminal Radar sites at major airports (TDWR data) uses a sophisticated algorithm to measure the speed of rain droplets moving either toward or away from the radar (radial velocity) in a given cell. Trigonometric relationships based on the location of the radar site and the cell can then be used to derive a vector for motion of the cell as well as motions within the cell. Rotating cells, the mesovortices (also called mesocyclones) we have discussed, can be detected and tracked. Each is tagged with a number. The speed of rotation for each of these tagged cells can also be displayed.

The KAMX (Miami) radar station captures mesocyclones in six minute intervals, thusly the exact placement of the tags in relation to any particular location does not suggest that other adjacent addresses did not also experience the same tagged feature during the intervening six minutes before another plot was generated. Rather, it shows that a feeder band prone to creating mesocyclones will likely continue to produce more that may or may not be captured in the subsequent plot created six minutes later.



*Figure 17 shows the development of a mesocyclone within a thunderstorm. Wind shear increases within feeder bands of a hurricane as they move onshore (due to increasing friction as air flowing just above the water then moves above the rougher surfaces of land). This wind shear induces a horizontal rotation within the cells. Updrafts then turn the rotating coil into the vertical. These rotating columns suck air parcels near the surface upward and draw surrounding air into the column to replace them.*

10

A key element of understanding the role of mesocyclones in increasing the potential for property damage is that not only do they significantly enhance the pre-existing horizontal wind velocities, but they also add a vertical component to the wind. The upward component of wind flowing into these features gets underneath the roofing support of buildings, increasing the overall stress load and creating complex, non-linear forces on the materials used in their construction. There were dozens of mesocyclones spawned by Irma's feeder bands across southeast Florida. These are very transient features with life cycles that often span just a few minutes.

**Figure 18a** below shows that the Mesocyclone Algorithm of the FAA TDWR radar site at Fort Lauderdale has detected a swarm of 12 rotating cells tagged as #105 through #123 at 7:28 AM moving up rapidly from the south. These mesocyclones are embedded in a feeder band that moved rapidly from southwest to northeast across the Downtown area and communities further to the north, including Sunny Isles Beach a few minutes later. The cell tagged #173 in **Figure 18b** (on the top of the next page) moved over the property around 7:31 AM generating the first hurricane force wind gusts at the property (in excess of 75 MPH).



*Figure 18a: Mesocyclone Detection Algorithm of the FAA TDWR radar site at Fort Lauderdale Airport showing multiple rotating cells southwest of Downtown Miami at 7:28 AM. These cell were embedded in feeder bands that was advancing rapidly northeastward and passed over Sunny Isles Beach a few minutes later.*



*Figure 18b: Mesocyclone Detection Algorithm of the FAA TDWR radar site at Fort Lauderdale Airport showing the cell tagged #172 passing over Sunny Isles Beach at 7:31 AM. This cell generated the first hurricane force wind gusts in excess of 75 MPH at the Arlen House Condominiums.*

**Figure 19** below shows that by 10:03 AM the eye of Irma had passed through the Keys and the storm was pulling some its most intense feeder bands across southeast Florida. A prolonged period had begun where each feeder band was now bringing hurricane force gusts in excess of 75 MPH. As the center continued moving NNW toward its final landfall in Collier County on the Gulf Coast side of the Peninsula, as the eye reached the same latitude as Miami in the next few hours it dragged the strongest feeder bands across the metro area. Mesocyclones continued to form within these bands.



*Figure 19 Key West radar 10:03 AM EDT 10 Sept. Numerous gusts to hurricane force now occurring across Miami area*

USAF reconnaissance mission 3011A flying the track shown at the top of Page 4 passed overland just south of Homestead and around 37 miles south of the Arlen House Condominiums between 8:18 and 8:21 AM. Their observations are shown in **Figure 20** below with sustained flight level winds up to 108 MPH. Again, these wind speeds aloft show there was considerable kinetic energy available to be carried down to the surface by the convection within these feeder bands.



*Figure 20: USAF Mission 3011A High Density Observation #24. The lines highlighted in blue coincide with the time the aircraft was flying a track overland over the extreme southeast corner of Miami-Dade County. The column highlighted in yellow is the peak sustained wind in knots measured at flight level during each 30 second interval. The reading highlighted in red shows a peak sustained wind of 108 MPH measured at 9:20 AM.*

By 11:00 AM, analysis of Doppler radar velocity products, along with wind reports from the nearby Opa Locka airport, show the prevailing one minute average sustained winds were now in excess of 50 MPH in Sunny Isles Beach with frequent gusts to hurricane force. At 1:36 PM, the most intense feeder band that Irma would produce over Florida (see **Figure 21** below) was moving northeastward. It continued to move northeastward across the Miami metro area over the next three hours toward the client property.



*Figure 21: The most intense feeder band generated by Irma to impact the Miami area has formed and at 1:36 PM is moving northeastward toward the city (passing at this time over the NWS WSR-88D radar site shown as the black dot southwest of Miami).*

By 3:25 PM the line of most intense thunderstorms in this feeder band had pushed north of Downtown Miami and was approaching Sunny Isles Beach from the southwest (see **Figure 22** below). It contained several mesocyclones as indicated in **Figure 23** also below:



*Figure 22 Intense feeder band advancing to the northeast as seen by the 3:25 PM Miami WSR-88D Doppler radar.*



*Figure 23: Mesocyclone Detection Algorithm of the FAA TDWR radar site at Fort Lauderdale Airport showing rotating cells tagged #655, #656, #657 and #664 at 3:30 PM embedded within the feeder band that would pass over Sunny Isles Beach.*

At 3:46 PM this feeder band moved across the Arlen House Condominiums (see **Figure 24** below) **with peak estimated surface wind gusts of 98 MPH** as it moved across Sunny Isles Beach. **As mentioned earlier, the uppermost floors of the tower saw considerably stronger winds with sustained hurricane force winds above the 10th floor and estimated peak 3 second gusts on the 21st floor of up to 112 MPH.**



*Figure 24a: The most intense feeder band containing embedded mesovortices moves across the Arlen House Condominiums at 3:46 PM.*

<u>SUMMARY AND CONCLUSIONS</u>

Findings in this report, specifically estimates of the magnitude and timing of wind events, were based on a blend of:

- Archived surface wind observations in the Miami area for 9-10 September, 2017, many of which were summarized by a National Weather Service Miami Forecast Office preliminary assessment of Irma (their latest update from 14 October 2017) and the National Hurricane Center Tropical Cyclone Report on IRMA issued on March 9, 2018. These include the values shown below (all are surface wind observations):

**Page number of NHC Irma Report with LOCATION and MEASURED PEAK WINDS**
Page 36 Fowey Rock Lighthouse Sustained Winds 84 MPH with **gust to 100 MPH**
Page 64 North Perry Airport Broward County Sustained Winds 81 MPH with **gust to 109 MPH**
Page 42 Deerfield Beach **gust to 111 MPH**
Page 39 Government Cut - South Miami Beach Sustained Winds 75 MPH **gusts to 91 MPH**
Page 41 Turkey Point Nuclear power Plant Sustained Winds 71 MPH with **gust to 93 MPH**
Page 60 Doral (inland Miami Dade County) gust to **96 MPH**
Page 37 Vaca Key - Virginia Key gust to **93 MPH**
Page 66 Sunrise (Broward County) gust to **98 MPH**
Page 38 Carysfort Reef Lighthouse Key Largo gust to **93 MPH**
Page 35 West Palm Beach International Airport gust to **91 MPH**

- Detailed analysis of WSR-88D NEXRAD Doppler Level II radar files (reflectivity, radial velocity and Mesocyclone detection algorithm products) from sites at Key West and Miami, along with FAA Terminal Radar Level III TDWR files from Fort Lauderdale Airport downloaded from the archive at the National Centers for Environmental Information (NCEI) in Asheville, NC
- Aircraft reconnaissance data from NOAA and USAF missions into Irma, including surface winds measurements made just offshore using the SFMR, dropsonde wind profiles, and flight level wind data

- Official observations made at Opa Locka Airport were useful in recreating the timeline of events and verifying wind estimates. Those observations, seen below in **Figure 25**, show hurricane force wind gusts for almost 11 hours from 7:22 AM until 6:11 PM EDT on 10 September with peak winds of 85 MPH at 3:03 PM. Note that hurricane force wind gusts persisted at the Airport for three additional hours after the peak of 85 MPH at 3:03 PM.



*Figure 25: Official observations from the Opa Locka Airport. Highlighted text shows the peak wind remark with the strongest gust at the airport recorded at 3:03 PM (1903 GMT) from a direction of 140 degrees (from the southeast) at 74 knots (85 MPH) coded as: PK WND 14074/1903*

There were several dozen mesocyclones detected by the NWS WSR-88D and FAA TDWR Terminal radar systems at Fort Lauderdale and Miami Airports. The data from the Fort Lauderdale FAA site was most useful since it continued to operate throughout the landfall of Irma (the Miami Airport system became intermittent at around 10:00 AM on the morning of the 10th and failed completely at 1:37 PM). The steaks of highest wind gusts approaching 100 MPH (and associated swaths of greatest wind damage) in the Miami metro area are associated with mesocyclones embedded within the strongest feeder bands. Such a feature moved across the Arlen House Condominiums at 3:46 PM EDT on Sunday 10 September with an estimated peak gusts of 98 MPH. **The uppermost floors of the 21 story towers (with the 21st floor more than 60 meters above ground level) saw hurricane force sustained winds and gusts as high as 112 MPH.** This is based upon the empirically derived relationship seen in the aircraft dropsonde data discussed earlier on Page 5 where winds in the atmospheric boundary layer of IRMA increased along a curve based on elevation that follows:

$$y = 0.7893e^{0.1496x}$$

Winds over Sunny Isles Beach eventually diminished after around 6 PM. Subsequent bands of showers that continued to move across the area during the remainder of Sunday evening the 10th were much weaker and had little or no potential to cause further damage. The timing of each wind event is listed in Appendix A: **Hurricane IRMA Timeline of Wind Events for the Ground Floor Arlen House Condominiums Sunny Isles Beach FL** and Appendix B: **Hurricane IRMA Timeline of Wind Events for the Uppermost Floor Arlen House Condominiums Sunny Isles Beach FL**

**Very Respectfully,**

**Richard G. Henning**
**Consulting Meteorologist**
**Report Completed October 4, 2020**
**APPENDIX A: Hurricane IRMA Timeline of Wind Events for Ground Floor Arlen House Condominiums Sunny Isles Beach FL**
**APPENDIX B: Hurricane IRMA Timeline of Wind Events for Uppermost Floor Arlen House Condominiums Sunny Isles Beach FL**