# EXHIBIT "10"

| | |
|---|---|
| **Date:** | Fri, 19 Feb 2021 12:25:58 AM (UTC) |
| **Sent:** | Fri, 19 Feb 2021 12:24:37 AM (UTC) |
| **Subject:** | Portofino HOA - Hurricane Sally |
| **From:** | Jeff Hellman <Jeff.Hellman@mclarens.com > |
| **To:** | Ed Fleming <epfleming@pensacolalaw.com >; Kimberly Lamar <kimberlyl@portofinoisland.com >; |
| **CC:** | 'jackie_collins@ajg.com' <jackie_collins@ajg.com >; Chuck Allison (callison@jsheld.com) <callison@jsheld.com >; Michael Brophy <MBrophy@jsheld.com >; |

[EXTERNAL]

Ed,

Please advise when we can expect to receive the balance of Portofino's Hurricane Sally claim.

**Best Regards,**

**Jeff Hellman** | McLarens
Senior Vice President
Jeff.Hellman@mclarens.com

19324 40th Avenue West, Suite C
Lynnwood, WA 98036 USA
**+1 206 319-5070** | office
**+1 425 623-2104** | mobile
www.mclarens.com

CONFIDENTIALITY AND PRIVILEGE NOTICE: The information contained in this message and any attachments may be privileged, confidential and/or exempt from disclosure under applicable law. Any views expressed in this message and any attachments are those of the individual sender, except where the message states otherwise, and in no way binds Insurers and/or their representatives. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments, without reading them.

PRIVACY STATEMENT: We are required to capture and process personal information supplied to us in the fulfilment of our services. Our obligations vary depending on the jurisdiction involved. For further details as to how this information is used, kept secure and your rights, please see the relevant Privacy Statement on our website – https://www.mclarens.com/privacy- policy/