# EXHIBIT "30"

**To:** Nick Cervellera[ncervellera@ics-llcinc.com]
**Cc:** Pat Lewis[plewis@ics-llcinc.com]; Jon Doan[jdoan@ccgfirm.com]; Ashley Adkins[ashleyadkins@keysclaims.com]; Kevin Bryant[kbryant@ics-llcinc.com]; Jon Lewis[jlewis@ics-llcinc.com]; Isaac Lewis[ilewis@ics-llcinc.com]; Tim Rothring[timrothring@keysclaims.com]
**From:** George Keys[georgekeys@keysclaims.com]
**Sent:** Thur 7/21/2022 4:12:15 PM (UTC-04:00)
**Subject:** Re: Portofino Estimates

Pat
Unless I am seriously mistaken, you have a copy of our estimate of damages for all towers. Not sure what point you are trying to make. Perhaps if you need something you should ask with specificity so I can respond properly. Thanks

Kindest regards,

**George W. Keys, Jr., SPPA**
For the Firm
Keys Claims Consultants, LLC
Bayfront Professional Center
1333 3rd Ave. South
Suite 407
Phone: 239-774-5040
Fax: 239-774-4027
**Email: georgekeys@keysclaims.com**
**Web: www.keysclaims.com**
**George Wilton Keys, Jr., SPPA**
  FL Public Adjusters License #A140365
  CO Public Adjusters License #370084
  TX Public Adjusters License #1553539
**Keys Claims Consultants, LLC**
   TX License# 1553540
   CO License# 497644



This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this email or the information it contains by other than the intended recipient is unauthorized. Please advise me immediately by return e-mail or otherwise if you receive this e-mail in error. We do not guarantee that this material is free from viruses or any other defects although due care has been taken to minimize the risk.

> On Jul 21, 2022, at 1:38 PM, Nick Cervellera <ncervellera@ics-llcinc.com> wrote:
>
>
> Mr. Keys,
>
> On behalf of Patrick Lewis:
>
> Please see below as we are trying to confirm the estimates we've received equal your total claim value.
>
> Thank you for your consideration.
>
> All the best,

**NICK CERVELLERA** | Operations & Development Officer

Lewis Claim Solutions
www.lewisclaimsolutions.com
**M:** 407.459.6307 | **O:** 407.466.6626

The contents of this e-mail message and any attachments are intended for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable client and/or work product privileges.. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

---

**From:** Pat Lewis <plewis@ics-llcinc.com>
**Sent:** Wednesday, July 13, 2022 10:51 AM
**To:** Jon Doan <jdoan@ccgfirm.com>; George W. Keys (georgekeys@keysclaims.com) <georgekeys@keysclaims.com>
**Cc:** Ashley Adkins <ashleyadkins@keysclaims.com>; Kevin Bryant <kbryant@ics-llcinc.com>; Jon Lewis <jlewis@ics-llcinc.com>; Isaac Lewis <ilewis@ics-llcinc.com>; Nick Cervellera <ncervellera@ics-llcinc.com>; Tim Rothring <timrothring@keysclaims.com>
**Subject:** Portofino Estimates

Hello  George

Doing a quick review of your estimates; I want to fully understand your position on total loss and damage values. Please provide a summary of what your total claim is if you wouldn't mind. I am listing mine, so my position is clear for you records.

| Estimate Name | Total |
|---|---|
| PORTOFINO-LCS-TOWER1 | $ 2,211,341.94 |
| PORTOFINO-LCS-TOWER2 | $ 2,307,416.62 |
| PORTOFINO-LCS-TOWER3 | $ 1,774,843.41 |
| PORTOFINO-LCS-TOWER4 | $ 1,862,099.75 |
| PORTOFINO-LCS-TOWER5 | $ 1,760,225.88 |
| PORTOFINO-LCS-COMMON | $    463,868.46 |
| **Grand Total:** | **$ 10,379,796.06** |

Thank you.

Respectfully,



**PATRICK E LEWIS** | CEO

Lewis Claim Solutions

www.lewisclaimsolutions.com

**O:** 407.466.6626

The contents of this e-mail message and any attachments are intended for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable client and/or work product privileges.. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.