# COMPOSITE EXHIBIT "4"

**Portofino Tower Two Homeowners' Association**
Two Portofino Drive
Pensacola Beach, Florida 32561

**Approved Meeting Minutes**
**March 25, 2015**

I. <u>Call to order</u>

Mr. Church called the meeting to order at 3:02 P.M. at Two Portofino Drive Pensacola Beach, FL 32561.

II. <u>Roll call</u>

Present at the meeting was: Gene Church (President), Ted DeArmon (Vice President/Secretary), Lisa Traina (Treasurer), John Cote (Director), Patrick Seiter (Director)via conference call, Richard Ball (Director of Associations), Kim Lamar (Association Controller), Don Harris (Associations Manager) and Dmitri Krivosheyev (Director of Maintenance)  **A quorum was established.**

III. <u>Proof of Notice</u>

Mr. Harris provided proof of notice in compliance with the Condominium Declaration and Florida Statutes.

IV. <u>Reading of Unapproved Minutes</u>

**Treasurer Traina motioned to approve the minutes from the Board meetings of November 14, 2014.  Vice President DeArmon seconded.  Directors Church, Cote, DeArmon, Seiter and Traina voted in favor.  The motion carried.**

**Vice President DeArmon motioned to approve the minutes from the Board meetings of December 19, 2014.  Director Cote seconded.  Directors Church, Cote, DeArmon, Seiter and Traina voted in favor.  The motion carried.**

V. <u>Reports of Officers and Committees</u>

**President's Report-** President Church presented his report to the Board and assembled members.  During his report President Church reviewed the following topics-
  **Master Association Trellis Suit-** This litigation has been resolved in mediation in Portofino's favor.  Recovered attorney's fees as well.
  **Hotwire Communications Suit-** This litigation has been resolved in mediation in Portofino's favor.  Recovered attorney's fees as well.
  **Property Tax Litigation-** This suit is still active with a summary judgement hearing to be scheduled in the summer.  However, a case regarding the 12 acres will be heard prior to Portofino's and counsel may suspend the Portofino suit until a final ruling on the 12 acres has been reached (including appeal).
  Fire Suppression System- All towers have been experiencing trouble signals and false alarms due to the fire alarm system in the garage area of the building.  Consequently, the exterior fire alarm system (garage area) is scheduled for

**CE4-001**

reengineering and rehabilitation in the coming months. Interim steps have been taken to minimize the incidence of false alarms until this replacement is complete.
**FNMA Approval**- Since the cost of a unit is cresting the top of the FNMA loan cap, the Master Association has discontinued investigating avenues to obtain FNMA approval.

**Treasurers Report-** Treasurer Traina and Controller Lamar presented the February 2015 financial package for Board review. Treasurer Traina reviewed revenue, expenses and variances to budget. They also presented the final draft of the 2014 financial audit for Board approval. The Board also discussed the Association insurance deductible and premium financing. After a question and answer period the following motions were made.

> **Vice President DeArmon motioned to accept the February 2015 financial package as presented. Treasurer Traina seconded. Directors Church, Cote, DeArmon, Seiter and Traina voted in favor. The motion carried.**
>
> **Vice President DeArmon motioned to approve the 2014 financial year end audit. Director Cote seconded. Directors Church, Cote, DeArmon, Seiter and Traina voted in favor. The motion carried.**
>
> **Director Cote motioned to finance the 2015 Tower insurance premiums with Regions Bank. Vice President DeArmon seconded. Directors Church, Cote, DeArmon, Seiter and Traina voted in favor. The motion carried.**
>
> **Treasurer Traina motioned that in accordance with Florida Statute, the Tower Two Board of Directors set the condominium hazard insurance deductible at 2% of the replacement cost of the building or $793,004.44 per occurrence for Named Windstorm losses. Should a loss occur, unit owners may be assessed in order to pay this deductible. The Tower Two Association relies on paragraph 15.6 of the Declaration of Condominium for the authority to levy such special assessment to address the damages caused by a catastrophic event. Director Cote seconded. Directors Church, Cote, DeArmon, Seiter and Traina voted in favor. The motion carried.**

**Buildings and Grounds Report-** Vice President DeArmon and Mr. Krivosheyev presented the building walk-down report, conducted in advance of meeting, to the assembly. The building is in good shape with the exception of minor items detailed in the report. Additional topics discussed related to new and ongoing maintenance projects, selection of new replacement tile by the Master Association and maintenance procedures and billing. After discussion by the Board the following motions were made.
> **Vice President DeArmon motioned to authorize the replacement of the domestic water expansion tank, by Air Design Systems Inc. at a cost not to exceed $1,250. Treasurer Traina seconded. Directors Church, Cote, DeArmon, Seiter and Traina voted in favor. The motion carried.**
>
> **Vice President DeArmon motioned authorize Air Design Systems Inc. to effect repairs of the 60 ton roof top air conditioning unit at a cost not to**

**CE4-002**

exceed $7,473.60.  Director Cote seconded.  Directors Church, Cote, DeArmon, Seiter and Traina voted in favor.  The motion carried.

**Vice President DeArmon motioned to engage Dave Gooch Waterproofing to effect repairs to the balcony of unit 502 in an amount not to exceed $15,400.  Director Cote seconded.  Directors Church, Cote, DeArmon, Seiter and Traina voted in favor.  The motion carried.**

VI. <u>**Unfinished Business**</u>
   a) **Fire Alarm System Replacement Update-** Mr. Krivosheyev presented a proposal from Hiller Systems to re-engineer and replace the garage area fire alarm system to correct previous engineering mistakes and eliminate false alarms in the tower. Due to the complexity and labor required of the project, Hiller Systems were the only vendor to respond to the request for proposal (RFP). After discussion the following motion was made.
   **Treasurer Traina motioned to engage Hiller Systems to re-engineer and replace the fire alarm system components, in the exterior garage area, at a cost not to exceed $124,882.00 and including a two-year parts and labor warranty.  Vice President DeArmon seconded.  Directors Church, Cote, DeArmon, Seiter and Traina voted in favor.  The motion carried.**
   b) **ADA Compliance Measures-** Mr. Harris detailed the history of ADA compliance at Portofino.  As a result of a suit filed and settled against the Master Association, the tower pools will be required to install lifts for the use of differently abled persons at an estimated cost of $8,000.
   c) **January 2015 Flood Update-** Mr. Harris presented a report detailing the particulars of the flood event of January 9, 2015.  Mr. Harris spoke of work completed and remaining as well as payments received from the Association insurance carrier.

VII. <u>**New Business**</u>
   a) **Discussion of Fire Alarm System Inspection Repairs-** Mr. Krivosheyev presented a report and repair proposal from Hiller Systems generated from the results of the recent fire alarm system annual inspection.  The grand total for repairs is $4,282.50.  After discussion the following motion was made.
   **Treasurer Traina motioned to engage Hiller Systems to make repairs to the tower fire alarm system, as discovered by the annual inspection, in an amount not to exceed $4,282.50.  Director Cote seconded.   Directors Church, Cote, DeArmon, Seiter and Traina voted in favor.  The motion carried.**
   b) **Discussion of Approved Unit Entry Door Locking Mechanisms-** Mr. Ball related the history of this issue and that the Master Association will be addressing this topic in the near future.

VIII. <u>**Other Topics of Discussion**</u>
   Premier Skyline Inc., who recently performed a window washing on the unit windows, made a presentation regarding the condition of the windows, the need for rehabilitation and need for a regular maintenance schedule.

IX. <u>**Adjournment**</u>

**CE4-003**

**Vice President DeArmon motioned to adjourn the meeting at 5:20pm. Director Cote seconded. Directors Church, Cote, DeArmon, Seiter and Traina voted in favor. The motion carried.**

Respectfully Submitted,
Don Harris
Associations Manager
Portofino Homeowners' Association

**CE4-004**

**Portofino Tower Two Homeowners' Association**
Two Portofino Drive
Pensacola Beach, Florida 32561

**Approved Meeting Minutes**
**September 20, 2016**

I. <u>**Call to order**</u>

Vice President DeArmon called the meeting to order at 3:00P.M. at Two Portofino Drive Pensacola Beach, FL 32561.

II. <u>**Roll call**</u>

Present at the meeting was: Gene Church (President) via telephone, Ted DeArmon (Vice President/Secretary), Lisa Traina (Treasurer) via telephone, John Cote (Director) via telephone, Richard Ball (Director of Associations), Kim Lamar (Association Controller), Don Harris (Associations Manager), and Dmitri Krivosheyev (Director of Maintenance). **A quorum was established.**

III. <u>**Proof of Notice**</u>

Mr. Harris provided proof of notice in compliance with the Condominium Declaration and Florida Statutes.

IV. <u>**Reading of Unapproved Minutes**</u>

**President Church motioned to approve the minutes from the Board meeting of June 21, 2016. Director Cote seconded. Directors Church, Cote, DeArmon and Traina voted in favor. The motion carried.**

V. <u>**Reports of Officers and Committees**</u>

**President's Report-** President Church presented updates regarding the on-going property tax and fire suppression litigations. Both cases are expected to be resolved in favor of Portofino homeowners.

**Treasurers Report-** Treasurer Traina and Controller Lamar presented the August 2016 financial package for Board review. Controller Lamar reviewed revenue, expenses and variances to budget. The Association is currently $52,782.37 ahead of budget year to date. After the presentation, the following motion was made.
  **Treasurer Traina motioned to accept the August 2016 financial package as presented. President Church seconded. Directors Church, Cote, DeArmon and Traina voted in favor. The motion carried.**

**Buildings and Grounds Report-** Vice President DeArmon and Mr. Krivosheyev presented the building walk-down report, conducted in advance of meeting, to the assembly. The building is in good shape with the exception of cosmetic or minor items detailed in the report. During the report the topics of replacement of the building artificial plants, sodding of the pet area, rehabilitation of the pool area signage and Association duty to repair deficiencies in homeowner units. Also discussed on-going projects to include the painting of garage area doors and walls, pressure washing of the pedestrian level flooring, staining of the small compactor

**CE4-005**

hallway, repair of storm damage suffered in spring storms and landscaping. After the presentation and discussion, the following motions were made.

**Treasurer Traina motioned to replace the sod at the Portofino Tower II dog walk area at a cost not to exceed $1,500 in the event the Portofino Master Association will not bear that cost. Vice President DeArmon seconded. Directors Church, Cote, DeArmon and Traina voted in favor. The motion carried.**

**Vice President DeArmon motioned to engage Premier Skyline Inc. to restore, clean and seal the building exterior "sheer" wall windows at a cost not to exceed $14,000. Director Cote seconded. Directors Cote, DeArmon and Traina voted in favor. The motion carried.**

**The Board also directed management to seek advice from the association's legal representation regarding association responsibility for repair in homeowner's units.**

VI. <u>Unfinished Business</u>
   None

VII. <u>New Business</u>
   None

VIII. <u>Other Topics of Discussion</u>
   The next meeting of the Portofino Tower Two Board of Directors is scheduled for October 18, 2016 at 3pm.

IX. <u>Adjournment</u>
   The meeting was adjourned at 3:45pm by General Consent.

   Respectfully Submitted,
   Don Harris
   Associations Manager
   Portofino Homeowners' Association

CE4-006

**Portofino Tower Three Homeowners' Association**

Three Portofino Drive
Pensacola Beach, Florida, 32561

**Approved Minutes**
**July 24, 2014**

I. <u>Call to order</u>

    Mr. Ball called the meeting to order at 10:03 AM in the Tower I conference room at One Portofino Drive, Pensacola Beach, FL 32561.

II. <u>Roll call</u>

    Present at the meeting was Max Scroggin (President), Jim Byrd (Vice-President), Sue Miller (Treasurer), Mea Rosner (Secretary), Louis Brown (Director) via conference call, Richard Ball (Director of Associations), Kim Lamar (Controller), Dmitri Krivosheyev (Director of Maintenance) and Don Harris (Associations Manager).  **A quorum was established.**

III. <u>Proof of Notice</u>

    Mr. Ball provided proof of notice in compliance with the Condominium Declaration and Florida Statutes.

IV. <u>Reading of Unapproved Minutes</u>

    **Vice President Byrd motioned to approve the minutes of March 28, 2014 as amended.  Treasurer Miller seconded.  Directors Brown, Byrd, Miller, Rosner and Scroggin voted in favor.  The motion carried.**

V. <u>Reports of Officers and Committees</u>

    **President's Report**- President Scroggin made his report to the Board.  He reported on developments from the most recent Master Associations.  The topics covered included long term maintenance of unit sliders and air conditioning drainage system, fresh water usage cap, palm tree rehabilitation and the installation of a flag pole at the Lifestyle Center.  ==Maintenance of the unit sliders is necessary to prevent exterior moisture intrusion and air conditioning maintenance prevents drain pan overflow and unit flooding.==  If the property water usage for 2013-14 exceeds an established cap there is an additional fee for extra usage.  The first round of palm tree removal has taken place.  Additional review and stump removal shall take place in the fall.  A flag pole shall be installed in the Lifestyle Center to display the American flag.  After President Scroggin's report the following motion was made.

        **Vice President Byrd motioned to install float switches in the air conditioning in unit air handlers at a cost of $55 per switch.  Treasurer Miller seconded.  Directors Brown, Byrd, Miller, Rosner and Scroggin voted in favor.  The motion carried.**

    **Treasure's Report**- Treasurer Miller and Controller Lamar presented the June 2014 financial package for Board review. Controller Lamar reviewed revenue, expenses and variances to budget.  The association is approximately $ 37,308.26 ahead of the 2014 budget (year-to-date).  Factors contributing to the year to date bottom line are bad debt and property insurance (ahead of budget) and legal fees and building repairs (behind budget).  After a question and answer period the following motion was made.

        **Treasurer Miller motioned to accept the June 2014 financial package as presented.  Secretary Rosner seconded.  Directors Brown, Byrd, Miller, Rosner and Scroggin voted in favor.  The motion carried.**

**CE4-007**

**Building and Grounds Report-** Mr. Krivosheyev, Director of Maintenance, presented the results of a recent building walk down conducted with Ms. Loper, Building and Grounds chair, and Mr. Ball, Director of Associations.  Overall, the building is in good shape with no serious deficiencies noted.  Topics discussed included a review of the discrepancy report, the shifting of parking spaces to better utilize existing space, the installation of stainless steel wall guards at the small compactor area and status of small dumpster (patch and include replacement in 2015 budget).  After discussion the following motions were made.

> **President Scroggin motioned to re-stripe parking spaces 62 and 63 to provide better usage of existing space.  Treasurer Miller seconded.  Directors Brown, Byrd, Miller, Rosner and Scroggin voted in favor.  The motion carried.**

> **President Scroggin motioned to install stainless steel wall guards at the small compactor hallway.  Vice President Byrd seconded.  Directors Brown, Byrd, Miller, Rosner and Scroggin voted in favor.  The motion carried.**

VI. <u>Unfinished Business</u>

VII. <u>New Business</u>

    a) **Feral Cats-** President Scroggin provided a status of the property feral cat population.  Portofino Tower II has initiated a control program.  The Master Association has determined that each tower is permitted to determine the need for control within the footprint of the tower.  Since Tower III does not have an issue with wildlife or feral cats therefore no action is required at this time.

    b) **Elastomeric update-** Mr. Ball presented an update regarding this project.  The project has been suspended until September to accommodate the summer season activities.  The project is set to resume after Labor Day.  Glass inspections shall be conducted on balcony glass before the resumption of work.

    c) **Fire Protection system update-** Mr. Krivosheyev discussed the clean-up of the garage area after the application of marine grease to preserve the garage area fire sprinkler system.  Essentially, the application was made too thick and warming temperatures caused the grease to liquefy and drip onto vehicles and the garage floor.  Mr. Steve Kowkabany, engineer, is returning to re-inspect the work and consequent clean-up.

    d) **Coating of Terrace unit wall caps-** Mr. Ball and Mr. Krivosheyev presented a proposal to seal the terrace level privacy wall caps to prevent any moisture intrusion from that area.  The caps were sealed several years ago and it is now time to reapply.  The cost of this application for 12 caps is $810.  After a brief discussion, the following motion was made.

> **Treasurer Miller motioned to coat/seal 12 terrace level privacy wall caps at a cost not to exceed $810.  Vice President Byrd seconded.  Directors Brown, Byrd, Miller, Rosner and Scroggin voted in favor.  The motion carried.**

    e) **Dumpster Room venting system-** President Scroggin detailed the history of the small compactor room and the strong odor which results from the collection of tower garbage.  He also discussed past efforts to eliminate or minimize the odor.  President Scroggin discussed the success of an engineered venting installation at Tower V and recommended the installation of the same for Tower III.  Mr. Krivosheyev presented a quote from Air Design to install a similar venting system for Tower III at a cost of $5,890.  A discussion followed and resulted in the following motion.

> **Secretary Rosner motioned to engage Air Design systems to install an engineered ventilation system at the small compactor room at a cost not to exceed $5,890.  Treasurer Miller seconded.  Directors Brown, Byrd, Miller, Rosner and   Scroggin voted in favor.  The motion carried.**

VIII. <u>Other Items</u>

Director Miller left the meeting at 11:00am and Director Brown left at 11:09. A quorum was maintained by the remaining Directors.

The next meeting of the Tower III Board of Directors is scheduled for September 25, 2014 at 10AM.

IX. **Summary of Action Items**
- Install air handler float switches in all units
- Restripe parking spaces 62 and 63
- Install stainless steel wall guards at small compactor room
- Coat privacy wall caps on terrace-level with liquid sealant
- Engage Air Design to install ventilation system at the small compactor room
- Send email regarding long term maintenance needs

X. **Adjournment**

**Vice President Byrd motioned to adjourn the meeting at 11:30 AM. President Scroggin seconded. Directors Byrd, Rosner and Scroggin voted in favor. The motion carries.**

**Respectfully Submitted,**


**Richard Ball**
**Director of Associations**
**Portofino Homeowners' Association**

**CE4-009**

**Portofino Tower Four Homeowners' Association**
Four Portofino Drive
Pensacola Beach, Florida, 32561

**Approved Minutes**
**November 02, 2016**

I. <u>**Call to order**</u>

    Mr. Harris called the meeting to order at 11:07 AM at Four Portofino Dr., Pensacola Beach, Florida, 32561.

II. <u>**Roll call**</u>

    Present at the meeting was Anna Babin-Neal (President), Aaron Bills (Vice President) via conference call, Mea Rosner (Treasurer) via telephone conference, James Renninger (Secretary) via telephone conference, Mary Lee (Director), Kim Lamar (HOA Controller), Dmitri Krivosheyev (Director of Maintenance) and Don Harris (Association Manager). **A quorum was established.**

III. <u>**Proof of Notice**</u>

    Mr. Harris provided proof of notice in compliance with the Condominium Declaration and Florida Statutes.

IV. <u>**Reading of Unapproved Minutes**</u>
    **None**

V. <u>**Reports of Officers and Committees**</u>
    **President's Report:** Waived

    **Treasurer's Report:** Waived

    **Building and Grounds Report:** Waived

VI. <u>**Unfinished Business**</u>

VII. <u>**New Business**</u>

    a) **Discussion of Valcourt Contract Provisions-** The Board discussed recent reports, by unit owners, of incidents of scratched balcony railing glass panels. The unit owners are asserting the damage is new and was occasioned by the recent coating/sealant project which concluded in March of 2016. President Babin-Neal provided introductory remarks and Mr. Krivosheyev, Director of Maintenance, discussed the likely cause (use of mechanical scraping tools used by original stucco installers) and history of balcony glass damage. The Board discussed options and possible responses to homeowner assertions. After discussion, the following motion was made. **President Babin-Neal motioned to instruct management to assemble two letters to homeowners declining to accept responsibility for damaged (scratched) panes of balcony railing glass. Director Lee seconded. Directors Babin-Neal, Bills, Lee, Renninger and Rosner voted in favor. The motioned carried**.

    b) **Painting of Entrance/Lobby Area-** President Babin-Neal discussed the topic of coating the ceiling on the 1st floor lobby level (main entrance) since a recent power washing project did not

**CE4-010**

produce the desired result. Two bids to perform this work were presented for review. One bid, from Tompkins Painting, was for the amount of $7,200 and a second from Emerald Waters Painting was in the amount of $7,500. After a discussion, the following motion was made.

**Director Renninger motioned to engage Tompkins Painting to coat the lobby exterior for a cost not to exceed $7,200. Vice President Bills seconded. Directors Babin-Neal, Bills, Lee, Renninger and Rosner voted in favor. The motioned carried**.

VIII. **Other Items for Discussion**

The next meeting of the Tower Four Association Board of Directors is scheduled for November 21, 2016 at 10 A.M.

IX. **Summary of Action Items**

X. **Adjournment**

**President Babin-Neal motioned to adjourn the meeting at 11:59 PM. Director Lee seconded. Directors Babin-Neal, Bills, Lee, Renninger and Rosner voted in favor. The motion carried.**

Respectfully Submitted

Richard Ball
Director of Associations
Portofino Homeowners' Association

**CE4-011**

**Portofino Tower Four Homeowners' Association**
Four Portofino Drive
Pensacola Beach, Florida, 32561

**Approved Minutes**
**July 27, 2018**

I. <u>**Call to Order**</u>

Mr. Ball called the meeting to order at 2:06 PM at Four Portofino Dr., Pensacola Beach, Florida, 32561.

II. <u>**Roll Call**</u>

Present at the meeting were Anna Babin-Neal (President), Aaron Bills (Vice President) by conference line, James Renninger (Secretary), Steven Goran (Treasurer), Mary Lee (Director), Richard Ball (Director of Associations), Kim Lamar (HOA Controller), Dmitri Krivosheyev (Director of Maintenance) and Don Harris (Associations Manager). **A quorum was established.**

III. <u>**Proof of Notice**</u>

Mr. Ball provided proof of notice in compliance with the Condominium Declaration and Florida Statutes.

IV. <u>**Reading of Unapproved Minutes**</u>

**Director Lee motioned to approve the minutes from the April 6, 2018 meeting as presented. President Babin-Neil seconded. Directors Babin-Neal, Bills, Lee, voted in favor. The motion carried.**

V. <u>**Reports of Officers and Committees**</u>

**President's Report:** During her report, President Babin-Neil covered the following topics:
**Beach Bathhouse Details-** The Association continues to collect survey input from homeowners regarding the proposed bathhouse facility to the south of the property. With approximately 75% of units polled, results reflect 419 units voted in favor and 158 units are opposed.
**Network Communications-** Netcom is struggling to provide reliable technology services to the property. As a result, Mr. Ed Fleming will be enlisted to communicate the Association's dissatisfaction with Net Com services.
**Property Tax**- The property tax suit and he manner of unit valuation is now being negotiated by Portofino counsel and the Property Appraiser's office. Once negotiations are complete, it is expected new bills will be issued reflecting new taxes.
**Benches-** the topic of adding benches around the property was discussed during the most recent Master Association meeting. Further research is to be conducted.

**Treasurer's Report:** Controller Lamar presented the financial package for June 2018 for review. Controller Lamar detailed association income, expense, and variances from budget. The tower is $71,000 ahead of budget year to date. Controller Lamar also made remarks regarding the reserve sheet, credit card processing fees as well as reaffirming management emergency spending limits... After Controller Lamar made her presentation the following motions were made

**President Babin Neal motioned to approve the June 2018 financial package as presented. Director Lee seconded. Directors Babin-Neal, Bills, Lee, voted in favor. The motion carried.**

**CE4-012**

> **President Babin-Neal motioned to affirm a $5000 expense cap for management spending in the event of an emergency. Director Lee seconded. Directors Babin-Neal, Bills, Lee, voted in favor. The motion carried.**

**Building and Grounds Report:** President Babin Neal and Chief Engineer Krivosheyev presented the discrepancy list from the most recent building and grounds inspection. Only minor discrepancies exist and the tower is in good repair.

VI. **Unfinished Business**
   None

VII. **New Business**
   a) **Director Resignation and Nomination-** Due to the sale of her unit, Treasurer Rosner is no longer a member of the Association and has tendered her resignation from the Board of Administration. A new board member was selected and confirmed.
   > **President Babin-Neal nominated Mr. Steven Goren (1508) to fill Treasurer Rosner's position on the Board for the remainder of Treasurer Rosner's existing term. Director Lee seconded. Directors Babin-Neal, Bills, Lee, voted in favor. The motion carried.**

   > **President Babin Neal motioned to appoint Director Goren to the position of Treasurer. Director Lee seconded. Directors Babin-Neal, Bills, Goren, Lee, voted in favor. The motion carried.**

   Newly appointed Treasurer, Steve Goren, joined the meeting.

   b) **Fire pump and Generator Investigation-** Mr. Krivosheyev presented an executive summary regarding possible solutions to eliminate water pressure surge when the fire suppression system is activated. After the presentation, Mr. Krivosheyev recommended to engage Schmidt Consulting Group to perform a feasibility study and prepare preliminary construction estimates for each available option. After the presentation the following motion was made.
   > **President Babin Neal motioned to participate in a feasibility study in conjunction with the other five associations to resolve fire suppression system discrepancies at a cost not to exceed $2000. Director Lee seconded. Directors Babin-Neal, Bills, Goren, Lee, voted in favor. The motion carried.**

   c) **Level 1 Glass Doors-** The condition of the level one sliding glass doors has deteriorated to the point of replacement. This evolution is included in the 2018 reserve schedule and will be performed before the end of the year. Vice President Bills discussed the possibility of acquiring an extended warranty. This topic will be investigated with the vendor.
   > **President Babin Neal motioned to engage Automated Doorways to replace the level one automated sliding doors at a cost not to exceed $11,007. Director Lee seconded. Directors Babin-Neal, Bills, Goren, Lee, and Renninger voted in favor. The motion carried.**

   d) **Tower Window Cleaning-** Mr. Ball presented a proposal submitted from Premier Skyline Inc. to wash the tower windows on the sheer walls (not accessible from balcony) in the amount of $6180. The conversation also included the possibility of adding a polishing/sealer product to rehabilitate the windows at an additional cost. After the discussion the following motion was made.
   > **President Babin Neal motioned that she would investigate further on this topic and report back to the Board. Director Lee seconded. Directors Babin-Neal, Bills, Goren, Lee, and Renninger voted in favor. The motion carried.**

**CE4-013**

  e) **Tower Pool No Smoking Discussion-**President Babin Neal presented member concerns regarding smoking at the tower pool.  Smoking is currently permitted at the tower outdoor pool and concerned members wish to change the rule to prohibit this practice.  President Babin Neal solicited comments from the rest of the board and a discussion followed.  After the discussion the following motions were made.

    **Vice President Bills motioned that the Board has considered the smoking matter and resolved that there is no evidence that this is a systemic or sustaining problem and therefore the board is not inclined to change the rules at this time.  Secretary Renninger seconded.  Directors Babin-Neal, Bills, Goren, Lee, and Renninger voted in favor.  The motion carried.**

VIII. **Other Items for Discussion**

  **Unassigned Parking-** President Babin Neal opened a discussion regarding unassigned parking spaces within the Association parking garage.  The homeowners Association inherited five additional parking spaces when the developer sold their last unit.  The discussion centered on whether to lease available spaces or not.  After a discussion by the board, the following motion was made

    **Director Lee motioned to reserve the existing Association parking spaces for contingency uses.  Secretary Renninger seconded. Directors Babin-Neal, Bills, Goren, Lee, and Renninger voted in favor.**

The next meeting of the Tower Four Association Board of Directors is scheduled for October 26, 2018 at 2 PM.

IX. **Summary of Action Items**
- Engage Schmidt Consulting Group to perform a feasibility study at a cost not to exceed $2000.
- Engage automatic doorways to replace level one automatic sliders at a cost not to exceed $11,007.
- Send an email to Association members regarding any additional spaces for lease.

X. **Adjournment**

    **Director Lee motioned to adjourn the meeting at 4:11 PM.  Vice President Bills seconded.  Directors Babin-Neal, Bills, Goren, Lee, and Renninger voted in favor.  The motion carried.**

Respectfully Submitted

Richard Ball
Director of Associations
Portofino Homeowners' Association

**Portofino Tower Five Homeowners' Association**
Five Portofino Drive
Pensacola Beach, Florida 32561

**Approved Meeting Minutes**
**June 18, 2014**

I. <u>Call to Order</u>

President Allen called the meeting to order at 5:30 p.m. at One Portofino Drive Pensacola Beach, FL 32561.

II. <u>Roll Call</u>

Present at the meeting was: John Allen (President), T. Max Scroggin (Vice President), Don Rickenbaugh (Treasurer) via conference call, Matt Dannheisser (Secretary) via conference call, Roger Meece (Director), Dr. Kenneth Fish (Director) via conference call, Richard Ball (Director of Associations), Kimberly Lamar (Association Controller), Dmitri Krivosheyev (Director of Maintenance) and Don Harris (Associations Manager). **A quorum was established.**

II. <u>Proof of Notice</u>

Mr. Harris provided proof of notice in compliance with the Condominium Declaration and Florida Statutes.

V. <u>Reading of Unapproved Minutes</u>

**Director Meece motioned to approve the minutes from the meeting of 03/22/14 as presented. Treasurer Rickenbaugh seconded. Directors Allen, Dannheisser, Meece, Rickenbaugh and Scroggin voted in favor. The motion carried.**

V. <u>Reports of Officers and Committees</u>

**President's Report-** President Allen presented his report to the Board and assembled owners. President Allen discussed topics related to developments with the Master Association Board. President Allen spoke about a feral/community cat solution, litigation concerning the parking trellis structure, landscaping issues (Palm tree update, sod and pine straw replacement), fire suppression system preservative application, change of Fitness Center use rules and the consideration of possible installation of a water filtration system at the Lifestyle Center.

**Treasurer's Report-** Treasurer Rickenbaugh and Controller Lamar presented the 2014 May financial package, Treasurer Rickenbaugh reviewed the 2014 May financial package by department detailing revenues, expenses and variance from budget. The Association is currently $30,520.89 ahead of budget. The Board also discussed bad debt accounts. After a short question and answer period, the following motions were made.

**Director Meece motioned to accept the 2014 May financial package as presented. Vice President Scroggin seconded. Directors Allen, Dannheisser, Meece, Rickenbaugh and Scroggin voted in favor. The motion carried.**

**Building and Grounds Report-** Director Meece and Mr. Krivosheyev presented the results of a recent walkdown conducted with Director Meece, Mr. Krivosheyev and Mr. Harris. The majority of the discrepancies identified were minor in nature and easily corrected. Director Meece also discussed absent locking mechanisms on common area doors (safety hazard), termite swarming in the association pool bathroom area (no damage and Orkin to address), elevator kick plate repair (these will be retouched), mildew on exterior of the building (seek a quote to address).

    a) **Coating Terrace Level Privacy Wall Caps-** Terrace level units are separated by privacy walls with a porous cement capstone which needs to be sealed to prevent moisture from entering the terrace units. The caps a due for a reapplication of liquid sealant. After a short discussion, the following motion was made.

        **Director Meece motioned to seal the terrace level units privacy wall caps by the Maintenance department at a cost not to exceed $1,000. Vice President Scroggin seconded. Directors Allen, Dannheisser, Meece, Rickenbaugh and Scroggin voted in favor. The motion carried.**

    b) **Consideration of Window Washing Quote-** Mr. Harris presented a quote from Premier Skyline Inc. to wash the building windows requiring the use of a swing stage (sheer wall windows). Such cleaning would protect the windows from further damage caused by the elements (etching). Additionally, management will investigate any possibility of applying a "RainEx" type product to enhance cleanliness. After discussion by the Board, the following motion was made.

        **Treasurer Rickenbaugh motioned to engage Premier Skyline Inc. to clean the sheer wall windows for an amount not to exceed $6,000. Director Fish seconded. Directors Allen, Fish, Rickenbaugh and Scroggin voted in favor. Directors Dannheisser and Meece voted against. The motion carried.**

VI. <u>Unfinished Business</u>

**CE4-015**

a) **Verizon Antenna Lease/Install Update-** Mr. Harris presented changes to the Verizon roof top lease to reflect the change in location to the attic area as approved at the March 22, Board meeting. After a short discussion the following motion was made.
   **Treasurer Rickenbaugh motioned to allow Verizon Wireless to amend the proposed contract to reflect changes in the installation area. Vice President Scroggin seconded. Directors Allen, Fish, Rickenbaugh and Scroggin voted in favor. Director Meece voted against. The motion carried.**
b) **Meeting Room Enclosure-** At the last meeting, management was directed to pursue enclosing the Tower Five public area in the lobby area to create a meeting/conference space in the Tower. Also discussed the possibility of purchasing new furniture and a conference table for the newly created area. After discussion the following motion was made.
   **Director Meece motioned to engage Automated Doorways Inc. to enclose the lobby level seating area at Tower Five at a cost not to exceed $6,167.85. Director Allen seconded. Directors Allen, Meece, Scroggin voted in favor. Directors Fish and Rickenbaugh voted against. The motion carried.**

II. **New Business**
  a) **Building Cladding Repairs-** Mr. Harris and Mr. Krivosheyev discussed a reoccurrence of water intrusion to unit 507. This unit was previously repaired by Yates Construction and Jones Flooring in 2010. Intrusion has been observed, professionally investigated and a scope of work developed. The scope of work was distributed to five reputable companies capable of performing this work. Only one company, Dave Gooch Waterproofing, responded to the request and the Board considered the provided quote to complete this work. Management was directed to ask Mr. Gooch if he could review his bid for any additional economies. After discussion, the following motion was made.
     **Director Meece motioned to engage Dave Gooch Waterproofing to complete repairs to unit 507 at a cost not to exceed $36,100. Vice President Scroggin seconded. Directors Allen, Fish, Meece, Rickenbaugh and Scroggin voted in favor. The motion carried.**
  b) **Netcom Installation Review-** Mr. Craig Ferris, Director of Information Technology, discussed the recent transition to Network Communications. Members of the Board and attending homeowners contributed their feedback to the conversation. The conversation touched on the topics of the selection process, transition difficulties, as well as, service and billing issues.

II. **Other Business**

   **Second Baptist Beach Retreat Recap**- The Board discussed the impact of the recent Second Baptist Beach Retreat hosted at Portofino. Directors discussed both the positive and negative aspects of the group's stay (June 8- June 13).

   The next meeting of the Portofino Tower Five Association Board of Directors is set for September 24 at 5:30pm.

X. **Action Items**
   - Engage Premier Skyline Inc. to wash sheer wall windows (after season)
   - Engage Maintenance to seal terrace level privacy wall caps
   - Notify Verizon Wireless of approval of contract change
   - Pursue enclosing lobby seating area
   - Engage Dave Gooch Waterproofing to effect repairs to unit 507

X. **Adjournment**
   **Director Meece motioned to adjourn the meeting at 7:55p.m. Vice President Scroggin seconded. Directors Allen, Fish, Meece, Rickenbaugh and Scroggin voted in favor. The motion carried.**

Respectfully Submitted,

Don Harris
Associations Manager
Portofino Homeowners' Association

**CE4-016**