EXHIBIT "8"



Beach Condos    Adventures    Resort Guide    Real Estate    Specials

## RESORT OVERVIEW

Portofino Island Resort and Spa is one of a kind. Situated on 28 acres, Portofino's grounds are meticulously maintained with architectural landscaping throughout. The ample palm trees and tropical foliage reflect the true Mediterranean style.

The resort features five 21-story towers with luxurious two- and three-bedroom accommodations that feature water views from every room around the bathroom. With the Gulf of Mexico and the Santa Rosa Sound as the backdrop for your island getaway, we know you'll find the perfect condo for you and your family.

**VIEW FULL SIZE MAP**

### Book Direct with Premier Island Management for the best rate and exclusive discounts.

Did you know that when you book directly through third-party websites sites such as Airbnb, VRBO, HomeAway and others you are paying up to an additional 15% more than if you booked directly through Premier Island Management Group? That's right – get the very best rate when you book directly with us online or by phone.

Guests who book direct also receive access to our exclusive list of **Premier Benefits**.

#### Benefits include:

- 10% off Beach Chair Set-up (for two)
- 10% off Dolphin Cruises, Sunset Cruises, and Specialty Cruises
- 10% off all rentals, services, and retail products at Adventure Cove, Adventure Beach, The Depot*
- 10% off Deluxe and Extreme Adventure Packages
- 10% off Envie Boutique
- 10% off Portofino Island Food & Beverage
- 10% off Portofino Market and Spa Retail
- 10% off services at Spa Portofino

*Some services available seasonally. Certain third-party restrictions may apply.*

#### Resort Amenities and Activities

The natural beauty surrounding Portofino Island Resort provides the perfect backdrop for an epic family beach vacation. Whether you choose to enjoy a relaxing day at the spa, restful lounging poolside or an aerial view from a parasail ride in the sound, we're here to help you make lasting memories.

**VIEW FULL SIZE MAP**

**VIEW RESORT FAQS**

### Inside The Lifestyle Center

**Heated Pools**
Two heated, multi-tiered infinity pools with a breathtaking view of the Santa Rosa Sound, one heated indoor pool - perfect for laps

**Whirlpool Spas**
Enjoy the view of the Santa Rosa Sound while relaxing in the comfort of the pool deck whirlpool spas

**Fitness Center**
workout with a waterfront view in our state-of-the-art fitness facility with classes and personal training available

**Spa Portofino**
an array of massages, body treatments, manicures, pedicures and treatments to rejuvenate mind, body and soul are available

**Smoothie Bar**
enjoy a wide selection of healthy snacks, smoothies and more from the Smoothie Bar

**Poolside Coffee Bar**
Starbucks Coffee is proudly served

**The Market**
specialty coffees, ice cream, souvenirs and logo merchandise along with sundries and select grocery items including alcohol and cold beverages

**Restaurant Dining:**
Coastal - inspired dining featuring the finest selections of seafood and land fare

al Fresco – open-air dining venue with an informal ambiance and a menu of fresh lunch and dinner selections

Cobalt Bar - enjoy tropical libations and light fare anywhere on the pool deck; a range of classic and specialty cocktails including the resort's signature Portofino Punch are served

Pizza Portofino – oven-baked specialties made to order



### RECEIVE EXCLUSIVE OFFERS
Sign Up To Get Insider Deals And Specials

Email Address                 **SIGN UP**

**Resort**
Accommodations
Adventures
Dining & Shopping
Ownership
Spa

**Quick Links**
Home
Resort Info
Meetings
Weddings
About Premier Island Management Group
Careers
Accessibility
Contact Us

**Find Property by Name**

**Follow Us on Social Media**

10 Portofino Drive
Pensacola Beach
FL 32561
(850) 916-5000
(877) 484-3405

©2024 Premier Island Management Group Portofino Island All rights reserved.

Powered by Rezfusion. Built by Bluetent.