# EXHIBIT "9"



# Portofino Island Resort

Appraisal Report

for Property Insurance Purposes

As of September 24, 2021

Prepared for

Portofino Homeowners Association

# Table of Contents

Purpose of the Engagement ................................................................................................................. 1

Engagement Scope .............................................................................................................................. 2

Effective Date of Report ..................................................................................................................... 3

Definition of Insurable Value ............................................................................................................. 3

Valuation Methodology ....................................................................................................................... 4

Scope of Work ..................................................................................................................................... 5

Conclusion ........................................................................................................................................... 6

Assumptions and Limiting Conditions ............................................................................................... 7

Certificate of Appraiser ...................................................................................................................... 9

# Exhibits

1   Statement of Insurable Values
2   Building Inspection and Appraisal Report
3   Insurable Land Improvements Report

Kroll, LLC
167 North Green Street, 12th Floor, Chicago, IL  60607
T +1 312 697 4600



February 11, 2022

Portofino Homeowners Association
Pensacola Beach, Florida

We have completed an insurance appraisal of certain property exhibited to us as that of Portofino Island Resort located in Pensacola Beach, Florida, and submit our findings in this report.

This report complies with the purpose and reporting requirements set forth by the Uniform Standards of Professional Appraisal Practice (USPAP) for an Appraisal Report. As such, the report presents only summary discussions of the data, reasoning, and analyses used in the appraisal process to develop Kroll's opinion of value. Supporting documentation concerning these matters has been retained in our work papers. The depth of the discussion contained in this report is specific to your needs as the client and for the stated intended use. Kroll is not responsible for the unauthorized use of this report.

## Purpose of the Engagement

The purpose of this engagement was to provide Portofino Homeowners Association a property insurance appraisal for Portofino Homeowners Association's use in connection with its internal analysis of its insurance needs with respect to the identified property as of September 24, 2021. Our opinion is intended to assist Portofino Homeowners Association in making informed business decisions; it is not a recommendation. Any decisions relating to insurance coverage shall remain Portofino Homeowners Association's responsibility and be made solely at its discretion. Accordingly, this report may only be used for the specific purpose stated.

Portofino Homeowners Association is the sole intended user of Kroll's report or other work product. Portofino Homeowners Association may disclose an informational copy of the report or other work product to its insurance professionals acting in an advisory capacity in connection with the purpose of this engagement. Portofino Homeowners Association shall not reference Kroll or its work in any public filing or other materials distributed to actual or prospective shareholders, investors, financing parties, or similar third parties without Kroll's prior written consent.

## Engagement Scope

Our report includes property classified as buildings and land improvements. All other asset classifications were excluded.

As part of the appraisal process, Kroll's staff completed an inspection of the identified property located at these facilities between September 22, 2021, and September 24, 2021.

## Effective Date of Report

The effective date of this report is September 24, 2021.

## Definition of Insurable Value

We developed our opinion of insurable value as the replacement cost value (RCV). In estimating insurable value, we allowed for national building codes; however, we did not consider any construction codes imposed by state or local municipalities, ordinances, or other legal restrictions. Also, we did not consider the cost of demolition in connection with reconstruction or the cost of removal of destroyed property.

The following valuation definition is applicable to this investigation. Unless otherwise noted, it is Kroll's accepted internal definition developed from industry standards.

- *Replacement cost value* is defined as the estimated amount required to reproduce a property entirely at one time, in like kind and quality, in accordance with current market prices for labor, materials, and manufactured equipment; contractors' overhead and profit; and fees, but without provisions for overtime, bonuses for labor, or premiums for materials and equipment.

In the event of partial loss, the amount of loss may be based upon repair cost, which is usually proportionately higher than the replacement cost value for an entire property, as defined herein.

## Valuation Methodology

The traditional approaches commonly used to value assets are the cost, market (sales comparison), and income (income capitalization) approaches. The theory behind these approaches is outlined as follows:

- **Cost Approach**

  The cost approach establishes value based on the cost of reproducing or replacing the asset, less depreciation from physical deterioration and functional and economic obsolescence, if present and measurable.

- **Market Approach**

  The market approach, also referred to as the sales comparison approach, measures the value of an asset through an analysis of recent sales or offerings of comparable assets. Sales and offering prices are adjusted for differences in profitability, financial position, products, markets, and the terms and conditions of sale between the asset being valued and the comparable assets.

- **Income Approach**

  The income approach, or income capitalization approach, measures the value of an asset by the present value of its future economic benefits. These benefits can include earnings, cost savings, tax deductions, and proceeds from asset dispositions. When the income approach is applied to intangible assets, value indications are developed by discounting expected cash flows to their present worth at a rate of return that incorporates the risk-free rate for the use of funds, the expected rate of inflation, and the risks associated with their particular investment. The discount rate selected is generally based on rates of return available, as of the valuation date, from alternative investments of similar type and quality.

In accordance with the USPAP guidelines, all basic approaches to value were considered. Our appraisal relied solely on the cost approach because the market and income approaches were not applicable for the purpose of this engagement.

## Scope of Work

### Buildings

We utilized a full-scope segregated cost approach including an inspection of each building to identify construction data used in the valuation process. During the inspection of the premises, we gathered each building's area and perimeter by measuring the structure, through an analysis of the as-built blueprints, or from other verified sources; identified and recorded data of the major construction components (type of structure, walls, roof, etc.); determined the construction class; recorded data of major service systems (electrical, plumbing, security, elevators, heating, ventilation, cooling, etc.); photographed the building; and recorded the GPS coordinates.

The subsequent results were applied to industry-standard construction valuation systems to estimate the insurable value. This cost reflects the total labor, material, incidental costs, architect's and engineer's fees, and contractor's overhead and profit. No exclusions were considered in the analysis of the buildings. The insurable value of each building and the related construction, occupancy, protection, and exposure data obtained during the inspection and utilized in the valuation process are reported on an itemized basis.

### Land Improvements

We inspected and appraised land improvements (property in the open) such as signage, fencing, outdoor lighting, antennas, radio towers, etc. These were appraised and reported in aggregate by asset category.

The valuation analysis was based on data gathered during the due diligence process, as well as information provided by Portofino Island Resort management and other third-party sources. Information supplied by others that was considered in this valuation is from sources believed to be reliable, and no further responsibility is assumed for its accuracy. Kroll reserves the right to make such adjustments to the valuation herein reported as may be required by consideration of additional or more reliable data that may become available.

The properties were appraised with due consideration given to their current use as condominiums. No consideration was given to prospective, contemplated, or possible alternative uses of the properties.

## Conclusion

Our opinion, as of September 24, 2021, of the replacement cost value is as follows:

| Description | Replacement Cost Value ($) |
| --- | --- |
| Assets subject to current inspection and appraisal process | 339,209,000 |

The terms of our engagement are subject to the attached assumptions and limiting conditions. We have made no investigation of and assume no responsibility for title to or liabilities against the property appraised. To meet appraisal standards, a new inspection should be conducted once every seven years.

Respectfully submitted,



Kroll, LLC

No third party shall have the right of reliance on this report, and neither receipt nor possession of this report by any third party shall create any express or implied third-party beneficiary rights.

142306

## Assumptions and Limiting Conditions

Unless otherwise stated in the report, the following assumptions and limiting conditions apply to the service performed:

- **Information Relied Upon from Others**

  During this engagement, we accepted, without verification, financial and other information provided by management or its representatives, as fully and correctly reflecting business conditions and operating results. This information may also include or relate to the value or condition of equipment, real estate, and investments used in the business, and any other assets or liabilities. In accordance with the American Institute of Certified Public Accountants' standards, we have not been engaged to review or examine such information. Accordingly, we do not express an opinion of, or any assurance about, the information.

  Any third-party information utilized in our analysis was obtained from sources we believe to be reliable. However, we make no representation as to the accuracy or completeness of such information and have not verified it.

  Our acceptance and use of management's forecasts of financial results and asset usage do not ensure such estimates can be achieved, because industry or company factors may not occur as forecasted. Differences between forecasted and actual results may be material and depend on management's choices, plans, and assumptions.

- **Valid Title**

  No investigation was made of the title to or any liabilities against the property identified in the report. We assumed that all property rights are valid and marketable and that no encumbrances exist that cannot be cleared through normal processes.

- **Report Purpose and Use**

  This report and the associated opinions or conclusions are only for the specific purpose and use stated in the report, and they are invalid for any other purpose and use.

  We are committed to supporting our opinion and this report. However, we are not required to give testimony or attend hearings or depositions, unless compensation arrangements for such additional services have been made.

- **Effective Date**

  The opinions or conclusions stated in this report are based on facts and market conditions known as of the specific effective date stated in this report and are only valid as of that date. Events and conditions occurring after that date were not considered, and we have no obligation to update our report for such events or conditions.

- **No Publication and No Third-Party Rights**

  No portion of this report may be published or given to any third parties without the prior written consent of Kroll. No third party shall have the right of reliance on this report, and neither receipt nor possession of this report by any third party shall create any express or implied third-party beneficiary rights.

- **Property Description**

  Any property areas, sizes, dimensions, or descriptions in this report are included for identification purposes only and should not be used in a conveyance or other legal document. We did not verify the property areas, sizes, dimensions, or descriptions used in this analysis. Any plat in this report is intended only as a visual aid regarding the property and its environment and should not be considered a survey or scaled to size.

- **Regulation Compliance**

  We assumed that the property has been responsibly managed; all applicable governmental regulations, including zoning and use regulations and restrictions, have been complied with; and all required licenses and permits have been or can be obtained or renewed for the use that is relevant to this analysis. Further, we assumed that the improvements, as well as the utilization of the land and improvements, are within the boundaries of the property described and that no encroachment or trespass exists.

  We made no effort to determine any possible effects of future federal, state, or local legislation, including any environmental matters, on the subject business or property.

## Certificate of Appraiser

I certify that, to the best of my knowledge and belief,

- The statements of fact contained in this report are true and correct. I have not knowingly misrepresented any facts or information that would have an impact on my opinions or conclusions.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and represent my impartial and unbiased professional analyses, opinions, and conclusions and those of Kroll.

- Any third-party information utilized in our analysis was obtained from sources I believe to be reliable. I have not performed any corroborating procedures to substantiate that data.

- Kroll and I personally have no present or prospective interest in or bias with respect to the property that is the subject of this report and have no personal interest or bias with respect to the parties involved.

- Neither my nor Kroll's engagement in or compensation for this assignment is contingent upon the development or reporting of a predetermined value or direction in value, a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- To the best of my knowledge, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

- The analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and the Principles of Appraisal Practice and Code of Ethics of the American Society of Appraisers.

- Members of my appraisal staff have made an inspection of the real property that is the subject of this report; I have not made an inspection of the property.

- Santo Rizzo provided significant real property appraisal assistance. No other individuals had any significant professional input in this report.

The American Society of Appraisers has a mandatory recertification program for all of its senior members. I am in compliance with the requirements of that program.

**Jeffrey L. Lank, ASA**



**Statement Of Insurable Values**

*As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| Building | Building Name | Insp. Date | Year Built | Entry Alarm | Manual Fire Alarm | Auto Fire Alarm | Sprink-ler | Avg Story Height | Floors | Total Floor Area | Building RCV | Content RCV | LI RCV | Total RCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Member:** | **001** | **PORTOFINO ISLAND RESORT** | | | | | | | | | | | | |
| **Site:** | **001** | **PORTOFINO ISLAND RESORT** | | | | | | | | | | | | |
| 001 | **TOWER #1** | 09/22/2021 | 2003 | No | 100 | 100 | 100 | 10 | 23 | 415,757 | 64,845,000 | 0 | 0 | 64,845,000 |
| ID: 1 | FIRE RESISTIVE (100%) | | | | | | | | | | | | | |
| | ONE PORTOFINO DRIVE | | | | | | | | | | | | | |
| | PENSACOLA BEACH, FL 32561 | | | | | | | | | | | | | |
| | Latitude: | 30.34404761 | | Flood Zone: | | | | | | | | | | |
| | Longitude: | -87.08035960 | | Flood Certificate: | | | | | | | | | | |
| 002 | **TOWER #2** | 09/22/2021 | 2003 | No | 100 | 100 | 100 | 10 | 23 | 415,757 | 64,845,000 | 0 | 0 | 64,845,000 |
| ID: 2 | FIRE RESISTIVE (100%) | | | | | | | | | | | | | |
| | TWO PORTOFINO DRIVE | | | | | | | | | | | | | |
| | PENSACOLA BEACH, FL 32561 | | | | | | | | | | | | | |
| | Latitude: | 30.34498868 | | Flood Zone: | | | | | | | | | | |
| | Longitude: | -87.07957049 | | Flood Certificate: | | | | | | | | | | |
| 003 | **TOWER #3** | 09/22/2021 | 2004 | No | 100 | 100 | 100 | 10 | 23 | 415,757 | 64,845,000 | 0 | 0 | 64,845,000 |
| ID: 3 | FIRE RESISTIVE (100%) | | | | | | | | | | | | | |
| | THREE PORTOFINO DRIVE | | | | | | | | | | | | | |
| | PENSACOLA BEACH, FL 32561 | | | | | | | | | | | | | |
| | Latitude: | 30.34401168 | | Flood Zone: | | | | | | | | | | |
| | Longitude: | -87.07885295 | | Flood Certificate: | | | | | | | | | | |
| 004 | **TOWER #4** | 09/22/2021 | 2006 | No | 100 | 100 | 100 | 10 | 23 | 415,757 | 64,845,000 | 0 | 0 | 64,845,000 |
| ID: 4 | FIRE RESISTIVE (100%) | | | | | | | | | | | | | |
| | FOUR PORTOFINO DRIVE | | | | | | | | | | | | | |
| | PENSACOLA BEACH, FL 32561 | | | | | | | | | | | | | |
| | Latitude: | 30.34474138 | | Flood Zone: | | | | | | | | | | |
| | Longitude: | -87.08121053 | | Flood Certificate: | | | | | | | | | | |



**Statement Of Insurable Values**

*As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| Building | Building Name | Insp. Date | Year Built | Entry Alarm | Manual Fire Alarm | Auto Fire Alarm | Sprink-ler | Avg Story Height | Floors | Total Floor Area | Building RCV | Content RCV | LI RCV | Total RCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Member:** | **001** | **PORTOFINO ISLAND RESORT** | | | | | | | | | | | | |
| **Site:** | **001** | **PORTOFINO ISLAND RESORT** | | | | | | | | | | | | |
| 005 | **TOWER #5** | 09/22/2021 | 2006 | No | 100 | 100 | 100 | 10 | 23 | 415,757 | 64,845,000 | 0 | 0 | 64,845,000 |
| ID: 5 | FIRE RESISTIVE (100%) | | | | | | | | | | | | | |
| | FIVE PORTOFINO DRIVE | | | | | | | | | | | | | |
| | PENSACOLA BEACH, FL 32561 | | | | | | | | | | | | | |
| | **Latitude:** | 30.34373375 | | **Flood Zone:** | | | | | | | | | | |
| | **Longitude:** | -87.08127553 | | **Flood Certificate:** | | | | | | | | | | |
| 006 | **LIFE STYLE BUILDING** | 09/22/2021 | 2003 | No | 100 | 100 | 100 | 17 | 2 | 22,009 | 5,502,000 | 0 | 0 | 5,502,000 |
| ID: 6 | MASONRY NON-COMBUSTIBLE (70%); JOISTED MASONRY (30%) | | | | | | | | | | | | | |
| | NINE PORTOFINO DRIVE | | | | | | | | | | | | | |
| | PENSACOLA BEACH, FL 32561 | | | | | | | | | | | | | |
| | **Latitude:** | 30.34523442 | | **Flood Zone:** | | | | | | | | | | |
| | **Longitude:** | -87.08038268 | | **Flood Certificate:** | | | | | | | | | | |
| 007 | **GUARD HOUSE** | 09/22/2021 | 2003 | No | 0 | 100 | 0 | 15 | 1 | 262 | 246,000 | 0 | 0 | 246,000 |
| ID: 7 | MASONRY NON-COMBUSTIBLE (100%) | | | | | | | | | | | | | |
| | NINE PORTOFINO DRIVE | | | | | | | | | | | | | |
| | PENSACOLA BEACH, FL 32561 | | | | | | | | | | | | | |
| | **Latitude:** | 30.34417548 | | **Flood Zone:** | | | | | | | | | | |
| | **Longitude:** | -87.07892843 | | **Flood Certificate:** | | | | | | | | | | |
| 008 | **TENNIS RECEPTION BUILDING** | 09/22/2021 | 2003 | No | 0 | 100 | 0 | 15 | 1 | 262 | 121,000 | 0 | 0 | 121,000 |
| ID: 8 | MASONRY NON-COMBUSTIBLE (100%) | | | | | | | | | | | | | |
| | NINE PORTOFINO DRIVE | | | | | | | | | | | | | |
| | PENSACOLA BEACH, FL 32561 | | | | | | | | | | | | | |
| | **Latitude:** | 30.34495549 | | **Flood Zone:** | | | | | | | | | | |
| | **Longitude:** | -87.07861451 | | **Flood Certificate:** | | | | | | | | | | |



**Statement Of Insurable Values**

*As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| Building | Building Name | Insp. Date | Year Built | Entry Alarm | Manual Fire Alarm | Auto Fire Alarm | Sprink-ler | Avg Story Height | Floors | Total Floor Area | Building RCV | Content RCV | LI RCV | Total RCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Member:** | **001** | **PORTOFINO ISLAND RESORT** | | | | | | | | | | | | |
| **Site:** | **001** | **PORTOFINO ISLAND RESORT** | | | | | | | | | | | | |
| 999 | **LAND IMPROVEMENT** | | | | | | | | | | 0 | 0 | 9,115,000 | 9,115,000 |
| ID: 9 | | | | | | | | | | | | | | |
| | , | | | | | | | | | | | | | |
| **Total for Site:** | **001** | **PORTOFINO ISLAND RESORT** | | | | | | | | 2,101,318 | 330,094,000 | 0 | 9,115,000 | 339,209,000 |
| **Total for Member:** | **001** | **PORTOFINO ISLAND RESORT** | | | | | | | | 2,101,318 | 330,094,000 | 0 | 9,115,000 | 339,209,000 |
| **Total:** | | | | | | | | | | 2,101,318 | 330,094,000 | 0 | 9,115,000 | 339,209,000 |



**Building Inspection and Appraisal Report**

*As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| | | | |
|---|---|---|---|
| Member: | 001 | PORTOFINO ISLAND RESORT | |
| Site: | 001 | PORTOFINO ISLAND RESORT | ONE PORTOFINO DRIVE |
| Building: | 001 | TOWER #1 | PENSACOLA BEACH, FL 32561 US |





**Valuation Summary**                                                    Date of Inspection: 9/22/2021

**Building Replacement Cost Value**                    $ 64,845,000        ($155.97 per SF)

**Construction Components**                                                                ID:  1

| | |
|---|---|
| **ISO Class:** | FIRE RESISTIVE (100%) |
| **Exterior Wall Type:** | EIFS ON MASONRY (95%); NONE (5%) |
| **Heating:** | FORCED WARM AIR (80%); NONE (20%) |
| **Cooling:** | ROOFTOP UNIT (80%); NONE (20%) |
| **Roof Material:** | TILE, CLAY (65%); SINGLE-PLY MEMBRANE (35%) |
| **Roof Pitch:** | LOW (2:12 TO 6:12 PITCH) (65%); FLAT (35%) |
| **Elevators:** | **Passenger:**   3    **Freight:**   0 |

**Description**

| | | | |
|---|---|---|---|
| **Year Built:** | 2003 | **Latitude:** | 30.344048 |
| **Number of Stories:** | 23 | **Longitude:** | -87.080360 |
| **Average Story Height:** | 10 | | |
| **Square Footage:** | *Super Structure:* | *415,757* | |
| | *Sub Structure:* | *0* | |
| | **Total:** | **415,757** | |

**Exposure**

| | |
|---|---|
| **Latitude:** | 30.344048 |
| **Longitude:** | -87.080360 |

**Protection**

| | |
|---|---|
| **Manual Fire Alarm:** | 100 |
| **Automatic Fire Alarm:** | 100 |
| **Sprinklers:** | 100 |
| **Entry Alarm:** | No |

**Flood Information**

| | |
|---|---|
| **Zone:** | |
| **Certificate:** | |

**Miscellaneous Additional Features**

BACKUP GENERATOR; PARKING GARAGE; POOL DECK; POOL RESTROOMS; SWIMMING POOL & SPA; TERRACES & BALCONIES; SURVEILLANCE SYSTEMS

 **Building Inspection and Appraisal Report** *As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| Member: | 001 | PORTOFINO ISLAND RESORT | |
|---|---|---|---|
| Site: | 001 | PORTOFINO ISLAND RESORT | TWO PORTOFINO DRIVE |
| Building: | 002 | TOWER #2 | PENSACOLA BEACH, FL 32561 US |





**Valuation Summary**                                                   Date of Inspection: 9/22/2021

| **Building Replacement Cost Value** | **$ 64,845,000** | **($155.97 per SF)** |
|---|---|---|

**Construction Components**                                                   **ID:  2**

| | |
|---|---|
| **ISO Class:** | FIRE RESISTIVE (100%) |
| **Exterior Wall Type:** | EIFS ON MASONRY (95%); NONE (5%) |
| **Heating:** | FORCED WARM AIR (80%); NONE (20%) |
| **Cooling:** | ROOFTOP UNIT (80%); NONE (20%) |
| **Roof Material:** | TILE, CLAY (65%); SINGLE-PLY MEMBRANE (35%) |
| **Roof Pitch:** | LOW (2:12 TO 6:12 PITCH) (65%); FLAT (35%) |
| **Elevators:** | **Passenger:**  3    **Freight:**  0 |

**Description**                                    **Exposure**

| | | | **Latitude:** | 30.344989 |
|---|---|---|---|---|
| **Year Built:** | 2003 | | **Longitude:** | -87.079570 |
| **Number of Stories:** | 23 | | | |
| **Average Story Height:** | 10 | | | |
| **Square Footage:** | *Super Structure:* | *415,757* | | |
| | *Sub Structure:* | *0* | | |
| | **Total:** | **415,757** | | |

**Protection**                                    **Flood Information**

| | | | | |
|---|---|---|---|---|
| **Manual Fire Alarm:** | 100 | | **Zone:** | |
| **Automatic Fire Alarm:** | 100 | | **Certificate:** | |
| **Sprinklers:** | 100 | | | |
| **Entry Alarm:** | No | | | |

**Miscellaneous Additional Features**

BACK UP GENERATOR; PARKING GARAGE; POOL DECK; POOL RESTROOMS; SWIMMING POOL & SPA; TERRACES & BALCONIES; SURVEILLANCE SYSTEMS



**Building Inspection and Appraisal Report**                    *As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| | | | |
|---|---|---|---|
| Member: | 001 | PORTOFINO ISLAND RESORT | |
| Site: | 001 | PORTOFINO ISLAND RESORT | THREE PORTOFINO DRIVE |
| Building: | 003 | TOWER #3 | PENSACOLA BEACH, FL 32561 US |





**Valuation Summary**                                        Date of Inspection: 9/22/2021

| Building Replacement Cost Value | $ 64,845,000 | ($155.97 per SF) |
|---|---|---|

**Construction Components**                                        **ID:  3**

| | |
|---|---|
| **ISO Class:** | FIRE RESISTIVE (100%) |
| **Exterior Wall Type:** | EIFS ON MASONRY (95%); NONE (5%) |
| **Heating:** | FORCED WARM AIR (80%); NONE (20%) |
| **Cooling:** | ROOFTOP UNIT (80%); NONE (20%) |
| **Roof Material:** | TILE, CLAY (65%); SINGLE-PLY MEMBRANE (35%) |
| **Roof Pitch:** | LOW (2:12 TO 6:12 PITCH) (65%); FLAT (35%) |
| **Elevators:** | **Passenger:**  3      **Freight:**  0 |

**Description**                                        **Exposure**

| | | | |
|---|---|---|---|
| **Year Built:** | 2004 | **Latitude:** | 30.344012 |
| **Number of Stories:** | 23 | **Longitude:** | -87.078853 |
| **Average Story Height:** | 10 | | |
| **Square Footage:** | *Super Structure:* | 415,757 | |
| | *Sub Structure:* | 0 | |
| | **Total:** | **415,757** | |

**Protection**                                        **Flood Information**

| | | | |
|---|---|---|---|
| **Manual Fire Alarm:** | 100 | **Zone:** | |
| **Automatic Fire Alarm:** | 100 | **Certificate:** | |
| **Sprinklers:** | 100 | | |
| **Entry Alarm:** | No | | |

**Miscellaneous Additional Features**

BACK UP GENERATOR; PARKING GARAGE; POOL DECK; POOL RESTROOMS; SWIMMING POOL & SPA; TERRACES & BALCONIES; SURVEILLANCE SYSTEMS



**Building Inspection and Appraisal Report**                    *As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| | | | | |
|---|---|---|---|---|
| Member: | 001 | PORTOFINO ISLAND RESORT | | |
| Site: | 001 | PORTOFINO ISLAND RESORT | FOUR PORTOFINO DRIVE | |
| Building: | 004 | TOWER #4 | PENSACOLA BEACH, FL 32561 US | |





### Valuation Summary
Date of Inspection: 9/22/2021

**Building Replacement Cost Value**    $ 64,845,000    ($155.97 per SF)

### Construction Components
**ID:  4**

| | |
|---|---|
| **ISO Class:** | FIRE RESISTIVE (100%) |
| **Exterior Wall Type:** | EIFS ON MASONRY (95%); NONE (5%) |
| **Heating:** | FORCED WARM AIR (80%); NONE (20%) |
| **Cooling:** | ROOFTOP UNIT (80%); NONE (20%) |
| **Roof Material:** | TILE, CLAY (65%); SINGLE-PLY MEMBRANE (35%) |
| **Roof Pitch:** | LOW (2:12 TO 6:12 PITCH) (65%); FLAT (35%) |
| **Elevators:** | **Passenger:**  3     **Freight:**  0 |

### Description

| | | | |
|---|---|---|---|
| **Year Built:** | 2006 | | |
| **Number of Stories:** | 23 | | |
| **Average Story Height:** | 10 | | |
| **Square Footage:** | *Super Structure:* | 415,757 | |
| | *Sub Structure:* | 0 | |
| | **Total:** | **415,757** | |

### Exposure

| | |
|---|---|
| **Latitude:** | 30.344741 |
| **Longitude:** | -87.081211 |

### Protection

| | |
|---|---|
| **Manual Fire Alarm:** | 100 |
| **Automatic Fire Alarm:** | 100 |
| **Sprinklers:** | 100 |
| **Entry Alarm:** | No |

### Flood Information

| | |
|---|---|
| **Zone:** | |
| **Certificate:** | |

### Miscellaneous Additional Features
BACK UP GENERATOR; PARKING GARAGE; POOL DECK; POOL RESTROOMS; SWIMMING POOL & SPA; TERRACES & BALCONIES; SURVEILLANCE SYSTEMS



**Building Inspection and Appraisal Report**                    *As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| Member: | 001 | PORTOFINO ISLAND RESORT | |
|---|---|---|---|
| Site: | 001 | PORTOFINO ISLAND RESORT | FIVE PORTOFINO DRIVE |
| Building: | 005 | TOWER #5 | PENSACOLA BEACH, FL 32561 US |





**Valuation Summary**                                          Date of Inspection: 9/22/2021

**Building Replacement Cost Value**          $ 64,845,000          ($155.97 per SF)

**Construction Components**                                       **ID:  5**

| | |
|---|---|
| **ISO Class:** | FIRE RESISTIVE (100%) |
| **Exterior Wall Type:** | EIFS ON MASONRY (95%); NONE (5%) |
| **Heating:** | FORCED WARM AIR (80%); NONE (20%) |
| **Cooling:** | ROOFTOP UNIT (80%); NONE (20%) |
| **Roof Material:** | TILE, CLAY (65%); SINGLE-PLY MEMBRANE (35%) |
| **Roof Pitch:** | LOW (2:12 TO 6:12 PITCH) (65%); FLAT (35%) |
| **Elevators:** | **Passenger:**  3     **Freight:**  0 |

**Description**                                                **Exposure**

| | | | | |
|---|---|---|---|---|
| **Year Built:** | 2006 | | **Latitude:** | 30.343734 |
| **Number of Stories:** | 23 | | **Longitude:** | -87.081276 |
| **Average Story Height:** | 10 | | | |
| **Square Footage:** | *Super Structure:* | 415,757 | | |
| | *Sub Structure:* | 0 | | |
| | **Total:** | **415,757** | | |

**Protection**                                                 **Flood Information**

| | | | |
|---|---|---|---|
| **Manual Fire Alarm:** | 100 | **Zone:** | |
| **Automatic Fire Alarm:** | 100 | **Certificate:** | |
| **Sprinklers:** | 100 | | |
| **Entry Alarm:** | No | | |

**Miscellaneous Additional Features**

BACK UP GENERATOR; PARKING GARAGE; POOL DECK; POOL RESTROOMS; SWIMMING POOL & SPA; TERRACES & BALCONIES; SURVEILLANCE SYSTEMS



**Building Inspection and Appraisal Report**

*As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| | | | |
|---|---|---|---|
| Member: | 001 | PORTOFINO ISLAND RESORT | |
| Site: | 001 | PORTOFINO ISLAND RESORT | NINE PORTOFINO DRIVE |
| Building: | 006 | LIFE STYLE BUILDING | PENSACOLA BEACH, FL 32561 US |





**Valuation Summary**                                        Date of Inspection: 9/22/2021

**Building Replacement Cost Value**          $ 5,502,000          ($249.99 per SF)

**Construction Components**                                        **ID: 6**

| | |
|---|---|
| **ISO Class:** | MASONRY NON-COMBUSTIBLE (70%); JOISTED MASONRY (30%) |
| **Exterior Wall Type:** | EIFS ON MASONRY (100%) |
| **Heating:** | FORCED WARM AIR (100%) |
| **Cooling:** | FORCED COOL AIR (100%) |
| **Roof Material:** | TILE, CLAY (100%) |
| **Roof Pitch:** | LOW (2:12 TO 6:12 PITCH) (100%) |
| **Elevators:** | **Passenger:** 1    **Freight:** 0 |

**Description**

| | | **Exposure** | |
|---|---|---|---|
| **Year Built:** | 2003 | **Latitude:** | 30.345234 |
| **Number of Stories:** | 2 | **Longitude:** | -87.080383 |
| **Average Story Height:** | 17 | | |
| **Square Footage:** | *Super Structure:* 22,009 | | |
| | *Sub Structure:* 0 | | |
| | **Total:** 22,009 | | |

**Protection**                                        **Flood Information**

| | | | |
|---|---|---|---|
| **Manual Fire Alarm:** | 100 | **Zone:** | |
| **Automatic Fire Alarm:** | 100 | **Certificate:** | |
| **Sprinklers:** | 100 | | |
| **Entry Alarm:** | No | | |

**Miscellaneous Additional Features**

CANOPIES; FILTERS, PUMPS, CONTROLS; FIRE PITS; OUTDOOR BAR; OUTDOOR DINING CANOPY; KITCHEN - EXHAUST HOOD W/FIRE PROTECTION; WALK-IN COOLERS & FREEZERS; CAST-IN-PLACE CONCRETE OR GUNITE SPRAYED-ON CONCRETE

# KROLL

## Building Inspection and Appraisal Report

*As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| Member: | 001 | PORTOFINO ISLAND RESORT | |
|---|---|---|---|
| Site: | 001 | PORTOFINO ISLAND RESORT | NINE PORTOFINO DRIVE |
| Building: | 007 | GUARD HOUSE | PENSACOLA BEACH, FL 32561 US |





### Valuation Summary
Date of Inspection: 9/22/2021

| Building Replacement Cost Value | $ 246,000 | ($938.93 per SF) |
|---|---|---|

### Construction Components
**ID:** 7

| | |
|---|---|
| **ISO Class:** | MASONRY NON-COMBUSTIBLE (100%) |
| **Exterior Wall Type:** | EIFS ON MASONRY (100%) |
| **Heating:** | FORCED WARM AIR (100%) |
| **Cooling:** | FORCED COOL AIR (100%) |
| **Roof Material:** | TILE, CLAY (100%) |
| **Roof Pitch:** | LOW (2:12 TO 6:12 PITCH) (100%) |
| **Elevators:** | **Passenger:** 0    **Freight:** 0 |

### Description

| | | | | |
|---|---|---|---|---|
| **Year Built:** | 2003 | | | |
| **Number of Stories:** | 1 | | | |
| **Average Story Height:** | 15 | | | |
| **Square Footage:** | *Super Structure:* | 262 | | |
| | *Sub Structure:* | 0 | | |
| | **Total:** | **262** | | |

### Exposure

| | |
|---|---|
| **Latitude:** | 30.344175 |
| **Longitude:** | -87.078928 |

### Protection

| | |
|---|---|
| **Manual Fire Alarm:** | 0 |
| **Automatic Fire Alarm:** | 100 |
| **Sprinklers:** | 0 |
| **Entry Alarm:** | No |

### Flood Information

| | |
|---|---|
| **Zone:** | |
| **Certificate:** | |

### Miscellaneous Additional Features
DRIVE THRU CANOPIES; GATE ARMS; SECURITY EQUIPMENT



**Building Inspection and Appraisal Report**

*As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| Member: | 001 | PORTOFINO ISLAND RESORT | | |
|---|---|---|---|---|
| Site: | 001 | PORTOFINO ISLAND RESORT | | NINE PORTOFINO DRIVE |
| Building: | 008 | TENNIS RECEPTION BUILDING | | PENSACOLA BEACH, FL 32561 US |





**Valuation Summary**                                              Date of Inspection: 9/22/2021

**Building Replacement Cost Value**          **$ 121,000**    ($461.83 per SF)

**Construction Components**                                              **ID:  8**

| | | |
|---|---|---|
| ISO Class: | MASONRY NON-COMBUSTIBLE (100%) | |
| Exterior Wall Type: | EIFS ON MASONRY (100%) | |
| Heating: | FORCED WARM AIR (100%) | |
| Cooling: | FORCED COOL AIR (100%) | |
| Roof Material: | TILE, CLAY (100%) | |
| Roof Pitch: | LOW (2:12 TO 6:12 PITCH) (100%) | |
| Elevators: | **Passenger:** 0 | **Freight:** 0 |

**Description**                                              **Exposure**

| | | | | |
|---|---|---|---|---|
| Year Built: | 2003 | | **Latitude:** | 30.344955 |
| Number of Stories: | 1 | | **Longitude:** | -87.078615 |
| Average Story Height: | 15 | | | |
| Square Footage: | *Super Structure:* | 262 | | |
| | *Sub Structure:* | 0 | | |
| | **Total:** | **262** | | |

**Protection**                                              **Flood Information**

| | | | |
|---|---|---|---|
| Manual Fire Alarm: | 0 | **Zone:** | |
| Automatic Fire Alarm: | 100 | **Certificate:** | |
| Sprinklers: | 0 | | |
| Entry Alarm: | No | | |

**Miscellaneous Additional Features**



**Land Improvements Report**

*As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| Id | Site | Asset Number | Qty | Description | Manufacturer | Model | Serial | LI RCV |
|---|---|---|---|---|---|---|---|---|
| **Member:** | **001** | **PORTOFINO ISLAND RESORT** | | | | | | |
| **Site:** | **001** | **PORTOFINO ISLAND RESORT** | | | | | | |
| 1 | 001 | 20210001 | 1 | SPA/LIFESTYLES OUTDOOR POOL INCL. EQUIP. & DECKING | | | | 1,702,000 |
| 2 | 001 | 20210002 | 1 | ENTRANCE, INCL.: SIGNS, FOUNTAIN, & FENCING | | | | 81,000 |
| 3 | 001 | 20210003 | 1 | TENNIS COURTS INCL. LIGHTING & FENCING | | | | 380,000 |
| 4 | 001 | 20210004 | 1 | CONCRETE TRELLISES | | | | 1,133,000 |
| 5 | 001 | 20210005 | 1 | CONCRETE BRIDGE | | | | 466,000 |
| 6 | 001 | 20210006 | 1 | SPA DOCK | | | | 215,000 |
| 7 | 001 | 20210007 | 1 | LANDSCAPING | | | | 2,381,000 |
| 8 | 001 | 20210008 | 1 | PAVED SURFACES EXCLUDING BRIDGE, POOLS & RAMP | | | | 1,895,000 |
| 9 | 001 | 20210009 | 1 | IRRIGATION SYSTEM | | | | 577,000 |
| 10 | 001 | 20210010 | 1 | CABANA | | | | 285,000 |
| | | | | | **Total Site:** | **001** | | **9,115,000** |



**Land Improvements Report**

*As of September 24, 2021*

**Portofino Island Resort**

**Pensacola Beach, Florida**

| Id | Site | Asset Number | Qty | Description | Manufacturer | Model | Serial | LI RCV |
|----|------|--------------|-----|-------------|--------------|-------|--------|--------|
| | | | | | Total Member: | 001 | | 9,115,000 |
| | | | | | **Grand Total:** | | | **9,115,000** |



Kroll, LLC
167 N. Green St.
12th Floor
Chicago, IL 60607

T +1 312 697 4940
M +1 630 272 0814

bradley.schulz@kroll.com
www.kroll.com

**About Kroll**

Kroll provides proprietary data, technology and insights to help our clients stay ahead of complex demands related to risk, governance and growth. Our solutions deliver a powerful competitive advantage, enabling faster, smarter and more sustainable decisions. With 5,000 experts around the world, we create value and impact for our clients and communities. To learn more, visit www.kroll.com.

M&A advisory, capital raising and secondary market advisory services in the United States are provided by Kroll Securities, LLC (member FINRA/SIPC).M&A advisory, capital raising and secondary market advisory services in the United Kingdom are provided by Kroll Securities Ltd., which is authorized and regulated by the Financial Conduct Authority (FCA). Valuation Advisory Services in India are provided by Duff & Phelps India Private Limited under a category 1 merchant banker license issued by the Securities and Exchange Board of India.