# EXHIBIT "17"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, *et. al.*

    Plaintiffs,

v.                                              CASE NO. 3:23-cv-00453-MCR-HTC

PORTOFINO MASTER HOMEOWNERS
ASSOCIATION INC., a Florida not-for-
profit Corporation, *et. al.*

    Defendants.
_____/

**SECOND DECLARATION OF LEWIS CLAIM SOLUTIONS, LLC**

    Pursuant to 28 U.S.C. § 1746, I, Patrick Lewis, hereby depose and state as follows:

    1.    My name is Patrick Lewis. I am of sound mind and over the age of eighteen, and I make this Declaration based upon my personal knowledge.

    2.    I am the CEO of Lewis Claim Solutions, LLC ("LCS").

    3.    LCS was retained in December 2020 by Westchester Surplus Lines Insurance Company; Endurance American Specialty Insurance Company; Everest Indemnity Insurance Company; and The Princeton Excess and Surplus Lines

Insurance Company ("Primary Layer Carriers") to serve as their appraiser in the appraisal of the loss that is the subject of this litigation.

4. During the appraisal process, I proposed wet sealing and reglazing fenestrations that leaked during Hurricane Sally and requested information to see if that was an effective repair protocol for my experts to consider.

5. Wet sealing and reglazing is much less expensive than removing and replacing all fenestrations.

6. Documents relating to the wet sealing and reglazing of the fenestrations at the Portofino property in 2005-2006 after Hurricanes Ivan and Dennis were never provided to me by Portofino or its representatives.

7. If these documents had been provided to me, my experts and I would have been able to argue to the umpire that because wet sealing and reglazing of the fenestrations worked in the past, it would be a workable repair again.

8. Documents relating to the history of roof repairs at Portofino were also never provided to me by Portofino or its representatives.

*(signature page to follow)*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: October 24, 2024

By:

Patrick E. Lewis (Oct 24, 2024 16:38 EDT)

Patrick Lewis