# EXHIBIT "25"



# Chris Jones
# Escambia County Property Appraiser

Real Estate Search   Tangible Property Search   Sale List

Back

Nav. Mode  ● Account  ○ Parcel ID

Printer Friendly Version

## General Information
| | |
|---|---|
| Parcel ID: | 282S261000333003 |
| Account: | 170003333 |
| Owners: | PORTOFINO PARADISE LLC |
| Mail: | 4537 FOLSE DR<br>METAIRIE, LA 70006 |
| Situs: | 3 PORTOFINO DR 707 32561 |
| Use Code: | CONDO-RES UNIT |
| Taxing Authority: | PENSACOLA BEACH |
| Tax Inquiry: | Open Tax Inquiry Window |

Tax Inquiry link courtesy of Scott Lunsford Escambia County Tax Collector

## Assessments
| Year | Land | Imprv | Total | Cap Val |
|---|---|---|---|---|
| 2024 | $0 | $619,834 | $619,834 | $619,834 |
| 2023 | $0 | $590,318 | $590,318 | $590,318 |
| 2022 | $0 | $513,320 | $513,320 | $491,001 |

**Disclaimer**

**Tax Estimator**

**File for Exemption(s) Online**

**Report Storm Damage**

## 2024 Certified Roll Exemptions
None

## Sales Data  Type List:
| Sale Date | Book | Page | Value | Type | Official Records (New Window) |
|---|---|---|---|---|---|
| 03/31/2022 | 8753 | 1782 | $1,156,000 | LI | |
| 07/19/2019 | 8135 | 939 | $725,000 | LI | |
| 04/2004 | 5389 | 1068 | $794,500 | LI | |

Official Records Inquiry courtesy of Pam Childers Escambia County Clerk of the Circuit Court and Comptroller

## Legal Description
UNIT 707 PORTOFINO TOWER THREE CONDOMINIUM ALSO .008486 INT IN COMMON ELEMENTS & PARKING SPACES...

## Extra Features
None

## Parcel Information    Launch Interactive Map

**Section Map Id:** PB015

**Approx. Acreage:** 2.3228

**Zoned:** HDR/C-PB

**Evacuation & Flood Information** Open Report



View Florida Department of Environmental Protection(DEP) Data

## Buildings
Address: 3 PORTOFINO DR 707, Year Built: 2004, Effective Year: 2004, PA Building ID#: 28214

| Structural Elements |
|---|
| **DECOR/MILLWORK**-*ABOVE AVERAGE* |
| **DWELLING UNITS**-*1* |
| **EXTERIOR WALL**-*PRECAST PAN/CON* |
| **FLOOR COVER**-*CARPET* |
| **FOUNDATION**-*STRUCTURAL* |
| **HEAT/AIR**-*CENTRAL H/AC* |
| **INTERIOR WALL**-*DRYWALL-CUS.DEC* |
| **NO. PLUMBING FIXTURES**-*13* |
| **NO. STORIES**-*1* |
| **ROOF COVER**-*TILE/CLAY/CEMNT* |
| **ROOF FRAMING**-*STEEL TRUSS/FRM* |
| **STORY HEIGHT**-*9* |
| **STRUCTURAL FRAME**-*CONCRTE REINFRD* |

| 🔍 Areas - 2504 Total SF |
|---|
| **BASE AREA** - *2032* |
| **LANAI** - *472* |



| Images |
|---|
| None |

The primary use of the assessment data is for the preparation of the current year tax roll. No responsibility or liability is assumed for inaccuracies or errors.

Last Updated:10/24/2024 (tc.4152)



ECPA Home

### Chris Jones
### Escambia County Property Appraiser

Real Estate Search | Tangible Property Search | Sale List

Back

Nav. Mode  ● Account  ○ Parcel ID

Printer Friendly Version

**General Information**
| | |
|---|---|
| Parcel ID: | 282S261000414003 |
| Account: | 170003414 |
| Owners: | MARANATHA RESORT LLC |
| Mail: | 566 HIGHWAY 470<br>LECOMPTE, LA 71346 |
| Situs: | 3 PORTOFINO DR 1607 32561 |
| Use Code: | CONDO-RES UNIT |
| Taxing Authority: | PENSACOLA BEACH |
| Tax Inquiry: | Open Tax Inquiry Window |

Tax Inquiry link courtesy of Scott Lunsford Escambia County Tax Collector

**Assessments**
| Year | Land | Imprv | Total | Cap Val |
|---|---|---|---|---|
| 2024 | $0 | $619,834 | $619,834 | $619,834 |
| 2023 | $0 | $590,318 | $590,318 | $564,652 |
| 2022 | $0 | $513,320 | $513,320 | $513,320 |

**Disclaimer**

**Tax Estimator**

**File for Exemption(s) Online**

**Report Storm Damage**

**Sales Data**   MLS Listing #633222   Type List:

| Sale Date | Book | Page | Value | Type | Official Records (New Window) |
|---|---|---|---|---|---|
| 03/22/2024 | 9126 | 1337 | $1,450,000 | LI | |
| 04/30/2021 | 8520 | 1130 | $975,000 | LI | |
| 02/2006 | 5844 | 985 | $100 | LI | |
| 04/2004 | 5405 | 601 | $641,500 | LI | |

Official Records Inquiry courtesy of Pam Childers Escambia County Clerk of the Circuit Court and Comptroller

**2024 Certified Roll Exemptions**
None

**Legal Description**
UNIT 1607 PORTOFINO TOWER THREE CONDOMINIUM ALSO .008486 INT IN COMMON ELEMENTS & PARKING SPACES...

**Extra Features**
None

**Parcel Information**    Launch Interactive Map

Section Map Id:
PB015

Approx. Acreage:
2.3228

Zoned:
HDR/C-PB

Evacuation & Flood Information
Open Report



View Florida Department of Environmental Protection(DEP) Data

**Buildings**
Address: 3 PORTOFINO DR 1607, Year Built: 2004, Effective Year: 2004, PA Building ID#: 28295

| Structural Elements |
|---|
| **DECOR/MILLWORK**-*ABOVE AVERAGE* |
| **DWELLING UNITS**-*1* |
| **EXTERIOR WALL**-*PRECAST PAN/CON* |
| **FLOOR COVER**-*CARPET* |
| **FOUNDATION**-*STRUCTURAL* |
| **HEAT/AIR**-*CENTRAL H/AC* |
| **INTERIOR WALL**-*DRYWALL-CUS.DEC* |
| **NO. PLUMBING FIXTURES**-*13* |
| **NO. STORIES**-*1* |
| **ROOF COVER**-*TILE/CLAY/CEMNT* |
| **ROOF FRAMING**-*STEEL TRUSS/FRM* |
| **STORY HEIGHT**-*9* |
| **STRUCTURAL FRAME**-*CONCRTE REINFRD* |

| 🔍 Areas - 2504 Total SF |
|---|
| **BASE AREA** - *2032* |
| **LANAI** - *472* |



**Images**

None

The primary use of the assessment data is for the preparation of the current year tax roll. No responsibility or liability is assumed for inaccuracies or errors.

Last Updated:10/24/2024 (tc.4302)



# Chris Jones
## Escambia County Property Appraiser

**Real Estate Search** | **Tangible Property Search** | **Sale List**

Back

Nav. Mode ● Account ○ Parcel ID

Printer Friendly Version

### General Information
- **Parcel ID:** 282S261000378003
- **Account:** 170003378
- **Owners:** BONNETT CHRISTOPHER C BONNETT AMY B
- **Mail:** 1103 E LAKE DR WEATHERFORD, TX 76087
- **Situs:** 3 PORTOFINO DR 1207 32561
- **Use Code:** CONDO-RES UNIT
- **Taxing Authority:** PENSACOLA BEACH
- **Tax Inquiry:** Open Tax Inquiry Window

Tax Inquiry link courtesy of Scott Lunsford Escambia County Tax Collector

### Assessments

| Year | Land | Imprv | Total | Cap Val |
|---|---|---|---|---|
| 2024 | $0 | $619,834 | $619,834 | $619,834 |
| 2023 | $0 | $590,318 | $590,318 | $540,101 |
| 2022 | $0 | $513,320 | $513,320 | $491,001 |

**Disclaimer**

**Tax Estimator**

**File for Exemption(s) Online**

**Report Storm Damage**

### Sales Data — MLS Listing #621463  Type List:

| Sale Date | Book | Page | Value | Type | Official Records (New Window) |
|---|---|---|---|---|---|
| 03/27/2023 | 8951 | 228 | $1,330,000 | LI | |
| 06/12/2019 | 8115 | 180 | $785,000 | LI | |
| 03/25/2015 | 7322 | 1355 | $710,000 | LI | |
| 08/2006 | 6009 | 441 | $5,900 | LI | |
| 04/2004 | 5392 | 587 | $499,700 | LI | |

Official Records Inquiry courtesy of Pam Childers Escambia County Clerk of the Circuit Court and Comptroller

### 2024 Certified Roll Exemptions
None

### Legal Description
UNIT 1207 PORTOFINO TOWER THREE CONDOMINIUM ALSO .008486 INT IN COMMON ELEMENTS & PK SPACES #176 &...

### Extra Features
None

### Parcel Information
Launch Interactive Map

**Section Map Id:** PB015

**Approx. Acreage:** 2.3228

**Zoned:** HDR/C-PB

**Evacuation & Flood Information** Open Report

View Florida Department of Environmental Protection(DEP) Data

Buildings

**Address:** 3 PORTOFINO DR 1207, **Year Built:** 2004, **Effective Year:** 2004, **PA Building ID#:** 28259

### Structural Elements

- **DECOR/MILLWORK**-*ABOVE AVERAGE*
- **DWELLING UNITS**-*1*
- **EXTERIOR WALL**-*PRECAST PAN/CON*
- **FLOOR COVER**-*CARPET*
- **FOUNDATION**-*STRUCTURAL*
- **HEAT/AIR**-*CENTRAL H/AC*
- **INTERIOR WALL**-*DRYWALL-CUS.DEC*
- **NO. PLUMBING FIXTURES**-*13*
- **NO. STORIES**-*1*
- **ROOF COVER**-*TILE/CLAY/CEMNT*
- **ROOF FRAMING**-*STEEL TRUSS/FRM*
- **STORY HEIGHT**-*9*
- **STRUCTURAL FRAME**-*CONCRTE REINFRD*



🔍 Areas - 2504 Total SF

**BASE AREA** - *2032*
**LANAI** - *472*

### Images

None

The primary use of the assessment data is for the preparation of the current year tax roll. No responsibility or liability is assumed for inaccuracies or errors.

Last Updated:10/24/2024 (tc.4299)



# Chris Jones
# Escambia County Property Appraiser

**Real Estate Search**   **Tangible Property Search**   **Sale List**

Back

Nav. Mode  ◉ Account  ○ Parcel ID                    Printer Friendly Version

## General Information
| | |
|---|---|
| Parcel ID: | 282S261000393003 |
| Account: | 170003393 |
| Owners: | GRAVOLET JONI CENTANNI |
| Mail: | 108 CAMBRIDGE DR<br>BELLE CHASSE, LA 70037 |
| Situs: | 3 PORTOFINO DR 1404 32561 |
| Use Code: | CONDO-RES UNIT |
| Taxing Authority: | PENSACOLA BEACH |
| Tax Inquiry: | Open Tax Inquiry Window |

Tax Inquiry link courtesy of Scott Lunsford Escambia County Tax Collector

## Assessments
| Year | Land | Imprv | Total | Cap Val |
|---|---|---|---|---|
| 2024 | $0 | $619,834 | $619,834 | $619,834 |
| 2023 | $0 | $590,318 | $590,318 | $590,318 |
| 2022 | $0 | $513,320 | $513,320 | $513,320 |

**Disclaimer**

**Tax Estimator**

**File for Exemption(s) Online**

**Report Storm Damage**

## 2024 Certified Roll Exemptions
None

## Sales Data   Type List:
| Sale Date | Book | Page | Value | Type | Official Records (New Window) |
|---|---|---|---|---|---|
| 06/21/2022 | 8809 | 92 | $1,300,000 | LI | |
| 12/15/2021 | 8686 | 108 | $100 | QC | |
| 11/17/2014 | 7261 | 1091 | $100 | QC | |
| 05/2004 | 5426 | 1243 | $638,900 | LI | |

Official Records Inquiry courtesy of Pam Childers Escambia County Clerk of the Circuit Court and Comptroller

## Legal Description
UNIT 1404 PORTOFINO TOWER THREE CONDOMINIUM ALSO .008486 INT IN COMMON ELEMENTS & PARKING SPACES...

## Extra Features
None

## Parcel Information                     Launch Interactive Map

**Section Map Id:**
PB015

**Approx. Acreage:**
2.3228

**Zoned:**
HDR/C-PB

**Evacuation & Flood Information**
Open Report



View Florida Department of Environmental Protection(DEP) Data

## Buildings
Address: 3 PORTOFINO DR 1404, Year Built: 2004, Effective Year: 2004, PA Building ID#: 28274

| Structural Elements |
|---|
| **DECOR/MILLWORK**-*ABOVE AVERAGE* |
| **DWELLING UNITS**-*1* |
| **EXTERIOR WALL**-*PRECAST PAN/CON* |
| **FLOOR COVER**-*CARPET* |
| **FOUNDATION**-*STRUCTURAL* |
| **HEAT/AIR**-*CENTRAL H/AC* |
| **INTERIOR WALL**-*DRYWALL-CUS.DEC* |
| **NO. PLUMBING FIXTURES**-*13* |
| **NO. STORIES**-*1* |
| **ROOF COVER**-*TILE/CLAY/CEMNT* |
| **ROOF FRAMING**-*STEEL TRUSS/FRM* |
| **STORY HEIGHT**-*9* |
| **STRUCTURAL FRAME**-*CONCRTE REINFRD* |
| 🔍 Areas - 2504 Total SF |
| **BASE AREA** - *2032* |
| **LANAI** - *472* |



| Images |
|---|
| None |

The primary use of the assessment data is for the preparation of the current year tax roll. No responsibility or liability is assumed for inaccuracies or errors.

Last Updated:10/24/2024 (tc.4292)



# Chris Jones
# Escambia County Property Appraiser

Real Estate Search    Tangible Property Search    Sale List

Back

Nav. Mode  ● Account  ○ Parcel ID    [Printer Friendly Version]

| General Information | |
|---|---|
| Parcel ID: | 282S261000423003 |
| Account: | 170003423 |
| Owners: | ADES EDWIN ADES TERESA |
| Mail: | 4504 LAKE FORREST DR ATLANTA, GA 30342 |
| Situs: | 3 PORTOFINO DR 1707 32561 |
| Use Code: | CONDO-RES UNIT 🔍 |
| Taxing Authority: | PENSACOLA BEACH |
| Tax Inquiry: | Open Tax Inquiry Window |

Tax Inquiry link courtesy of Scott Lunsford Escambia County Tax Collector

| Assessments | | | | |
|---|---|---|---|---|
| Year | Land | Imprv | Total | Cap Val |
| 2024 | $0 | $619,834 | $619,834 | $619,834 |
| 2023 | $0 | $590,318 | $590,318 | $564,652 |
| 2022 | $0 | $513,320 | $513,320 | $513,320 |

**Disclaimer**

**Tax Estimator**

**File for Exemption(s) Online**

**Report Storm Damage**

### Sales Data  Type List: 🔍

| Sale Date | Book | Page | Value | Type | Official Records (New Window) |
|---|---|---|---|---|---|
| 12/18/2021 | 8693 | 404 | $1,150,000 | LI | 📄 |
| 06/2006 | 5922 | 271 | $1,150,000 | LI | 📄 |
| 05/2004 | 5409 | 1687 | $824,700 | LI | 📄 |

Official Records Inquiry courtesy of Pam Childers Escambia County Clerk of the Circuit Court and Comptroller

### 2024 Certified Roll Exemptions
None

### Legal Description
UNIT 1707 PORTOFINO TOWER THREE CONDOMINIUM ALSO .008486 INT IN COMMON ELEMENTS & PARKING SPACES... 🔍

### Extra Features
None

### Parcel Information    Launch Interactive Map

**Section Map Id:** PB015

**Approx. Acreage:** 2.3228

**Zoned:** 🔍 HDR/C-PB

**Evacuation & Flood Information** Open Report



View Florida Department of Environmental Protection(DEP) Data

### Buildings
Address:3 PORTOFINO DR 1707, Year Built: 2004, Effective Year: 2004, PA Building ID#: 28304

| Structural Elements |
|---|
| **DECOR/MILLWORK**-*ABOVE AVERAGE* |
| **DWELLING UNITS**-*1* |
| **EXTERIOR WALL**-*PRECAST PAN/CON* |
| **FLOOR COVER**-*CARPET* |
| **FOUNDATION**-*STRUCTURAL* |
| **HEAT/AIR**-*CENTRAL H/AC* |
| **INTERIOR WALL**-*DRYWALL-CUS.DEC* |
| **NO. PLUMBING FIXTURES**-*13* |
| **NO. STORIES**-*1* |
| **ROOF COVER**-*TILE/CLAY/CEMNT* |
| **ROOF FRAMING**-*STEEL TRUSS/FRM* |
| **STORY HEIGHT**-*9* |
| **STRUCTURAL FRAME**-*CONCRTE REINFRD* |
| 🔍 Areas - 2504 Total SF |
| **BASE AREA** - *2032* |
| **LANAI** - *472* |



**Images**

None

The primary use of the assessment data is for the preparation of the current year tax roll. No responsibility or liability is assumed for inaccuracies or errors.

Last Updated:10/24/2024 (tc.4307)