# EXHIBIT "27"



September 3, 2021

**J.D. Dickenson**
Direct Phone  561-515-5260
Direct Fax  561-515-5229
jdickenson@cozen.com

**Evan M. Holober**
Direct Phone  786-871-3959
Direct Fax  786-871-7996
eholober@cozen.com

VIA E-MAIL (EPFLEMING@PENSACOLALAW.COM,
MABUSH@PENSACOLALAW.COM,
FLEMINGDEPT@PENSACOLALAW.COM)

Edward P. Fleming
McDonald Fleming
719 S. Palafox St.
Pensacola, Florida 32502

Re: Insureds: Portofino Master Homeowners Association at Pensacola Beach, Inc.; Portofino Tower One Homeowners Association at Pensacola Beach, Inc.; Portofino Tower Two Homeowners Association at Pensacola Beach, Inc.; Portofino Tower Three Homeowners Association at Pensacola Beach, Inc.; Portofino Tower Four Homeowners Association at Pensacola Beach, Inc.; and Portofino Tower Five Homeowners Association at Pensacola Beach, Inc. (collectively, the "Insureds")

Policy & Claim Nos.: **Westchester Surplus Lines Insurance Company:**
Policy No. D38064666004; Claim No. KY20K2779667
**Endurance American Specialty Insurance Company:**
Policy No. ESP30000298003; Claim No. 10296559
**Everest Indemnity Insurance Company:**
Policy No. CA3P005801-201; Claim No. 64852
**The Princeton Excess and Surplus Lines Insurance Company:**
Policy No. 3CA3PP0000251-02; Claim No. 938990

Insured Location: 10 Portofino Drive, Gulf Breeze, Florida 32561
Date of Loss: September 16, 2020

Dear Mr. Fleming:

As you know, our office has been engaged by Westchester Surplus Lines Insurance Company; Endurance American Specialty Insurance Company; Everest Indemnity Insurance Company; and The Princeton Excess and Surplus Lines Insurance Company (collectively, the "Insurers") with respect to the above-referenced claim(s).

At this time, the Insurers' appraisal panel respectfully requests access to the Insured's Master Association Web Portal, including access to condominium documents, vendor submissions, and meeting minutes. The login information requested is located at the following URL: <http://www.myportofino.net/login.asp>

Please note that the Policies contain the following cooperation provision:

Edward P. Fleming
September 3, 2021
Page 2

---

**56. ASSISTANCE AND COOPERATION OF THE INSURED - The Insured shall cooperate with this Company and, upon this Company's request and expense, shall attend hearings and trials and shall assist in effecting settlements, in securing and giving evidence, in obtaining the attendance of witnesses, and in conducting suits.**

The Insurers request the above-referenced information on behalf of the appraisal panel for the purposes of completing the appraisal and more accurately determining the scope of appraisal. Please provide access to the Master Association Web Portal as soon as possible so as to avoid any additional delays in the completion of the appraisal process.

If you have any questions, please do not hesitate to contact the undersigned right away. We look forward to working with you towards the satisfactory resolution of this claim.

Sincerely,

COZEN O'CONNOR

*/s/ J.D. Dickenson/*

By:    J.D. Dickenson
         Evan M. Holober
JDD

cc:    Jeff Hellman (via Email- Jeff.Hellman@mclarens.com)