# EXHIBIT "28"

**From:** Kimberly Lamar
**Sent:** Monday, July 18, 2022 1:53:02 PM
**To:** Tim Rothring
**Subject:** RE: Portofino Documents
**Sensitivity:** Normal
**Original mail:** RE_ Portofino Documents.msg

---

My pleasure!

**From:** Tim Rothring <timrothring@keysclaims.com>
**Sent:** Monday, July 18, 2022 12:49 PM
**To:** Kimberly Lamar <kimberlyl@portofinoisland.com>
**Subject:** RE: Portofino Documents

Thank you for your help.

Tim

**From:** Kimberly Lamar <kimberlyl@portofinoisland.com>
**Sent:** Monday, July 18, 2022 1:46 PM
**To:** Tim Rothring <timrothring@keysclaims.com>
**Subject:** RE: Portofino Documents

Tim,

I pulled several boxes from the storage room and will start going through them.

Respectfully,

*Kim D. Lamar, CAM*
Portofino Homeowners Association
Director of Associations
10 Portofino Drive
Pensacola Beach, FL 32561
Cell:    850.712.4614
Office: 850.916.3346
kimberlyl@portofinoisland.com




**Confidentiality Warning:** This message and any attachments are intended only for the use of the intended recipient(s), are confidential, and may be privileged. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation or other use of this message and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this message and any

attachments from your system. Thank you.

**From:** Tim Rothring <timrothring@keysclaims.com>
**Sent:** Friday, July 15, 2022 1:55 PM
**To:** Kimberly Lamar <kimberlyl@portofinoisland.com>
**Subject:** Portofino Documents
**Importance:** High

Kim,

This email follows up our conversation in relation to documents I am trying to get for the Portofino appraisal.

As discussed, I am looking for copies of the attached that reflect the same information for Tower 1, 2, and the master.

Additionally, you have provided extensive invoices from Yates for repairs made after Hurricanes Ivan and Dennis. I am wondering if there was a spreadsheet or record keeping of ALL repair costs for these two storms. It appears that there was more work performed by companies other than Yates and I am hoping to get this documentation (contracts/invoices/etc.) as well. These repairs would relate to the roofs, railings, EIFS, and windows. If there is a overall repair cost summary, it will make this a lot easier and more efficient.

I am sure this is not a quick process and I would be happy to discuss in more detail, feel free to call me anytime.

Regards,

Timothy R. Rothring, SPPA, AIC

Senior Loss Consultant

Keys Claims Consultants, LLC
Bayfront Professional Center
1333 3rd Avenue South, Suite 407
Naples, FL 34102
Phone: 239-774-5040
Cell: 239-404-9325
Fax: 239-774-4027
Email: timrothring@keysclaims.com
Web: www.keysclaims.com
**Timothy Ryan Rothring**
FL Public Adjusters License #P146181