EXHIBIT "29"

**From:** Kimberly Lamar
**Sent:** Monday, August 8, 2022 5:40:58 PM
**To:** Tim Rothring
**Subject:** FW: Tower 1 Flood Losses
**Sensitivity:** Normal
**Attachments:**
Tower 1 Flood Only Losses.pdf;

**Original mail:** FW_ Tower 1 Flood Losses.msg

---

**From:** Kimberly Lamar <kimberlyl@portofinoisland.com>
**Sent:** Monday, August 8, 2022 4:41 PM
**To:** Tim Rothring <timrothring@keysclaims.com>
**Subject:** Tower 1 Flood Losses

Respectfully,

*Kim D. Lamar, CAM*
Portofino Homeowners Association
Director of Associations
10 Portofino Drive
Pensacola Beach, FL 32561
Cell:    850.712.4614
Office: 850.916.3346
kimberlyl@portofinoisland.com

 

Where only nature goes unspoiled.™

**Confidentiality Warning:** This message and any attachments are intended only for the use of the intended recipient(s), are confidential, and may be privileged. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation or other use of this message and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this message and any attachments from your system. Thank you.

**Portofino Condominiums**
**Tower # 1**
**2200 Via De Luna Drive**
**Pensacola Beach, Florida 32561**

Hurricane Ivan Damages          Date of Loss: 16 September 2004
**Flood-Only Losses**

*3-May-2005*

F: Flood

| ITEM DESCRIPTION | QUANTITY | U.O.M. | UNIT COST | SUB-BID | TOTAL COST | PERIL |
|---|---|---|---|---|---|---|
| **Division 1-General Conditions** | | | | | | |
| Project Manager, Including Fringes | 1 | month | 14,029.00 | | 14,029.00 | F |
| Project Superintendent | 6 | weeks | 2,783.57 | | 16,701.42 | F |
| Assistant Project Superintendent | 17 | weeks | 1,859.95 | | 31,619.15 | F |
| Scheduling | | Lump Sum | 400.00 | | 0.00 | F |
| Field Engineer | | Lump Sum | 500.00 | | 0.00 | F |
| Daily Jobsite Clean-up (Labor) | 85 | per day | 225.00 | | 19,125.00 | F |
| Final Jobsite Clean-Up (Labor) | 15 | per day | 225.00 | | 3,375.00 | F |
| Dumpsters/Pulls/Dump Fees | 16 | pulls | 425.00 | | 6,800.00 | F |
| First Aid Supplies | 4 | months | 60.00 | | 240.00 | F |
| Porta-John | 4 | months | 180.00 | | 720.00 | F |
| Water, Ice and Cups | 4 | months | 110.00 | | 440.00 | F |
| Temporary Electric-Site Work | 4 | months | 175.00 | | 700.00 | F |
| Temporary Electric-Job Office | 4 | months | 80.00 | | 320.00 | F |
| Temporary Water | 4 | months | 70.00 | | 280.00 | F |
| Small Tools and Equipment | 4 | months | 375.00 | | 1,500.00 | F |
| Gas and Oil | 1500 | gallons | 2.30 | | 3,450.00 | F |
| Office Supplies | 4 | months | 80.00 | | 320.00 | F |
| Temporary Barricades | 1600 | L.F. | 3.25 | | 5,200.00 | F |
| Covered Walkway & Protection | 1 | Lump Sum | | 10,000.00 | 10,000.00 | F |
| Job Photos | 4 | months | 75.00 | | 300.00 | F |
| Temporary Storage | 4 | months | 125.00 | | 500.00 | F |
| Office Trailer | 4 | months | 325.00 | | 1,300.00 | F |

1

| Item | Qty | Unit | Unit Price | | Total | |
|---|---|---|---|---|---|---|
| Office/Mobile Telephones | 4 | months | 300.00 | | 1,200.00 | F |
| Jobsite Office Fax/Copier/Printer | 1 | Lump Sum | 325.00 | | 325.00 | F |
| Postage/UPS Costs | 4 | months | 200.00 | | 800.00 | F |
| Temporary Fire Protection | 4 | months | 125.00 | | 500.00 | F |
| Professional Engineering Services | 1 | Lump Sum | 3,500.00 | | 3,500.00 | F |
| Safety Supplies | 4 | months | 350.00 | | 1,400.00 | F |
| Punch List | 1 | Lump Sum | 2,500.00 | | 2,500.00 | F |
| Final Clean-Up & Demobilization | 1 | Lump Sum | 3,000.00 | | 3,000.00 | F |
| Building Permit/Fees | 1 | Lump Sum | | 3,600.00 | 3,600.00 | F |
| **Division Sub-Total:** | | | | | 133,744.57 | |
| | | | | | | |
| **Division 2-Site Work** | | | | | | |
| Selective Demolition | | | | | 0.00 | |
| Mold Remediation | | | | | 0.00 | |
| Erosion Control | | | | | 0.00 | |
| Site Concrete | | | | | 0.00 | |
| Parking Lot Striping | | | | | 0.00 | |
| Sand Removal | | | | | 0.00 | |
| Clean Basins/Grates | | | | | 0.00 | |
| Asphalt Paving | | | | | 0.00 | |
| Concrete Paving | | | | | 0.00 | |
| Pool Decks | | | | | 0.00 | |
| Soil Compaction | | | | | 0.00 | |
| Chain Link Fencing and Gates | | | | | 0.00 | |
| Landscaping and Planting | | | | | 0.00 | |
| Irrigation Sprinklers | | | | | 0.00 | |
| Misc. Site Work | | | | | 0.00 | |
| **Division Sub-Total:** | | | | | 0.00 | |

| | | | | | |
|---|---|---|---|---|---|
| **Division 3-Concrete Work** | | | | | |
| Sawcut/Demolition of Concrete | | | | 0.00 | |
| Sawcut/Demolition of Asphalt | | | | 0.00 | |
| Cast-In-Place Concrete | | | | 0.00 | |
| Reinforcement for Concrete | | | | 0.00 | |
| Epoxy Injection Repairs | | | | 0.00 | |
| Architectural Pre-Cast Concrete | | | | 0.00 | |
| Concrete Balustrade System | | | | 0.00 | |
| Patch and Repair Concrete | | | | 0.00 | |
| **Division Sub-Total:** | | | | 0.00 | |
| **Division4-Masonry** | | | | | |
| CMU Units | | | | 0.00 | |
| Reinforcement for CMU Units | | | | 0.00 | |
| Misc. Masonry Repairs | | | | 0.00 | |
| **Division Sub-Total:** | | | | 0.00 | |
| **Division 5-Metals** | | | | | |
| Decorative Metals | | | | 0.00 | |
| Metal Stud Framing | | | | 0.00 | |
| Structural Framing at Roof | | | | 0.00 | |
| Restore Metal Trusses at Roof | | | | 0.00 | |
| Restore Metal Connections at Trusses | | | | 0.00 | |
| Remove and Replace Oversized Trash Gates | 2 | Each | 2,720.00 | 5,440.00 | F |
| Replace Damaged Aluminum Railings | | | | 0.00 | |
| Replace Damaged Balcony Railings | | | | 0.00 | |

3

| *Architectural Railings & Grilles, Inc.-see Estimate* | | | | | |
| *330 L.F. per Floor x 17 Floors* | | | | | |
| Temporary Railings at Balconies & Removal | | | | 0.00 | |
| Misc. Metal Repairs | | | | 0.00 | |
| | | | | | |
| **Division Sub-Total:** | | | | 5,440.00 | |
| | | | | | |
| **Division 6-Wood & Plastics** | | | | | |
| Interior Wood Baseboards-R&R | | | | 0.00 | |
| Plywood Sheathing-Walls | | | | 0.00 | |
| Plywood Sheathing-Roof | | | | 0.00 | |
| Wood Trellis Work | 1 | Lump Sum | 150,000.00 | 150,000.00 | F |
| *W.G. Yates & Sons Construction-Estimate* | | | | | |
| Plastic Laminate Tops | | | | 0.00 | |
| Wood Cabinetry | | | | 0.00 | |
| Misc. Wood and Plastics | | | | 0.00 | |
| | | | | | |
| **Division Sub-Total:** | | | | 150,000.00 | |
| | | | | | |
| **Division 7-Thermal & Moisture Pro.** | | | | | |
| Insulation-Batt | | | | 0.00 | |
| Insulation-Kraft-Faced | | | | 0.00 | |
| EIFS (Ext. Insulation & Finish System) | | | | 0.00 | |
| *F.L. Crane & Sons-Estimate* | | | | | |
| *Two coat application, per Dryvit specifications* | | | | | |
| Flashing and Sheet Metal Replacement | | | | 0.00 | |
| Metal Copings | | | | 0.00 | |
| Fire Stopping | | | | 0.00 | |
| Joint Sealants at Penetrations | | | | 0.00 | |
| Caulking at Replacement Windows | | | | 0.00 | |

4

| | | | | | |
|---|---|---|---|---|---|
| Misc. Repairs | | | | 0.00 | |
| **Division Sub-Total:** | | | | 0.00 | |
| | | | | | |
| **Division 8-Doors & Windows** | | | | | |
| Remove Steel Doors | 72 | Each | 66.00 | 4,752.00 | **F** |
| Remove Steel Frames | 71 | Each | 104.00 | 7,384.00 | **F** |
| Replace Steel Doors (Southern Door Bid) | 72 | Each | 144.00 | 87,829.65 | 98,197.65 | **F** |
| Replace Steel Frames | 71 | Each | 228.00 | see doors | 16,188.00 | **F** |
| Remove Balcony Swing Doors | | | | 0.00 | |
| Replace Balcony Swing Doors | | | | 0.00 | |
| Remove Aluminum Sliding Glass Doors | | | | 0.00 | |
| Replace Aluminum Sliding Glass Doors | | | | 0.00 | |
| Replace Damaged Door Hardware | 72 | Each | 144.00 | see doors | 10,368.00 | **F** |
| Misc. Door Repair | | | | 0.00 | |
| Misc. Window Repair | | | | 0.00 | |
| **Division Sub-Total:** | | | | 136,889.65 | |
| | | | | | |
| **Division 9-Finishes** | | | | | |
| Replace Balcony Tile & Membrane | | | | 0.00 | |
| Remove Damaged Carpet and Pad | | | | 0.00 | |
| Replace Carpet and Pad | | | | 0.00 | |
| Remove Damaged 5/8" Gypsum Drywall | | 0.72 | | 0.00 | |
| Replace 5/8" Gypsum Drywall | | 2.88 | | 0.00 | |
| Paint Walls | | 0.75 | | 0.00 | |
| Paint Ceilings | | 0.80 | | 0.00 | |
| Prime and Paint Steel Frames | 71 | Each | 26.00 | 1,846.00 | **F** |
| Prime and Paint Steel Doors (per side) | 144 | Each | 28.50 | 4,104.00 | **F** |
| Misc. Finishes | | | | 0.00 | |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| **Division Sub-Total:** | | | | | 5,950.00 | |
| | | | | | | |
| **Division 10-Specialties** | | | | | | |
| Replace Damaged Grilles | | | | | 0.00 | |
| Replace Damaged/Missing Signage | | | | | 0.00 | |
| SprayMatic Misting System | | | | | 0.00 | |
| *Estimate from Mosquitoes~No More, LLC* | | | | | | |
| Fire Extinguishers | | | | | 0.00 | |
| Misc. Specialties | | | | | 0.00 | |
| | | | | | | |
| **Division Sub-Total:** | | | | | 0.00 | |
| | | | | | | |
| **Division 11-Equipment** | | | | | | |
| Trash Compactor Replacement | | | | | 0.00 | |
| 210 Ton Crane Rental (crane only) | | | | | 0.00 | |
| Crane Operator, Including Fringes | | | | | 0.00 | |
| Crane Rigger, Including Fringes | | | | | 0.00 | |
| Freight In & Out For 210 Ton Crane | | | | | 0.00 | |
| Set-Up & Dismantle 210 Ton Crane | | | | | 0.00 | |
| Forklift Rental for Project | | | | | 0.00 | |
| Structural Shoring and Cribbing | | | | | 0.00 | |
| Scaffolding and Planking | | | | | 0.00 | |
| Swing Staging for Windows/Glazing | | | | | 0.00 | |
| | | | | | | |
| **Division Sub-Total:** | | | | | 0.00 | |
| | | | | | | |
| **Division 12-Furnishings** | | | | | | |
| Misc. Furnishings | | | | | 0.00 | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| **Division Sub-Total:** | | | | | 0.00 | |
| | | | | | | |
| **Division 13-Special Construction** | | | | | | |
| Replace Pool Equipment/Pumps | 3 | Each | 1,660.00 | 54,720.00 | 59,700.00 | F |
| Replace Spa Equipment/Pumps | 1 | Each | 1,140.00 | 10,060.00 | 11,200.00 | F |
| *Energy Systems Air Conditioning-see estimate* | | | | | | |
| Pressure Wash Pool Surfaces | | | | | 0.00 | |
| Replace Perimeter Tile Coping | | | | | 0.00 | |
| Misc. Special Construction | | | | | 0.00 | |
| | | | | | | |
| **Division Sub-Total:** | | | | | 70,900.00 | |
| | | | | | | |
| **Division 14-Conveying Systems** | | | | | | |
| Pump Out Elevator Pits | | | | *Incurred Cost* | *Incurred Cost* | F |
| Elevator Repairs | | | | 65,855.00 | 65,855.00 | F |
| *Kone Elevators, Inc.-see Estimate* | | | | | | |
| Replace Equipment | | | | | 0.00 | |
| Emergency Repairs | | | | | 0.00 | |
| Misc. Repairs | | | | | 0.00 | |
| | | | | | | |
| **Division Sub-Total:** | | | | | 65,855.00 | |
| | | | | | | |
| **Division 15-Mechanical** | | | | | | |
| Replace Damaged Sprinkler System | | | | | 0.00 | |
| Misc. Mechanical Repairs | | | | | 0.00 | |
| | | | | | | |
| **Division Sub-Total:** | | | | | 0.00 | |
| | | | | | | |

| Division 16-Electrical | | | | | | |
|---|---|---|---|---|---:|---|
| Emergency Repairs | | | | | 0.00 | |
| Generator Rental | | | | | 0.00 | |
| Light Poles, Fixtures and Bases | | | | | 0.00 | |
| Fire Alarm Systems | | | | | 0.00 | |
| Fixture Replacement | | | | | 0.00 | |
| Wiring Replacement | | | | | 0.00 | |
| *Edwards Electric Service-see Estimate* | | | | | | |
| Distribution Panelboards | | | | | 0.00 | |
| **Division Sub-Total:** | | | | | 0.00 | |

| DIVISION SUMMARY | C.S.I. NO. | | | SUB-TOTAL | |
|---|:---:|---|---|---:|---|
| General Conditions | 1 | | | 133,744.57 | |
| Site Work | 2 | | | 0.00 | |
| Concrete Work | 3 | | | 0.00 | |
| Masonry | 4 | | | 0.00 | |
| Metals | 5 | | | 5,440.00 | |
| Wood and Plastics | 6 | | | 150,000.00 | |
| Thermal and Moisture Protection | 7 | | | 0.00 | |
| Doors and Windows | 8 | | | 136,889.65 | |
| Finishes | 9 | | | 5,950.00 | |
| Specialties | 10 | | | 0.00 | |
| Equipment | 11 | | | 0.00 | |
| Furnishings | 12 | | | 0.00 | |
| Special Construction | 13 | | | 70,900.00 | |
| Conveying Systems | 14 | | | 65,855.00 | |
| Mechanical | 15 | | | 0.00 | |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| Electrical | **16** | | | | 0.00 | |
| **SUB-TOTAL:** | | | | | 568,779.22 | |
| **Sub-Contractor Bond:** | 2.5% | | | | 5,801.62 | |
| **SUB-TOTAL:** | | | | | 574,580.84 | |
| **General Contractor's Bond & Insurance:** | 0.69% | | | | 3,964.61 | |
| **SUB-TOTAL:** | | | | | 578,545.44 | |
| **Overhead:** | 10% | | | | 57,854.54 | |
| **SUB-TOTAL:** | | | | | 636,399.99 | |
| **Contractor's Fee:** | 10% | | | | 57,854.54 | |
| **SUB-TOTAL:** | | | | | 694,254.53 | |
| **Architectural & Engineering:** | | | | | | |
| **SUB-TOTAL:** | | | | | 694,254.53 | |
| **Homeowner's Association Incurred Costs:** | *See Schedule* | | | *Actual Cost* | 89,956.00 | |
| **Incurred Costs & Emergency Repairs:** | *See Schedule* | 53450IVAN3 | 17-Jan-2005 | *Actual Cost* | 412,583.45 | |
| **Incurred Costs & Emergency Repairs:** | *See Schedule* | 53450IVAN5 | 11-Feb-2005 | *Actual Cost* | 111,257.92 | |
| **Incurred Costs & Emergency Repairs:** | *See Schedule* | 53450IVAN6 | 8-Mar-2005 | *Actual Cost* | 92,026.73 | |
| **Incurred Costs & Emergency Repairs:** | *See Schedule* | 53450IVAN7 | 31-Mar-2005 | *Actual Cost* | 64,343.78 | |
| **(W.G. Yates & Sons Construction)** | *See Invoice* | | | | | |
| **Additional Incurred Costs In Progress** | *To Follow* | | | | "OPEN" | |
| **SUB-TOTAL:** | | | | | 1,464,422.41 | |
| **Less Deductible:** | | | | | -500,000.00 | |
| **GRAND TOTAL:** | | | | | 964,422.41 | |

**From:** Kimberly Lamar
**Sent:** Monday, August 8, 2022 5:40:39 PM
**To:** Tim Rothring
**Subject:** Tower 1 Flood Losses
**Sensitivity:** Normal
**Original mail:** Tower 1 Flood Losses.msg

---

Respectfully,

Kim D. Lamar, CAM
Portofino Homeowners Association
Director of Associations
10 Portofino Drive
Pensacola Beach, FL 32561
Cell:    850.712.4614
Office: 850.916.3346
kimberlyl@portofinoisland.com

 

**Confidentiality Warning:** This message and any attachments are intended only for the use of the intended recipient(s), are confidential, and may be privileged. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation or other use of this message and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this message and any attachments from your system. Thank you.

**From:** Kimberly Lamar
**Sent:** Monday, August 8, 2022 5:40:28 PM
**To:** Tim Rothring
**Subject:** Tower 1 Wind Losses
**Sensitivity:** Normal
**Attachments:**
Tower 1 Wind Only Losses.pdf;

**Original mail:** Tower 1 Wind Losses.msg

Respectfully,

Kim D. Lamar, CAM
Portofino Homeowners Association
Director of Associations
10 Portofino Drive
Pensacola Beach, FL 32561
Cell:    850.712.4614
Office: 850.916.3346
kimberlyl@portofinoisland.com




Where only nature goes unspoiled.™

**Confidentiality Warning:** This message and any attachments are intended only for the use of the intended recipient(s), are confidential, and may be privileged. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation or other use of this message and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this message and any attachments from your system. Thank you.

**Portofino Condominiums**
**Tower # 1**
**2200 Via De Luna Drive**
**Pensacola Beach, Florida 32561**

Hurricane Ivan Damages
**Wind-Only Damages**

Date of Loss: 16 September 2004

3-May-2005

W: Wind

| ITEM DESCRIPTION | QUANTITY | U.O.M. | UNIT COST | SUB-BID | TOTAL COST | PERIL |
|---|---|---|---|---|---|---|
| **Division 1–General Conditions** | | | | | | |
| Project Manager, Including Fringes | 3 | months | 14,029.00 | | 42,087.00 | W |
| Project Superintendent | 20 | weeks | 2,783.57 | | 55,671.40 | W |
| Assistant Project Superintendent | 39 | weeks | 1,859.95 | | 72,538.05 | W |
| Daily Jobsite Clean-up (Labor) | 195 | per day | 225.00 | | 43,875.00 | W |
| Final Jobsite Clean-Up (Labor) | 30 | per day | 225.00 | | 6,750.00 | W |
| Dumpsters/Pulls/Dump Fees | 36 | pulls | 425.00 | | 15,300.00 | W |
| First Aid Supplies | 9 | months | 60.00 | | 540.00 | W |
| Porta-Johns (two) | 9 | months | 180.00 | | 1,620.00 | W |
| Water, Ice and Cups | 9 | months | 110.00 | | 990.00 | W |
| Temporary Electric-Site Work | 9 | months | 175.00 | | 1,575.00 | W |
| Temporary Electric-Job Office | 9 | months | 80.00 | | 720.00 | W |
| Temporary Water | 9 | months | 70.00 | | 630.00 | W |
| Small Tools and Equipment | 9 | months | 375.00 | | 3,375.00 | W |
| Gas and Oil | 1500 | gallons | 2.30 | | 3,450.00 | W |
| Office Supplies | 9 | months | 80.00 | | 720.00 | W |
| Temporary Barricades | 1600 | L.F. | 3.25 | | 5,200.00 | W |
| Covered Walkway & Protection | 1 | Lump Sum | | 10,000.00 | 10,000.00 | W |
| Job Photos | 9 | months | 75.00 | | 675.00 | W |
| Temporary Storage | 9 | months | 125.00 | | 1,125.00 | W |
| Office Trailer | 9 | months | 325.00 | | 2,925.00 | W |

| Item | Qty | Unit | Unit Price | Total | |
|---|---|---|---|---|---|
| Office/Mobile Telephones | 9 | months | 300.00 | 2,700.00 | W |
| Jobsite Office Fax/Copier/Printer | 1 | Lump Sum | 325.00 | 325.00 | W |
| Postage/UPS Costs | 9 | months | 200.00 | 1,800.00 | W |
| Temporary Fire Protection | 9 | months | 125.00 | 1,125.00 | W |
| Professional Engineering Services | 1 | Lump Sum | 3,500.00 | 3,500.00 | W |
| Safety Supplies | 9 | months | 350.00 | 3,150.00 | W |
| Punch List | 2 | Lump Sum | 2,500.00 | 5,000.00 | W |
| Final Clean-Up & Demobilization | 2 | Lump Sum | 3,000.00 | 6,000.00 | W |
| Building Permit/Fees | 1 | Lump Sum | 3,600.00 | 3,600.00 | W |
| **Division Sub-Total:** | | | | 296,966.45 | |
| **Division 2-Site Work** | | | | | |
| Selective Demolition | | | | 0.00 | |
| Mold Remediation | | | | 0.00 | |
| Erosion Control | | | | 0.00 | |
| Site Concrete | | | | 0.00 | |
| Parking Lot Striping | | | | 0.00 | |
| Sand Removal | | | | 0.00 | |
| Clean Basins/Grates | | | | 0.00 | |
| Asphalt Paving | | | | 0.00 | |
| Concrete Paving | | | | 0.00 | |
| Pool Decks | | | | 0.00 | |
| Soil Compaction | | | | 0.00 | |
| Chain Link Fencing and Gates | | | | 0.00 | |
| Irrigation Sprinklers | | | | 0.00 | |
| Misc. Site Work | | | | 0.00 | |
| **Division Sub-Total:** | | | | 0.00 | |

2

| | | | | |
|---|---|---|---|---|
| **Division 3–Concrete Work** | | | | |
| Sawcut/Demolition of Concrete | | | | 0.00 |
| Sawcut/Demolition of Asphalt | | | | 0.00 |
| Cast-In-Place Concrete | | | | 0.00 |
| Reinforcement for Concrete | | | | 0.00 |
| Epoxy Injection Repairs | | | | 0.00 |
| Architectural Pre-Cast Concrete | | | | 0.00 |
| Concrete Balustrade System | | | | 0.00 |
| Patch and Repair Concrete | | | | 0.00 |
| **Division Sub-Total:** | | | | 0.00 |
| **Division 4–Masonry** | | | | |
| CMU Units | | | | 0.00 |
| Reinforcement for CMU Units | | | | 0.00 |
| Misc. Masonry Repairs | | | | 0.00 |
| **Division Sub-Total:** | | | | 0.00 |
| **Division 5–Metals** | | | | |
| Decorative Metals | | | | 0.00 |
| Metal Stud Framing | | | | 0.00 |
| Structural Framing at Roof | | | | 0.00 |
| Restore Metal Trusses at Roof | | | | 0.00 |
| Restore Metal Connections at Trusses | 1 | Lump Sum | 12,000.00 | 12,000.00 |
| Remove and Replace Oversized Trash Gates | | | | |
| Replace Damaged Aluminum Railings | 5,610 | L.F. | 4.20 | 23,562.00 |
| | | | | W |

| Description | Qty | Unit | Unit Price | Total | |
|---|---|---|---|---|---|
| Replace Damaged Balcony Railings | 5,610 | L.F. | 66.55 | 373,345.50 | W |
| *Architectural Railings & Grilles, Inc.-see Estimate* | | | | | |
| *330 L.F. per Floor x 17 Floors* | | | | | |
| Temporary Railings at Balconies & Removal | 5,610 | L.F. | 5.80 | 32,538.00 | W |
| Misc. Metal Repairs | | | | 0.00 | |
| **Division Sub-Total:** | | | | 441,445.50 | |
| **Division 6-Wood & Plastics** | | | | | |
| Interior Wood Baseboards-R&R | | | | 0.00 | |
| Plywood Sheathing-Walls | | | | 0.00 | |
| Plywood Sheathing-Roof | | | | 0.00 | |
| Wood Trellis Work | | | | 0.00 | |
| *W.G. Yates & Sons Construction-Estimate* | | | | | |
| Plastic Laminate Tops | | | | 0.00 | |
| Wood Cabinetry | | | | 0.00 | |
| Misc. Wood and Plastics | | | | 0.00 | |
| **Division Sub-Total:** | | | | 0.00 | |
| **Division 7-Thermal & Moisture Pro.** | | | | | |
| Insulation-Batt | | | | 0.00 | |
| Insulation-Kraft-Faced | | | | 0.00 | |
| EIFS (Ext. Insulation & Finish System) | 1 | Lump Sum | 1,650,000.00 | 1,650,000.00 | W |
| *F.L. Crane & Sons-Estimate* | | | | | |
| *Two coat application, per Drylit specifications* | | | | | |
| Direct-Applied Patching to EIFS Surfaces | 1 | Allowance | 33,000.00 | 33,000.00 | W |
| Tile & Membrane Roofing (Remove+ Replace) | 1 | Lump Sum | 550,000.00 | 550,000.00 | W |
| *A R Contractors, Inc.-see Estimate* | | | | | |

| Description | Qty | Unit | Unit Price | Total | |
|---|---|---|---|---|---|
| PVC Roof Membrane System | 1 | Lump Sum | 112,000.00 | 112,000.00 | W |
| *A R Contractors, Inc.-see Estimate* | | | | | |
| Flashing and Sheet Metal Replacement | | | see bid above | 0.00 | |
| Metal Copings | | | see bid above | 0.00 | |
| Fire Stopping | | | | 0.00 | |
| Caulking at EIFS/Metal & EIFS Transitions | 34,476 | L.F. | 1.90 | 65,504.40 | W |
| *2,028 L.F. per floor X 17 floors* | | | | | |
| Caulking at Replacement Windows | 204 | Each | 76.00 | 15,504.00 | W |
| Misc. Repairs | | | | 0.00 | |
| **Division Sub-Total:** | | | | 2,426,008.40 | |
| **Division 8-Doors & Windows** | | | | | |
| Remove Steel Doors | | | | 0.00 | |
| Remove Steel Frames | | | | 0.00 | |
| Replace Steel Doors (Southern Door Bid) | | | | 0.00 | |
| Replace Steel Frames | | | | 0.00 | |
| Remove Balcony Swing Doors | | | | 0.00 | |
| Replace Balcony Swing Doors | | | | 0.00 | |
| Remove Aluminum Sliding Glass Doors | | | | 0.00 | |
| Replace Aluminum Sliding Glass Doors | | | | 0.00 | |
| Replace Damaged Door Hardware | | | | 0.00 | |
| Remove Damaged Insulated Windows | 204 | Each | 356.00 | 72,624.00 | W |
| Replace Damaged Insulated Windows | 204 | Each | 9,450.00 | 1,927,800.00 | W |
| *All Type "A" Windows Only (9' x 7')* | | | | | |
| *12 Units per Floor x 17 Floors* | | | | | |
| Wet Glazing, Metal to Glass Joints | 1 | Lump Sum | 84,890.00 | 84,890.00 | W |
| *Commercial Window Service, Inc-Estimate* | | | | | |
| Misc. Door Repair | | | | 0.00 | |

| Item | Qty | Unit | | | |
|---|---|---|---|---|---|
| Misc. Window Repair | | | | 0.00 | |
| **Division Sub-Total:** | | | | 2,085,314.00 | |
| **Division 9-Finishes** | | | | | |
| Replace Balcony Tile & Membrane | 6,522 | S.F. | 16.75 | 109,243.50 | **W** |
| *Direct damages, plus repairs after R&R railings* | | | | | |
| *10% repair allowance, 65,216 S.F. of balcony* | | | | | |
| Remove Damaged Carpet and Pad | | | | 0.00 | |
| Replace Carpet and Pad | | | | 0.00 | |
| Remove Damaged 5/8" Gypsum Drywall | | | | 0.00 | |
| Replace 5/8" Gypsum Drywall | | | | 0.00 | |
| Paint Walls | | | | 0.00 | |
| Paint Ceilings | | | | 0.00 | |
| Prime and Paint Steel Frames | | | | 0.00 | |
| Prime and Paint Steel Doors (per side) | | | | 0.00 | |
| Misc. Finishes | | | | 0.00 | |
| **Division Sub-Total:** | | | | 109,243.50 | |
| **Division 10-Specialties** | | | | | |
| Replace Damaged Grilles | 1 | Lump Sum | | 7,800.00 | **W** |
| Replace Damaged/Missing Signage | | | | 0.00 | |
| Roof-Top Architectural Elements/Specialties | 1 | Lump Sum | 18,000.00 | 18,000.00 | **W** |
| SprayMatic Misting System | | | 2,967.00 | 2,967.00 | **W** |
| *Estimate from Mosquitoes~No More, LLC* | | | | | |
| Fire Extinguishers | | | | 0.00 | |
| Misc. Specialties | | | | 0.00 | |

6

| Description | Qty | Unit | Unit Price | Total | |
|---|---|---|---|---|---|
| **Division Sub-Total:** | | | | 28,767.00 | |
| Trash Compactor Replacement | | | | | |
| Rubbish Chute Repairs/Replacement | | | | | |
| **Division 11-Equipment** | | | | | |
| **Division Sub-Total:** | | | | 0.00 | |
| | | | | 0.00 | |
| 210 Ton Crane Rental (crane only) | 6 | months | 17,500.00 | 105,000.00 | W |
| Crane Operator, Including Fringes | 1,040 | hours | 38.49 | 40,029.60 | W |
| Crane Rigger, Including Fringes | 1,040 | hours | 18.91 | 19,666.40 | W |
| Freight In & Out For 210 Ton Crane | 2 | Each | 12,000.00 | 24,000.00 | W |
| Set-Up & Dismantle 210 Ton Crane | 2 | Each | 9,500.00 | 19,000.00 | W |
| Forklift Rental for Project | 6 | months | 2,250.00 | 13,500.00 | W |
| Safety Net & Protection During Work | 1 | Lump Sum | 131,934.00 | 131,934.00 | W |
| *Price from Spider Construction, Inc.* | | | | | |
| Structural Shoring and Cribbing | | | | 0.00 | |
| Scaffolding and Planking | 1 | Lump Sum | 7,000.00 | 7,000.00 | W |
| Swing Staging for Windows/Glazing | 1 | Lump Sum | 22,000.00 | 22,000.00 | W |
| Additional Equipment Rental | 1 | Lump Sum | 4,000.00 | 4,000.00 | W |
| Misc. Equipment | | | | 0.00 | W |
| **Division Sub-Total:** | | | | 386,130.00 | |
| **Division 12-Furnishings** | | | | | |
| Misc. Furnishings | | | | 0.00 | |
| **Division Sub-Total:** | | | | 0.00 | |
| **Division 13-Special Construction** | | | | | |

7

| | |
|---|---|
| Replace Pool Equipment/Pumps | 0.00 |
| Replace Spa Equipment/Pumps | 0.00 |
| Pressure Wash Pool Surfaces | 0.00 |
| Replace Perimeter Tile Coping | 0.00 |
| **Division Sub-Total:** | 0.00 |
| **Division 14-Conveying Systems** | |
| Pump Out Elevator Pits | 0.00 |
| Elevator Repairs | 0.00 |
| *Kone Elevators, Inc.-see Estimate* | |
| Replace Equipment | 0.00 |
| Emergency Repairs | 0.00 |
| Misc. Repairs | 0.00 |
| **Division Sub-Total:** | 0.00 |
| **Division 15-Mechanical** | |
| Replace Rooftop HVAC Equipment | |
| *James B. Donaghey, Inc.-see Estimate* | |
| Replace Damaged Sprinkler System | 0.00 |
| Misc. Mechanical Repairs | 0.00 |
| **Division Sub-Total:** | 0.00 |
| **Division 16-Electrical** | |
| Emergency Repairs | 0.00 |
| Generator Rental | 0.00 |

| | | | | SUB-TOTAL | W |
|---|---|---|---|---|---|
| Light Poles, Fixtures and Bases | 14 | Each | 2,050.00 | 28,700.00 | W |
| Fire Alarm Systems | | | | 0.00 | |
| Fixture Replacement | | | *see bid below* | 0.00 | |
| Wiring Replacement | 1 | Lump Sum | 135,000.00 | 135,000.00 | W |
| *Edwards Electric Service-see Estimate* | | | | | |
| Distribution Panelboards | | | | 0.00 | |
| Misc. Repairs | | | | 0.00 | |
| **Division Sub-Total:** | | | | 163,700.00 | |

| DIVISION SUMMARY | C.S.I. NO. | SUB-TOTAL |
|---|---|---|
| General Conditions | 1 | 296,966.45 |
| Site Work | 2 | 0.00 |
| Concrete Work | 3 | 0.00 |
| Masonry | 4 | 0.00 |
| Metals | 5 | 441,445.50 |
| Wood and Plastics | 6 | 0.00 |
| Thermal and Moisture Protection | 7 | 2,426,008.40 |
| Doors and Windows | 8 | 2,085,314.00 |
| Finishes | 9 | 109,243.50 |
| Specialties | 10 | 28,767.00 |
| Equipment | 11 | 386,130.00 |
| Furnishings | 12 | 0.00 |
| Special Construction | 13 | 0.00 |
| Conveying Systems | 14 | 0.00 |
| Mechanical | 15 | 0.00 |
| Electrical | 16 | 163,700.00 |

| Description | Rate/Note | Invoice | Date | Cost | Amount |
|---|---|---|---|---|---|
| SUB-TOTAL: | | | | | 5,937,574.85 |
| Sub-Contractor Bond: | 2.5% | | | | 70,212.28 |
| SUB-TOTAL: | | | | | 6,007,787.13 |
| General Contractor's Bond & Insurance: | 0.69% | | | | 41,453.73 |
| SUB-TOTAL: | | | | | 6,049,240.86 |
| Overhead: | 10% | | | | 604,924.09 |
| SUB-TOTAL: | | | | | 6,654,164.94 |
| Contractor's Fee: | 10% | | | | 604,924.09 |
| SUB-TOTAL: | | | | | 7,259,089.03 |
| Architectural & Engineering: | | | | "OPEN" | |
| SUB-TOTAL: | | | | | 7,259,089.03 |
| Homeowner's Association Incurred Costs: | See Schedule | See Schedule | | Actual Cost | 214,025.44 |
| Incurred Costs & Emergency Repairs: | See Schedule | 53450IVAN3 | 17-Jan-2005 | Actual Cost | 481,684.75 |
| Incurred Costs & Emergency Repairs: | See Schedule | 53450IVAN5 | 11-Feb-2005 | Actual Cost | 236,277.68 |
| Incurred Costs & Emergency Repairs: | See Schedule | 53450IVAN6 | 8-Mar-2005 | Actual Cost | 67,639.61 |
| Incurred Costs & Emergency Repairs: | See Schedule | 53450IVAN7 | 31-Mar-2005 | Actual Cost | 25,257.62 |
| (W.G. Yates & Sons Construction) | See Invoice | | | | |
| Additional Incurred Costs In Progress | To Follow | | | "OPEN" | |
| SUB-TOTAL: | | | | | 8,283,974.13 |
| Less Deductible: | | | | | -750,000.00 |
| GRAND TOTAL: | | | | | 7,533,974.13 |

10

**From:** Kimberly Lamar
**Sent:** Monday, August 8, 2022 5:38:19 PM
**To:** Tim Rothring
**Cc:** Dmitri Krivosheyev
**Sensitivity:** Normal
**Attachments:**
Tower 1 Wind Only Losses.pdf; Tower 1 Flood Only Losses.pdf;

**Original mail:** No Subject.msg

---

Respectfully,

Kim D. Lamar, CAM
Portofino Homeowners Association
Director of Associations
10 Portofino Drive
Pensacola Beach, FL 32561
Cell:    850.712.4614
Office: 850.916.3346
kimberlyl@portofinoisland.com



Where only nature goes unspoiled.™

**Confidentiality Warning:** This message and any attachments are intended only for the use of the intended recipient(s), are confidential, and may be privileged. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation or other use of this message and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this message and any attachments from your system. Thank you.

**Portofino Condominiums**
**Tower # 1**
**2200 Via De Luna Drive**
**Pensacola Beach, Florida 32561**

Hurricane Ivan Damages
**Wind-Only Damages**

Date of Loss: 16 September 2004

3-May-2005

W: Wind

| ITEM DESCRIPTION | QUANTITY | U.O.M. | UNIT COST | SUB-BID | TOTAL COST | PERIL |
|---|---|---|---|---|---|---|
| **Division 1-General Conditions** | | | | | | |
| Project Manager, Including Fringes | 3 | months | 14,029.00 | | 42,087.00 | W |
| Project Superintendent | 20 | weeks | 2,783.57 | | 55,671.40 | W |
| Assistant Project Superintendent | 39 | weeks | 1,859.95 | | 72,538.05 | W |
| Daily Jobsite Clean-up (Labor) | 195 | per day | 225.00 | | 43,875.00 | W |
| Final Jobsite Clean-Up (Labor) | 30 | per day | 225.00 | | 6,750.00 | W |
| Dumpsters/Pulls/Dump Fees | 36 | pulls | 425.00 | | 15,300.00 | W |
| First Aid Supplies | 9 | months | 60.00 | | 540.00 | W |
| Porta-Johns (two) | 9 | months | 180.00 | | 1,620.00 | W |
| Water, Ice and Cups | 9 | months | 110.00 | | 990.00 | W |
| Temporary Electric-Site Work | 9 | months | 175.00 | | 1,575.00 | W |
| Temporary Electric-Job Office | 9 | months | 80.00 | | 720.00 | W |
| Temporary Water | 9 | months | 70.00 | | 630.00 | W |
| Small Tools and Equipment | 9 | months | 375.00 | | 3,375.00 | W |
| Gas and Oil | 1500 | gallons | 2.30 | | 3,450.00 | W |
| Office Supplies | 9 | months | 80.00 | | 720.00 | W |
| Temporary Barricades | 1600 | L.F. | 3.25 | | 5,200.00 | W |
| Covered Walkway & Protection | 1 | Lump Sum | | 10,000.00 | 10,000.00 | W |
| Job Photos | 9 | months | 75.00 | | 675.00 | W |
| Temporary Storage | 9 | months | 125.00 | | 1,125.00 | W |
| Office Trailer | 9 | months | 325.00 | | 2,925.00 | W |

| Description | Qty | Unit | Unit Price | Extended | W | Total |
|---|---|---|---|---|---|---|
| Office/Mobile Telephones | 9 | months | 300.00 | | W | 2,700.00 |
| Jobsite Office Fax/Copier/Printer | 1 | Lump Sum | 325.00 | | W | 325.00 |
| Postage/UPS Costs | 9 | months | 200.00 | | W | 1,800.00 |
| Temporary Fire Protection | 9 | months | 125.00 | | W | 1,125.00 |
| Professional Engineering Services | 1 | Lump Sum | 3,500.00 | | W | 3,500.00 |
| Safety Supplies | 9 | months | 350.00 | | W | 3,150.00 |
| Punch List | 2 | Lump Sum | 2,500.00 | | W | 5,000.00 |
| Final Clean-Up & Demobilization | 2 | Lump Sum | 3,000.00 | | W | 6,000.00 |
| Building Permit/Fees | 1 | Lump Sum | 3,600.00 | 3,600.00 | W | 3,600.00 |
| **Division Sub-Total:** | | | | 296,966.45 | | |
| **Division 2-Site Work** | | | | | | |
| Selective Demolition | | | | | | 0.00 |
| Mold Remediation | | | | | | 0.00 |
| Erosion Control | | | | | | 0.00 |
| Site Concrete | | | | | | 0.00 |
| Parking Lot Striping | | | | | | 0.00 |
| Sand Removal | | | | | | 0.00 |
| Clean Basins/Grates | | | | | | 0.00 |
| Asphalt Paving | | | | | | 0.00 |
| Concrete Paving | | | | | | 0.00 |
| Pool Decks | | | | | | 0.00 |
| Soil Compaction | | | | | | 0.00 |
| Chain Link Fencing and Gates | | | | | | 0.00 |
| Irrigation Sprinklers | | | | | | 0.00 |
| Misc. Site Work | | | | | | 0.00 |
| **Division Sub-Total:** | | | | | | 0.00 |

2

| Description | Quantity | Unit | Unit Price | Amount | |
|---|---|---|---|---|---|
| **Division 3–Concrete Work** | | | | | |
| Sawcut/Demolition of Concrete | | | | 0.00 | |
| Sawcut/Demolition of Asphalt | | | | 0.00 | |
| Cast-In-Place Concrete | | | | 0.00 | |
| Reinforcement for Concrete | | | | 0.00 | |
| Epoxy Injection Repairs | | | | 0.00 | |
| Architectural Pre-Cast Concrete | | | | 0.00 | |
| Concrete Balustrade System | | | | 0.00 | |
| Patch and Repair Concrete | | | | 0.00 | |
| **Division Sub-Total:** | | | | 0.00 | |
| **Division 4–Masonry** | | | | | |
| CMU Units | | | | 0.00 | |
| Reinforcement for CMU Units | | | | 0.00 | |
| Misc. Masonry Repairs | | | | 0.00 | |
| **Division Sub-Total:** | | | | 0.00 | |
| **Division 5–Metals** | | | | | |
| Decorative Metals | | | | 0.00 | |
| Metal Stud Framing | | | | 0.00 | |
| Structural Framing at Roof | | | | 0.00 | |
| Restore Metal Trusses at Roof | | | | 0.00 | |
| Restore Metal Connections at Trusses | 1 | Lump Sum | 12,000.00 | 12,000.00 | W |
| Remove and Replace Oversized Trash Gates | | | | | |
| Replace Damaged Aluminum Railings | 5,610 | L.F. | 4.20 | 23,562.00 | W |

| Description | Qty | Unit | Unit Price | Total | |
|---|---|---|---|---|---|
| Replace Damaged Balcony Railings | | | 66.55 | 373,345.50 | W |
| *Architectural Railings & Grilles, Inc.-see Estimate* | | | | | |
| *330 L.F. per Floor x 17 Floors* | 5,610 | L.F. | | | |
| Temporary Railings at Balconies & Removal | 5,610 | L.F. | 5.80 | 32,538.00 | W |
| Misc. Metal Repairs | | | | 0.00 | |
| **Division Sub-Total:** | | | | 441,445.50 | |
| | | | | | |
| **Division 6-Wood & Plastics** | | | | | |
| Interior Wood Baseboards-R&R | | | | 0.00 | |
| Plywood Sheathing-Walls | | | | 0.00 | |
| Plywood Sheathing-Roof | | | | 0.00 | |
| Wood Trellis Work | | | | 0.00 | |
| *W.G. Yates & Sons Construction-Estimate* | | | | | |
| Plastic Laminate Tops | | | | 0.00 | |
| Wood Cabinetry | | | | 0.00 | |
| Misc. Wood and Plastics | | | | 0.00 | |
| **Division Sub-Total:** | | | | 0.00 | |
| | | | | | |
| **Division 7-Thermal & Moisture Pro.** | | | | | |
| Insulation-Batt | | | | 0.00 | |
| Insulation-Kraft-Faced | | | | 0.00 | |
| EIFS (Ext. Insulation & Finish System) | 1 | Lump Sum | 1,650,000.00 | 1,650,000.00 | W |
| *F.L. Crane & Sons-Estimate* | | | | | |
| *Two coat application, per Dryvit specifications* | | | | | |
| Direct-Applied Patching to EIFS Surfaces | 1 | Allowance | 33,000.00 | 33,000.00 | W |
| Tile & Membrane Roofing (Remove+ Replace) | 1 | Lump Sum | 550,000.00 | 550,000.00 | W |
| *A R Contractors, Inc.-see Estimate* | | | | | |

| Description | Qty | Unit | Unit Price | Total | |
|---|---|---|---|---|---|
| PVC Roof Membrane System | 1 | Lump Sum | | 112,000.00 | 112,000.00 | W |
| *A R Contractors, Inc.–see Estimate* | | | | | | |
| Flashing and Sheet Metal Replacement | | | see bid above | | 0.00 | |
| Metal Copings | | | see bid above | | 0.00 | |
| Fire Stopping | | | | | 0.00 | |
| Caulking at EIFS/Metal & EIFS Transitions | 34,476 | L.F. | 1.90 | | 65,504.40 | W |
| *2,028 L.F. per floor X 17 floors* | | | | | | |
| Caulking at Replacement Windows | 204 | Each | 76.00 | | 15,504.00 | W |
| Misc. Repairs | | | | | 0.00 | |
| | | | | | | |
| **Division Sub-Total:** | | | | | 2,426,008.40 | |
| | | | | | | |
| **Division 8–Doors & Windows** | | | | | | |
| Remove Steel Doors | | | | | 0.00 | |
| Remove Steel Frames | | | | | 0.00 | |
| Replace Steel Doors (Southern Door Bid) | | | | | 0.00 | |
| Replace Steel Frames | | | | | 0.00 | |
| Remove Balcony Swing Doors | | | | | 0.00 | |
| Replace Balcony Swing Doors | | | | | 0.00 | |
| Remove Aluminum Sliding Glass Doors | | | | | 0.00 | |
| Replace Aluminum Sliding Glass Doors | | | | | 0.00 | |
| Replace Damaged Door Hardware | | | | | 0.00 | |
| Remove Damaged Insulated Windows | 204 | Each | 356.00 | | 72,624.00 | W |
| Replace Damaged Insulated Windows | 204 | Each | 9,450.00 | | 1,927,800.00 | W |
| *All Type "A" Windows Only (9' x 7')* | | | | | | |
| *12 Units per Floor x 17 Floors* | | | | | | |
| Wet Glazing, Metal to Glass Joints | 1 | Lump Sum | | 84,890.00 | 84,890.00 | W |
| *Commercial Window Service, Inc–Estimate* | | | | | | |
| Misc. Door Repair | | | | | 0.00 | |

5

| Description | Qty | Unit | Unit Price | Total | |
|---|---|---|---|---|---|
| Misc. Window Repair | | | | 0.00 | |
| **Division Sub-Total:** | | | | 2,085,314.00 | |
| **Division 9-Finishes** | | | | | |
| Replace Balcony Tile & Membrane | 6,522 | S.F. | 16.75 | 109,243.50 | W |
| *Direct damages, plus repairs after R&R railings* | | | | | |
| *10% repair allowance, 65,216 S.F. of balcony* | | | | | |
| Remove Damaged Carpet and Pad | | | | 0.00 | |
| Replace Carpet and Pad | | | | 0.00 | |
| Remove Damaged 5/8" Gypsum Drywall | | | | 0.00 | |
| Replace 5/8" Gypsum Drywall | | | | 0.00 | |
| Paint Walls | | | | 0.00 | |
| Paint Ceilings | | | | 0.00 | |
| Prime and Paint Steel Frames | | | | 0.00 | |
| Prime and Paint Steel Doors (per side) | | | | 0.00 | |
| Misc. Finishes | | | | 0.00 | |
| **Division Sub-Total:** | | | | 109,243.50 | |
| **Division 10-Specialties** | | | | | |
| Replace Damaged Grilles | 1 | Lump Sum | 7,800.00 | 7,800.00 | W |
| Replace Damaged/Missing Signage | | | | 0.00 | |
| Roof-Top Architectural Elements/Specialties | 1 | Lump Sum | 18,000.00 | 18,000.00 | W |
| SprayMatic Misting System | | | 2,967.00 | 2,967.00 | W |
| *Estimate from Mosquitoes~No More, LLC* | | | | | |
| Fire Extinguishers | | | | 0.00 | |
| Misc. Specialties | | | | 0.00 | |

6

| Description | Qty | Unit | Unit Price | Total | |
|---|---|---|---|---|---|
| Trash Compactor Replacement | | | | 28,767.00 | |
| **Division Sub-Total:** | | | | 28,767.00 | |
| **Division 11-Equipment** | | | | | |
| Rubbish Chute Repairs/Replacement | | | | 0.00 | |
| 210 Ton Crane Rental (crane only) | 6 | months | 17,500.00 | 105,000.00 | W |
| Crane Operator, Including Fringes | 1,040 | hours | 38.49 | 40,029.60 | W |
| Crane Rigger, Including Fringes | 1,040 | hours | 18.91 | 19,666.40 | W |
| Freight In & Out For 210 Ton Crane | 2 | Each | 12,000.00 | 24,000.00 | W |
| Set-Up & Dismantle 210 Ton Crane | 2 | Each | 9,500.00 | 19,000.00 | W |
| Forklift Rental for Project | 6 | months | 2,250.00 | 13,500.00 | W |
| Safety Net & Protection During Work | 1 | Lump Sum | 131,934.00 | 131,934.00 | W |
| *Price from Spider Construction, Inc.* | | | | | |
| Structural Shoring and Cribbing | | | | 0.00 | |
| Scaffolding and Planking | 1 | Lump Sum | 7,000.00 | 7,000.00 | |
| Swing Staging for Windows/Glazing | 1 | Lump Sum | 22,000.00 | 22,000.00 | W |
| Additional Equipment Rental | 1 | Lump Sum | 4,000.00 | 4,000.00 | W |
| Misc. Equipment | | | | 0.00 | |
| **Division Sub-Total:** | | | | 386,130.00 | |
| **Division 12-Furnishings** | | | | | |
| Misc. Furnishings | | | | 0.00 | |
| **Division Sub-Total:** | | | | 0.00 | |
| **Division 13-Special Construction** | | | | | |

| Item | Amount |
|---|---|
| Replace Pool Equipment/Pumps | 0.00 |
| Replace Spa Equipment/Pumps | 0.00 |
| Pressure Wash Pool Surfaces | 0.00 |
| Replace Perimeter Tile Coping | 0.00 |
| **Division Sub-Total:** | 0.00 |
| **Division 14-Conveying Systems** | |
| Pump Out Elevator Pits | 0.00 |
| Elevator Repairs | 0.00 |
| *Kone Elevators, Inc.-see Estimate* | |
| Replace Equipment | 0.00 |
| Emergency Repairs | 0.00 |
| Misc. Repairs | 0.00 |
| **Division Sub-Total:** | 0.00 |
| **Division 15-Mechanical** | |
| Replace Rooftop HVAC Equipment | |
| *James B. Donaghey, Inc.-see Estimate* | |
| Replace Damaged Sprinkler System | 0.00 |
| Misc. Mechanical Repairs | 0.00 |
| **Division Sub-Total:** | 0.00 |
| **Division 16-Electrical** | |
| Emergency Repairs | 0.00 |
| Generator Rental | 0.00 |
| **Division Sub-Total:** | 0.00 |

8

| | | | SUB-TOTAL | W |
|---|---|---|---|---|
| Light Poles, Fixtures and Bases | 14 | Each | 2,050.00 | 28,700.00 | W |
| Fire Alarm Systems | | | | 0.00 | |
| Fixture Replacement | | | *see bid below* | 0.00 | |
| Wiring Replacement | 1 | Lump Sum | 135,000.00 | 135,000.00 | W |
| *Edwards Electric Service-see Estimate* | | | | | |
| Distribution Panelboards | | | | 0.00 | |
| Misc. Repairs | | | | 0.00 | |
| **Division Sub-Total:** | | | | 163,700.00 | |

| DIVISION SUMMARY | C.S.I. NO. | SUB-TOTAL |
|---|---|---|
| General Conditions | 1 | 296,966.45 |
| Site Work | 2 | 0.00 |
| Concrete Work | 3 | 0.00 |
| Masonry | 4 | 0.00 |
| Metals | 5 | 441,445.50 |
| Wood and Plastics | 6 | 0.00 |
| Thermal and Moisture Protection | 7 | 2,426,008.40 |
| Doors and Windows | 8 | 2,085,314.00 |
| Finishes | 9 | 109,243.50 |
| Specialties | 10 | 28,767.00 |
| Equipment | 11 | 386,130.00 |
| Furnishings | 12 | 0.00 |
| Special Construction | 13 | 0.00 |
| Conveying Systems | 14 | 0.00 |
| Mechanical | 15 | 0.00 |
| Electrical | 16 | 163,700.00 |

| Description | | Invoice | Date | | Amount |
|---|---|---|---|---|---|
| SUB-TOTAL: | | | | | 5,937,574.85 |
| Sub-Contractor Bond: | 2.5% | | | | 70,212.28 |
| SUB-TOTAL: | | | | | 6,007,787.13 |
| General Contractor's Bond & Insurance: | 0.69% | | | | 41,453.73 |
| SUB-TOTAL: | | | | | 6,049,240.86 |
| Overhead: | 10% | | | | 604,924.09 |
| SUB-TOTAL: | | | | | 6,654,164.94 |
| Contractor's Fee: | 10% | | | | 604,924.09 |
| SUB-TOTAL: | | | | | 7,259,089.03 |
| Architectural & Engineering: | | | | | "OPEN" |
| SUB-TOTAL: | | | | | 7,259,089.03 |
| Homeowner's Association Incurred Costs: | *See Schedule* | 53450\VAN3 | 17-Jan-2005 | *Actual Cost* | 214,025.44 |
| Incurred Costs & Emergency Repairs: | *See Schedule* | 53450\VAN5 | 11-Feb-2005 | *Actual Cost* | 481,684.75 |
| Incurred Costs & Emergency Repairs: | *See Schedule* | 53450\VAN5 | 11-Feb-2005 | *Actual Cost* | 236,277.68 |
| Incurred Costs & Emergency Repairs: | *See Schedule* | 53450\VAN6 | 8-Mar-2005 | *Actual Cost* | 67,639.61 |
| Incurred Costs & Emergency Repairs: | *See Schedule* | 53450\VAN7 | 31-Mar-2005 | *Actual Cost* | 25,257.62 |
| (W.G. Yates & Sons Construction) | *See Invoice* | | | | |
| Additional Incurred Costs In Progress | *To Follow* | | | | "OPEN" |
| SUB-TOTAL: | | | | | 8,283,974.13 |
| Less Deductible: | | | | | -750,000.00 |
| GRAND TOTAL: | | | | | 7,533,974.13 |

10

**Portofino Condominiums**
**Tower # 1**
**2200 Via De Luna Drive**
**Pensacola Beach, Florida 32561**

Hurricane Ivan Damages
**Flood-Only Losses**

Date of Loss: 16 September 2004

*3-May-2005*

F: Flood

| ITEM DESCRIPTION | QUANTITY | U.O.M. | UNIT COST | SUB-BID | TOTAL COST | PERIL |
|---|---|---|---|---|---|---|
| **Division 1-General Conditions** | | | | | | |
| Project Manager, Including Fringes | 1 | month | 14,029.00 | | 14,029.00 | F |
| Project Superintendent | 6 | weeks | 2,783.57 | | 16,701.42 | F |
| Assistant Project Superintendent | 17 | weeks | 1,859.95 | | 31,619.15 | F |
| Scheduling | | Lump Sum | 400.00 | | 0.00 | F |
| Field Engineer | | Lump Sum | 500.00 | | 0.00 | F |
| Daily Jobsite Clean-up (Labor) | 85 | per day | 225.00 | | 19,125.00 | F |
| Final Jobsite Clean-Up (Labor) | 15 | per day | 225.00 | | 3,375.00 | F |
| Dumpsters/Pulls/Dump Fees | 16 | pulls | 425.00 | | 6,800.00 | F |
| First Aid Supplies | 4 | months | 60.00 | | 240.00 | F |
| Porta-John | 4 | months | 180.00 | | 720.00 | F |
| Water, Ice and Cups | 4 | months | 110.00 | | 440.00 | F |
| Temporary Electric-Site Work | 4 | months | 175.00 | | 700.00 | F |
| Temporary Electric-Job Office | 4 | months | 80.00 | | 320.00 | F |
| Temporary Water | 4 | months | 70.00 | | 280.00 | F |
| Small Tools and Equipment | 4 | months | 375.00 | | 1,500.00 | F |
| Gas and Oil | 1500 | gallons | 2.30 | | 3,450.00 | F |
| Office Supplies | 4 | months | 80.00 | | 320.00 | F |
| Temporary Barricades | 1600 | L.F. | 3.25 | | 5,200.00 | F |
| Covered Walkway & Protection | 1 | Lump Sum | | 10,000.00 | 10,000.00 | F |
| Job Photos | 4 | months | 75.00 | | 300.00 | F |
| Temporary Storage | 4 | months | 125.00 | | 500.00 | F |
| Office Trailer | 4 | months | 325.00 | | 1,300.00 | F |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| Office/Mobile Telephones | 4 | months | 300.00 | | 1,200.00 | F |
| Jobsite Office Fax/Copier/Printer | 1 | Lump Sum | 325.00 | | 325.00 | F |
| Postage/UPS Costs | 4 | months | 200.00 | | 800.00 | F |
| Temporary Fire Protection | 4 | months | 125.00 | | 500.00 | F |
| Professional Engineering Services | 1 | Lump Sum | 3,500.00 | | 3,500.00 | F |
| Safety Supplies | 4 | months | 350.00 | | 1,400.00 | F |
| Punch List | 1 | Lump Sum | 2,500.00 | | 2,500.00 | F |
| Final Clean-Up & Demobilization | 1 | Lump Sum | 3,000.00 | | 3,000.00 | F |
| Building Permit/Fees | 1 | Lump Sum | | 3,600.00 | 3,600.00 | F |
| **Division Sub-Total:** | | | | | 133,744.57 | |
| | | | | | | |
| **Division 2-Site Work** | | | | | | |
| Selective Demolition | | | | | 0.00 | |
| Mold Remediation | | | | | 0.00 | |
| Erosion Control | | | | | 0.00 | |
| Site Concrete | | | | | 0.00 | |
| Parking Lot Striping | | | | | 0.00 | |
| Sand Removal | | | | | 0.00 | |
| Clean Basins/Grates | | | | | 0.00 | |
| Asphalt Paving | | | | | 0.00 | |
| Concrete Paving | | | | | 0.00 | |
| Pool Decks | | | | | 0.00 | |
| Soil Compaction | | | | | 0.00 | |
| Chain Link Fencing and Gates | | | | | 0.00 | |
| Landscaping and Planting | | | | | 0.00 | |
| Irrigation Sprinklers | | | | | 0.00 | |
| Misc. Site Work | | | | | 0.00 | |
| **Division Sub-Total:** | | | | | 0.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Division 3-Concrete Work** | | | | | | |
| Sawcut/Demolition of Concrete | | | | | 0.00 | |
| Sawcut/Demolition of Asphalt | | | | | 0.00 | |
| Cast-In-Place Concrete | | | | | 0.00 | |
| Reinforcement for Concrete | | | | | 0.00 | |
| Epoxy Injection Repairs | | | | | 0.00 | |
| Architectural Pre-Cast Concrete | | | | | 0.00 | |
| Concrete Balustrade System | | | | | 0.00 | |
| Patch and Repair Concrete | | | | | 0.00 | |
| **Division Sub-Total:** | | | | | 0.00 | |
| | | | | | | |
| **Division4-Masonry** | | | | | | |
| CMU Units | | | | | 0.00 | |
| Reinforcement for CMU Units | | | | | 0.00 | |
| Misc. Masonry Repairs | | | | | 0.00 | |
| **Division Sub-Total:** | | | | | 0.00 | |
| | | | | | | |
| **Division 5-Metals** | | | | | | |
| Decorative Metals | | | | | 0.00 | |
| Metal Stud Framing | | | | | 0.00 | |
| Structural Framing at Roof | | | | | 0.00 | |
| Restore Metal Trusses at Roof | | | | | 0.00 | |
| Restore Metal Connections at Trusses | | | | | 0.00 | |
| Remove and Replace Oversized Trash Gates | 2 | Each | 2,720.00 | | 5,440.00 | F |
| Replace Damaged Aluminum Railings | | | | | 0.00 | |
| Replace Damaged Balcony Railings | | | | | 0.00 | |

3

| *Architectural Railings & Grilles, Inc.-see Estimate* | | | | | |
|---|---|---|---|---|---|
| *330 L.F. per Floor x 17 Floors* | | | | | |
| Temporary Railings at Balconies & Removal | | | | 0.00 | |
| Misc. Metal Repairs | | | | 0.00 | |
| | | | | | |
| **Division Sub-Total:** | | | | 5,440.00 | |
| | | | | | |
| **Division 6-Wood & Plastics** | | | | | |
| Interior Wood Baseboards-R&R | | | | 0.00 | |
| Plywood Sheathing-Walls | | | | 0.00 | |
| Plywood Sheathing-Roof | | | | 0.00 | |
| Wood Trellis Work | 1 | Lump Sum | 150,000.00 | 150,000.00 | F |
| *W.G. Yates & Sons Construction-Estimate* | | | | | |
| Plastic Laminate Tops | | | | 0.00 | |
| Wood Cabinetry | | | | 0.00 | |
| Misc. Wood and Plastics | | | | 0.00 | |
| | | | | | |
| **Division Sub-Total:** | | | | 150,000.00 | |
| | | | | | |
| **Division 7-Thermal & Moisture Pro.** | | | | | |
| Insulation-Batt | | | | 0.00 | |
| Insulation-Kraft-Faced | | | | 0.00 | |
| EIFS (Ext. Insulation & Finish System) | | | | 0.00 | |
| *F.L. Crane & Sons-Estimate* | | | | | |
| *Two coat application, per Dryvit specifications* | | | | | |
| Flashing and Sheet Metal Replacement | | | | 0.00 | |
| Metal Copings | | | | 0.00 | |
| Fire Stopping | | | | 0.00 | |
| Joint Sealants at Penetrations | | | | 0.00 | |
| Caulking at Replacement Windows | | | | 0.00 | |

4

| | | | | | |
|---|---|---|---|---|---|
| Misc. Repairs | | | | | 0.00 | |
| **Division Sub-Total:** | | | | | 0.00 | |
| | | | | | | |
| **Division 8-Doors & Windows** | | | | | | |
| Remove Steel Doors | 72 | Each | 66.00 | | 4,752.00 | F |
| Remove Steel Frames | 71 | Each | 104.00 | | 7,384.00 | F |
| Replace Steel Doors (Southern Door Bid) | 72 | Each | 144.00 | 87,829.65 | 98,197.65 | F |
| Replace Steel Frames | 71 | Each | 228.00 | see doors | 16,188.00 | F |
| Remove Balcony Swing Doors | | | | | 0.00 | |
| Replace Balcony Swing Doors | | | | | 0.00 | |
| Remove Aluminum Sliding Glass Doors | | | | | 0.00 | |
| Replace Aluminum Sliding Glass Doors | | | | | 0.00 | |
| Replace Damaged Door Hardware | 72 | Each | 144.00 | see doors | 10,368.00 | F |
| Misc. Door Repair | | | | | 0.00 | |
| Misc. Window Repair | | | | | 0.00 | |
| **Division Sub-Total:** | | | | | 136,889.65 | |
| | | | | | | |
| **Division 9-Finishes** | | | | | | |
| Replace Balcony Tile & Membrane | | | | | 0.00 | |
| Remove Damaged Carpet and Pad | | | | | 0.00 | |
| Replace Carpet and Pad | | | | | 0.00 | |
| Remove Damaged 5/8" Gypsum Drywall | | 0.72 | | | 0.00 | |
| Replace 5/8" Gypsum Drywall | | 2.88 | | | 0.00 | |
| Paint Walls | | 0.75 | | | 0.00 | |
| Paint Ceilings | | 0.80 | | | 0.00 | |
| Prime and Paint Steel Frames | 71 | Each | 26.00 | | 1,846.00 | F |
| Prime and Paint Steel Doors (per side) | 144 | Each | 28.50 | | 4,104.00 | F |
| Misc. Finishes | | | | | 0.00 | |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| **Division Sub-Total:** | | | | | 5,950.00 | |
| | | | | | | |
| **Division 10-Specialties** | | | | | | |
| Replace Damaged Grilles | | | | | 0.00 | |
| Replace Damaged/Missing Signage | | | | | 0.00 | |
| SprayMatic Misting System | | | | | 0.00 | |
| *Estimate from Mosquitoes~No More, LLC* | | | | | | |
| Fire Extinguishers | | | | | 0.00 | |
| Misc. Specialties | | | | | 0.00 | |
| | | | | | | |
| **Division Sub-Total:** | | | | | 0.00 | |
| | | | | | | |
| **Division 11-Equipment** | | | | | | |
| Trash Compactor Replacement | | | | | 0.00 | |
| 210 Ton Crane Rental (crane only) | | | | | 0.00 | |
| Crane Operator, Including Fringes | | | | | 0.00 | |
| Crane Rigger, Including Fringes | | | | | 0.00 | |
| Freight In & Out For 210 Ton Crane | | | | | 0.00 | |
| Set-Up & Dismantle 210 Ton Crane | | | | | 0.00 | |
| Forklift Rental for Project | | | | | 0.00 | |
| Structural Shoring and Cribbing | | | | | 0.00 | |
| Scaffolding and Planking | | | | | 0.00 | |
| Swing Staging for Windows/Glazing | | | | | 0.00 | |
| | | | | | | |
| **Division Sub-Total:** | | | | | 0.00 | |
| | | | | | | |
| **Division 12-Furnishings** | | | | | | |
| Misc. Furnishings | | | | | 0.00 | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| **Division Sub-Total:** | | | | | 0.00 | |
| | | | | | | |
| **Division 13-Special Construction** | | | | | | |
| Replace Pool Equipment/Pumps | 3 | Each | 1,660.00 | 54,720.00 | 59,700.00 | F |
| Replace Spa Equipment/Pumps | 1 | Each | 1,140.00 | 10,060.00 | 11,200.00 | F |
| *Energy Systems Air Conditioning-see estimate* | | | | | | |
| Pressure Wash Pool Surfaces | | | | | 0.00 | |
| Replace Perimeter Tile Coping | | | | | 0.00 | |
| Misc. Special Construction | | | | | 0.00 | |
| **Division Sub-Total:** | | | | | 70,900.00 | |
| | | | | | | |
| **Division 14-Conveying Systems** | | | | | | |
| Pump Out Elevator Pits | | | | *Incurred Cost* | *Incurred Cost* | F |
| Elevator Repairs | | | | 65,855.00 | 65,855.00 | F |
| *Kone Elevators, Inc.-see Estimate* | | | | | | |
| Replace Equipment | | | | | 0.00 | |
| Emergency Repairs | | | | | 0.00 | |
| Misc. Repairs | | | | | 0.00 | |
| **Division Sub-Total:** | | | | | 65,855.00 | |
| | | | | | | |
| **Division 15-Mechanical** | | | | | | |
| Replace Damaged Sprinkler System | | | | | 0.00 | |
| Misc. Mechanical Repairs | | | | | 0.00 | |
| **Division Sub-Total:** | | | | | 0.00 | |

7

| Division 16-Electrical | | | | | | |
|---|---|---|---|---|---|---|
| Emergency Repairs | | | | | 0.00 | |
| Generator Rental | | | | | 0.00 | |
| Light Poles, Fixtures and Bases | | | | | 0.00 | |
| Fire Alarm Systems | | | | | 0.00 | |
| Fixture Replacement | | | | | 0.00 | |
| Wiring Replacement | | | | | 0.00 | |
| *Edwards Electric Service-see Estimate* | | | | | | |
| Distribution Panelboards | | | | | 0.00 | |
| **Division Sub-Total:** | | | | | 0.00 | |

| DIVISION SUMMARY | C.S.I. NO. | | | SUB-TOTAL | |
|---|---|---|---|---|---|
| General Conditions | 1 | | | 133,744.57 | |
| Site Work | 2 | | | 0.00 | |
| Concrete Work | 3 | | | 0.00 | |
| Masonry | 4 | | | 0.00 | |
| Metals | 5 | | | 5,440.00 | |
| Wood and Plastics | 6 | | | 150,000.00 | |
| Thermal and Moisture Protection | 7 | | | 0.00 | |
| Doors and Windows | 8 | | | 136,889.65 | |
| Finishes | 9 | | | 5,950.00 | |
| Specialties | 10 | | | 0.00 | |
| Equipment | 11 | | | 0.00 | |
| Furnishings | 12 | | | 0.00 | |
| Special Construction | 13 | | | 70,900.00 | |
| Conveying Systems | 14 | | | 65,855.00 | |
| Mechanical | 15 | | | 0.00 | |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| Electrical | **16** | | | | 0.00 | |
| **SUB-TOTAL:** | | | | | 568,779.22 | |
| **Sub-Contractor Bond:** | **2.5%** | | | | 5,801.62 | |
| **SUB-TOTAL:** | | | | | 574,580.84 | |
| **General Contractor's Bond & Insurance:** | **0.69%** | | | | 3,964.61 | |
| **SUB-TOTAL:** | | | | | 578,545.44 | |
| **Overhead:** | **10%** | | | | 57,854.54 | |
| **SUB-TOTAL:** | | | | | 636,399.99 | |
| **Contractor's Fee:** | **10%** | | | | 57,854.54 | |
| **SUB-TOTAL:** | | | | | 694,254.53 | |
| **Architectural & Engineering:** | | | | | | |
| **SUB-TOTAL:** | | | | | 694,254.53 | |
| **Homeowner's Association Incurred Costs:** | *See Schedule* | | | *Actual Cost* | 89,956.00 | |
| **Incurred Costs & Emergency Repairs:** | *See Schedule* | 53450IVAN3 | 17-Jan-2005 | *Actual Cost* | 412,583.45 | |
| **Incurred Costs & Emergency Repairs:** | *See Schedule* | 53450IVAN5 | 11-Feb-2005 | *Actual Cost* | 111,257.92 | |
| **Incurred Costs & Emergency Repairs:** | *See Schedule* | 53450IVAN6 | 8-Mar-2005 | *Actual Cost* | 92,026.73 | |
| **Incurred Costs & Emergency Repairs:** | *See Schedule* | 53450IVAN7 | 31-Mar-2005 | *Actual Cost* | 64,343.78 | |
| **(W.G. Yates & Sons Construction)** | *See Invoice* | | | | | |
| **Additional Incurred Costs In Progress** | *To Follow* | | | | "OPEN" | |
| **SUB-TOTAL:** | | | | | 1,464,422.41 | |
| **Less Deductible:** | | | | | -500,000.00 | |
| **GRAND TOTAL:** | | | | | 964,422.41 | |

9