# EXHIBIT "30"

| | |
|---|---|
| Date: | Mon, 13 Mar 2023 9:52:45 PM (UTC) |
| Subject: | FW: Renewal Status - 911 Emergency!!! |
| From: | Jackie Collins <jackie_collins@ajg.com> |
| To: | robb@premierisland.com; Kimberly Lamar <kimberlyl@portofinoisland.com>; |
| CC: | Edward P Fleming <epfleming@icloud.com>; |
| Attachments: | Portofino Lawsuit - AIB - ATL.pdf; Portofino - Program Chart 3.6.23.xlsx; Portofino Marketing Scorecard 3.8.23.docx |

All,

I am in PANIC mode.  I just spoke with Kim and she said the appraisal details will not be available until Friday of this week.  That is so disappointing as we were expecting them last Friday.  Can we switch and not wait for the appraisal awards and answer the below questions instead.

This truly is 911!!! All of the blanks outlined in the attached schematic need to be filled.  Each blank represents one or more carriers.  We need to obtain every carrier's help.

Who can help us deliver some information to the markets?

Your help would be appreciated.

**Jackie C. Collins, CIC, CRM, CPIW**
Senior Director/Senior Area Vice President
Real Estate & Hospitality Practice

CA License No.0F48453



D: 713.358.7858

M: 601.668.9092
jackie_collins@ajg.com

www.linkedin.com/pub/jackie-collins/7/2a3/603

**Gallagher**

1900 West Loop South, Suite 1600 | Houston, Texas 77027

**www.ajg.com**

Arthur J. Gallagher Risk Management Services, LLC

CA License No. 0D69293

Communications concerning this matter, including this email and any attachments, may have been provided for purposes of insurance/risk management consulting.  Opinions and advice provided by Gallagher are not intended to be, and should not be construed as, legal advice.

A licensed Gallagher representative must provide the appropriate insurance carrier with written instructions in order to bind insurance coverage.  Therefore, client instructions via email are not sufficient to bind coverage unless and until you have received explicit written confirmation from an authorized Gallagher representative.

Jackie & Crew,

Per the below, London is encountering the same issues with their underwriters as we have with many domestic underwriters (that are not involved with the Sally claim).  Without the Insured willing to put something in writing to the market on the Sally claim, underwriters are not willing to offer capacity.

**Jason W. Williams,** ARM
Executive Vice President – Property Broker
**T**  404.920.3683   |   **M**  404.354.4333   |   **E**  jason.williams@amwins.com

Amwins Brokerage of Georgia, LLC.
3630 Peachtree Rd NE.  |  Suite 1700  |  Atlanta, GA  30326
amwins.com



**From:** Terry Boylan <Terry_Boylan@alescorms.com >
**Sent:** Monday, March 13, 2023 10:29 AM
**To:** Michaela Cioffi <michaela.cioffi@amwins.com >
**Cc:** Dan York <Dan_York@alescorms.com >; Jason Williams <Jason.Williams@amwins.com >
**Subject:** RE: Portofino - Renewal Update

Michaela / Jason

With regard to your response the other day about not being able to provide a written response regarding the reason for the increased loss amount to USD233m, I really find that totally unacceptable !!!

No disrespect I really do not think that is an unreasonable request !!

Again being the new London broker on this, we haven't been provided a written response for any part of the loss other than loss runs which show no loss greater than USD 7.5m

The current London slips Show a USD50m figure for Sally but again we just need want a written response for how this figure was arrived because even on the recent loss runs, that figure is not listed  so would like to know the reason why the market were given this figure last year  -

You advised that you are presenting your markets the renewal showing the  USD233m but surely the client must appreciate that ramping the loss up nearly 5 times is going to raise some serious questions and believe there must a written reason for where this increase emanates from which I cannot provide them and that is one of the reason  I am getting a lot of kickback from the market - as you know there are plenty of other accounts they can consider without having this disputed claim devoid of any explanation of where the latest figure arrives from

For the new market we are going to, they will need this info

Even the inspection report does not refer to the loss except to say that Sally hit the area .

AJG004761

Perhaps I have missed something but I cannot see any reference to the loss in the inspection report to any of the damage from Sally too

I trust you understand where I am coming from

I await your advices !!!

FYI the capacity we have obtained is still based on the USD50m loss figure as it was listed in the expiring slips but I just cannot use the latest inflated figures unless I have some written explanation

I trust you understand

ATB

Terry


**From:** Jackie Collins
**Sent:** Thursday, March 9, 2023 5:45 PM
**To:** robb@premierisland.com; Kimberly Lamar <kimberlyl@portofinoisland.com>
**Cc:** Jodi Madrid <Jodi_Madrid@AJG.com>; Julia Abbott <Julia_Abbott@ajg.com>
**Subject:** Renewal Status

Rob and Kim,

Attached please find the following:

1. Carrier lawsuit against Portofino
2. Program Chart as of 3/6/23
3. Marketing Scorecard as 3/8/23

Regarding the program chart, please note a significant number of the domestic carriers is unwilling to provide any support on Portofino's program. We are still battling out a few of the declinations to see if we can get them turned around; however, without a lot of capacity from London and the Reinsurance marketplace, there is not enough limit available to complete the placement.

As mentioned above, London is a key avenue to capacity. Without them, we are toast. In order to get quotes out of London, we must obtain the following:

> *A written narrative regarding the Sally claim — In the London placing slip last year, Amwins and THB went with a USD50m figure for Sally but there is no written narrative at how that figure has been arrived. Additionally, it would help to have an update for where it stands today. Going through the loss runs, there is nothing that reflects anything close to USD50m.*
>
> ***The important thing here is that underwriters have USD50m listed on file from last year.***
>
> *I fully appreciate that the claim is in dispute but it would be really helpful to have some written narrative describing what is taking place on this account.*

Regarding the program chart, please note the capacity in red is being non-renewed. I am just going to be upfront with you. The stance that has been taken in providing very limited information on the Sally claim is having a negative impact on the renewal program. In the absence of a written narrative from you on the claim, we are not able to provide any claim details which equates to carriers not being willing to participate. I am mentioning this to you so you can determine how we should proceed from here. Domestic carriers are asking for the following information:

1. Outline of damages with corresponding loss/repair estimates
2. Outline of any outstanding repairs and estimated completion of repairs
3. Explanation on loss evolution / progression relative to the size of the loss. Originally was disclosed as $11M loss estimate, eventually grew to $25M-$50M, and is now being reported as $233M estimated net. What drove this progression?
4. Reason / explanation of why the claim is still open with a reserve of $227M and only $6M paid
5. Any insight as to timeline / expectation on when loss will be closed

Due to the circumstances, Portofino's renewal is subject to management approval for most markets and these questions are coming from the top, so it is important we get as much information as soon as possible.

As discussed with Ed previously, Portofino would not be looking for coverage for pre-existing damages or any future damage that extends from unrepaired pre-existing damage.  While that should provide some relief to the carriers, it does not.  Carriers will not offer renewal terms until they receive better information with regards to repairs. They are not comfortable going into wind season without having a full explanation of damages and what repairs have been done and what is remaining.   It was mentioned that temporary repairs have been completed, but carriers need  to understand what the temporary repairs are and what is left to do to make the repairs permanent before they will offer terms.

We are pressing everyone hard to get terms out quickly so Portofino can understand cost and market limitations sooner rather than later.  This is the hardest the property market has been since 2006 after Hurricane Katrina.  We are hearing of accounts all across Florida that are unable to obtain enough capacity to fill their placements and the premium increases exceed 100%.  Yesterday, I approached Ed on the possibility of Portofino not being able to secure enough capacity to complete the property placement of $360MM.  Ed confirmed that Portofino would be in violation of the statute if that is the case.

I will be making a trip to London the week of March 27 to meet with underwriters in hopes to secure capacity for any outstanding holes.

It will take work from all of us to get this done.

I have worked on your account for almost 20 years and I have never seen such negative responses from underwriters.

Any help Portofino can provide would be much appreciated.

Best Regards,


**Jackie C. Collins, CIC, CRM, CPIW**
Senior Director/Senior Area Vice President
Real Estate & Hospitality Practice

CA License No.0F48453



D: 713.358.7858

M: 601.668.9092
jackie_collins@ajg.com

www.linkedin.com/pub/jackie- collins/7/2a3/603

AJG004763

**Gallagher**

1900 West Loop South, Suite 1600 | Houston, Texas 77027

[www.ajg.com](www.ajg.com)

Arthur J. Gallagher Risk Management Services, LLC

CA License No. 0D69293

Communications concerning this matter, including this email and any attachments, may have been provided for purposes of insurance/risk management consulting. Opinions and advice provided by Gallagher are not intended to be, and should not be construed as, legal advice.

A licensed Gallagher representative must provide the appropriate insurance carrier with written instructions in order to bind insurance coverage. Therefore, client instructions via email are not sufficient to bind coverage unless and until you have received explicit written confirmation from an authorized Gallagher representative.

AJG004764