# EXHIBIT "32"

### Affidavit of Dmitri Krivosheyev

The Affiant, Dmitri Krivosheyev, states under penalties of perjury and upon personal knowledge as follows:

1. I am over the age of eighteen and competent to give the following testimony based upon my personal knowledge and experience.

2. I am the Director of Maintenance for Portofino Island Resort which includes the five towers, spa building and all other locations on at 10 Portofino Drive in Pensacola Beach, FL. I have been working at the Portofino property since February 2004, nearly 18 years.

3. I am responsible for the maintenance of all buildings and structures on property and responsible for operations of the Portofino Maintenance Department.

4. Prior to Hurricane Sally the buildings on property were in great shape. At the time of the storm we had no interior water intrusion issues nor any roof leaks. Additionally, all towers had their elastomeric coatings reapplied with Towers 1, 3, 4, and 5 done in 2015-2016 and Tower 2 done in 2012.

5. During Hurricane Sally I stayed on property in Tower 2. During the storm I could feel vibrations on the glass of the windows and sliding glass doors as well as see the vibrations on the balcony railings in the unit where I was staying.

6. I went into the attic of Tower 2 during the storm and saw standing water on the attic floor that was leaking through the roof structure. After the storm I inspected all five tower attics and found standing water on all attic floors.

7. In my initial inspections after the storm I also found water in the elevator lobbies and elevator shafts of all five towers.

8. On the first day after the hurricane I assembled a crew and we inspected and documented all units and the interior water intrusion in each unit. We could also see extensive damage to the handrails with some being blown out, and many loose and damaged. On the second day after the storm BMS CAT was in the towers beginning the water extraction and dry out process.

9. After the storm we have had issues of continuing water intrusion in units. Water will now enter units during regular rainstorms where it did not previously. Additionally, many units have seen a significant increase in air infiltration and condensation on their windows that did not occur prior to the storm. Many of these issues were initially discovered during the winter of 2021 when the weather became colder for the first time after Hurricane Sally.

10. When walking the property after Hurricane Sally, I noticed that the wooden portions of the trellises had been sandblasted during the storm, with many areas having the stain blown off and showing non-stained wood. Additionally, many of the concrete columns showed increased spalling due to saltwater infiltration during the storm.

**Exhibit 478**

11. Many of the gas pool heaters located at each pool began to fail after the storm and have been replaced. During the storm water and salt was blown into each of the heaters and caused damage leading to their failure. None of the pool heaters were submerged in flood water.

12. In 2005-2006 we wet sealed all glazing on property. Portofino decided to move forward with wet sealing to as a preventative measure to protect the buildings in the future. The wet sealing was not done as a repair to the property as there were no window leaks or glazing problems before the wet sealing. Yates, the contractor who built the complex, performed the wet glazing. From the time the glazing was wet sealed to the time Hurricane Sally hit we have not had any water leakage through the glazing.

13. In 2016 we had a windstorm on property. This storm caused balcony furniture to get blown around the balconies and damage the EIFS in some areas. Portofino engaged a waterproofing contractor and repaired all the damages to the EIFS.

State of Florida
County of Santa Rosa

Signature _Dmitri Krivosheyev_
Printed name _Dmitri Krivosheyev_

The foregoing instrument was sworn to and acknowledged to me by Dmitri Krivosheyev.
In witness whereof, my hand and seal in the State and County aforesaid this 25th day of February, 2022

_Kimberly Dunn Lamar_
Notary Public, State of Florida
My Commission Expires: Oct. 26, 2022

KIMBERELY DUNN LAMAR
Notary Public - State of Florida
Commission # GG 253993
My Comm. Expires Oct 26, 2022
Bonded through National Notary Assn.