UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, et al.,
    Plaintiffs,
v.

PORTOFINO MASTER
HOMEOWNERS ASSOCIATION,
INC., et al.,
    Defendants.

CASE NO. 3:23-cv-453-MCR-HTC

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   January 27, 2025
Motion/Pleadings: <u>PLAINTIFFS' MOTION TO STRIKE OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A REPLY</u>
Filed by  Plaintiffs  on January 10, 2025  Doc. # 316

    ____ Stipulated    ____ Joint Pleading
    ____ Unopposed    ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ **Patricia G. Romero***
Deputy Clerk:    Patricia G. Romero

---

    On consideration, the motion is **GRANTED in part and DENIED in part**. The Court will deny the Excess Carrier Plaintiffs'[1] motion to strike Defendant's filing, ECF No. 299, but will grant their request for leave to file a reply. That reply, if any, is limited to 3,200 words and is due no later than February 27, 2025.

    **DONE** and **ORDERED** this 13th day of February 2025.

---

[1] Arch Specialty Insurance Company, AXIS Surplus Insurance Company, Colony Insurance Company, Evanston Insurance Company, Aspen Specialty Insurance Company, Independent Specialty Insurance Company, Interstate Fire & Casualty Company, Lloyd's of London (Consortium #9226), James River Insurance Company, Maxum Indemnity Company, Landmark American Insurance Company ("Landmark"), and Homeland Insurance Company of New York ("Homeland").

*M. Casey Rodgers*
--------------------------------
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**