UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, *et. al.*

      Plaintiffs,

v.                                                                          CASE NO. 3:23-cv-00453-MCR-HTC

PORTOFINO MASTER HOMEOWNERS
ASSOCIATION INC., a Florida not-for-
profit Corporation, *et. al.*

      Defendants.

_____/

## DEFENDANTS' NOTICE OF PARTIAL SETTLEMENT

Defendants, Portofino Master Homeowners Association, Inc. Portofino

Tower One Homeowners Association at Pensacola Beach, Inc., Portofino Tower

Two Homeowners Association at Pensacola Beach, Inc., Portofino Tower Three

Homeowners Association at Pensacola Beach, Inc., Portofino Tower Four

Homeowners Association at Pensacola Beach, Inc. and Portofino Tower Five

Homeowners Association at Pensacola Beach, Inc. (collectively hereafter

"Portofino"), by and through their respective counsel and pursuant to N.D. Fla.

Local Rule 16.2(A)(3), hereby give notice that Portofino and Evanston Insurance

Company have reached a settlement of all claims by and between these parties.

1

Respectfully submitted,

*/s/ Edward P. Fleming*
Edward P. Fleming, Esquire
Florida Bar No. 615927
Matthew A. Bush, Esquire
Florida Bar No. 58312
Aaron T. McCurdy, Esquire
Florida Bar No. 106499
**McDONALD FLEMING, LLP**
719 S. Palafox Street
Pensacola, Florida 32502
(850) 202-8529
(850) 477-4510 Fax
flemingservice@pensacolalaw.com
cat@pensacolalaw.com
mabush@pensacolalaw.com
bushservice@pensacolalaw.com
amccurdy@pensacolalaw.com
absomerset@pensacolalaw.com
*Counsel for Defendants*


## CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion was prepared in Times New Roman 14-point font, in compliance with Local Rule 5.1(C) of the Northern District of Florida, and that it contains approximately 95 words.  Counsel relies on the word count of the computer program used to prepare this Motion.

*/s/ Edward P. Fleming*
Edward P. Fleming, Esquire
McDONALD FLEMING, LLP

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system on this 8th day of September, 2025, which will send an electronic notice to all counsel of record.

_/s/ Edward P. Fleming_
Edward P. Fleming, Esquire
McDONALD FLEMING, LLP