# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, et al.,

    VS                                                        3:23-cv-0453-MCR-HTC

PORTOFINO MASTER
HOMEOWNERS ASSOCIATION,
INC.,

**JUDGMENT**

Pursuant to and at the direction of the Court, judgment is entered in favor of the Insurers, tax and costs against Portofino and close the file.

                                                    JESSICA J. LYUBLANOVITS,
                                                    CLERK OF COURT

 September 23, 2025                             /s/ *A'Donna Bridges, Deputy Clerk*